UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ICE MILLER LLP**
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: (212) 835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust.*

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>MEDIA EFFECTIVE LLC, *et al.*,<br><br>        Defendants. | Adv. Pro. No. 23-1335-JKS<br><br>**Hearing Date:** November 14, 2023 at 10:00 a.m. prevailing Eastern Time<br><br>**Objection Deadline:** at or before the hearing |

Order Filed on November 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER TO SHOW CAUSE REGARDING LIQUIDATION TRUSTEE'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY AND PERMANENT INJUNCTION**

The relief set forth on the following pages is **ORDERED**.

**DATED: November 13, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page (2)
Debtors: NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,
Case No.: 22-14539-JKS [Main]; 23-1335-JKS [Adv. Proc.]
Caption of Order: ORDER TO SHOW CAUSE REGARDING LIQUIDATION TRUSTEE'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY AND PERMANENT INJUNCTION

Upon reviewing the *Liquidation Trustee's Emergency Application For Temporary Restraining Order, Order To Show Cause, And Preliminary And Permanent Injunction* (the "Application") filed by Plaintiff AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust ("Plaintiff" or "Liquidation Trust"), for entry of an Order to Show Cause (this "Order") requesting an emergency hearing on the Application,

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Application on **November 14, 2023, at 10:00 A.M. prevailing Eastern Time** before the Honorable Judge John K. Sherwood, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102.

2. Plaintiff must serve a copy of this Order and all related documents to each Defendant and/or its counsel by overnight mail, email, or personal service.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Application may be raised at or before the hearing.

6. Plaintiff's counsel and any party or counsel opposing the Application must appear at the hearing either in person or via telephone by registering for the hearing with Court Solutions. Other parties or counsel may attend the hearing in person or via telephone by registering for the hearing on Court Solutions. More information on telephonic appearances can be found at: https://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.