**ICE MILLER LLP**
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to Plaintiff*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MEDIA EFFECTIVE LLC, *et al.*,<br><br>Defendants. | Adv. Pro. No.: 23-1335 (JKS) |

## CERTIFICATION OF SERVICE

1.  I, Louis T. DeLucia:

    ☒ represent Plaintiff in this matter.

    ☐ am the _____ in the above case and am representing myself.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

4865-6467-0608.1

2. On <u>November 10, 2023</u>, I caused a copy of the following pleadings to be served via email on attorneys Lee Perlman and Brett Wiltsey, counsel to Defendants Media Effective and Javier Torres, at the email addresses listed on Exhibit A hereto:

 (i) VERIFIED COMPLAINT by AIRN LIQUIDATION TRUST CO., LLC against MEDIA EFFECTIVE LLC; JAVIER TORRES; JAVIER TORRES, JR.; DORA DILLMAN; NATALIA TORRES; PAULINA TORRES; ALLEGHENY EAST CONFERENCE CORPORATION OF SEVENTH DAY ADVENTISTS; JOHN DOES 1-100. [DKT 1];

 (ii) EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY AND PERMANENT INJUNCTION Filed by AIRN LIQUIDATION TRUST CO., LLC [DKT 2].

3. On <u>November 13, 2023</u>, I caused a copy of the following pleadings to be served on the parties listed on Exhibit A in the manner described in Exhibit A:

 (i) VERIFIED COMPLAINT by AIRN LIQUIDATION TRUST CO., LLC against MEDIA EFFECTIVE LLC; JAVIER TORRES; JAVIER TORRES, JR.; DORA DILLMAN; NATALIA TORRES; PAULINA TORRES; ALLEGHENY EAST CONFERENCE CORPORATION OF SEVENTH DAY ADVENTISTS; JOHN DOES 1-100. [DKT 1];

 (ii) EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY AND PERMANENT INJUNCTION Filed by AIRN LIQUIDATION TRUST CO., LLC [DKT 2];

 (iii) SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING [DKT 3]; and

 (iv) ORDER TO SHOW CAUSE REGARDING LIQUIDATION TRUSTEE'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND PRELIMINARY AND PERMANENT INJUNCTION [DKT 4].

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated in the below chart.

Dated: November 13, 2023

                  /s/ *Louis T. DeLucia*
                  Louis T. DeLucia

**EXHIBIT A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lee Perlman<br>lperlman@newjerseybankruptcy.com | Counsel to Defendants Media Effective LLC & Javier Torres | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Brett Wiltsey<br>brett.wiltsey@obermayer.com | Counsel to Defendants Media Effective LLC & Javier Torres | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Media Effective LLC<br>Attn: Javier Torres<br>148 Bayside Dr.<br>Atlantic Highlands, NJ 07716 | Defendant | ☒ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Javier Torres<br>148 Bayside Dr.<br>Atlantic Highlands, NJ 07716 | Defendant | ☒ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Javier Torres, Jr.<br>148 Bayside Dr.<br>Atlantic Highlands, NJ 07716 | Defendant | ☒ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Dora Dillman<br>148 Bayside Dr.<br>Atlantic Highlands, NJ 07716 | Defendant | ☒ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Natalia Torres<br>148 Bayside Dr.<br>Atlantic Highlands, NJ 07716 | Defendant | ☒ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Paulina Torres<br>148 Bayside Dr.<br>Atlantic Highlands, NJ 07716 | Defendant | ☒ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other _____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allegheny East Conference Corporation of Seventh Day Adventists<br>767 Douglass Drive<br>Boyertown, PA 19512<br>Attn: Marcellus Robinson, President<br>mrobinson@aecsda.com | Defendant | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other_____ |
| Community Seventh-Day Adventist Church<br>245 Tenafly Rd.<br>Englewood, NJ 07631<br>Attn: Jovan Whyte, Pastor<br>Jovan.Whyte77@gmail.com | Defendant | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other_____ |
| Ebenezer II Spanish Seventh-Day Adventist Church a/k/a Englewood Spanish Church<br>90 W Demarest Avenue<br>Englewood, NJ 07631<br>Attn: Martho Luján, Pastor | Defendant | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ ECF - Notice of Electronic Filing (NEF)<br>☐ Other_____ |