Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  National Realty Investment Advisors LLC
Debtor

Case No.: 22−14539−JKS
Chapter 11

AIRN LIQUIDATION TRUST CO., LLC
Plaintiff

v.

MEDIA EFFECTIVE LLC
Defendant

Adv. Proc. No. 23−01335−JKS                                    Judge: John K. Sherwood

---

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 22, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 9
TEMPORARY RESTRAINING ORDER. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/22/2023 (LVJ)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 22, 2023
JAN: LVJ

Jeanne Naughton
Clerk