| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia<br>Alyson M. Fiedler<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Phone: (212) 835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>Aneca E. Lasley (admitted pro hac vice)<br>John C. Cannizzaro (admitted pro hac vice)<br>250 West Street, Suite 700<br>Columbus, Ohio 43215<br>Phone: (614) 462-1085<br>aneca.lasley@icemiller.com<br><br>*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust.* | **Order Filed on January 11, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>                Plaintiff,<br><br>v.<br><br>MEDIA EFFECTIVE LLC, *et al.*,<br><br>                Defendants. | Adv. Pro. No. 23-1335-JKS |

**DATED: January 11, 2024**

_____
**Honorable John K. Sherwood**
United States Bankruptcy Court

**AMENDED ORDER TO SHOW CAUSE REGARDING LIQUIDATION TRUSTEE'S APPLICATION FOR CONTEMPT VIOLATION OF TEMPORARY RESTRAINING ORDER**

The relief set forth on the following pages is **ORDERED**.

Upon reviewing the application for an order to show cause for contempt violation of temporary restraining order (the "Application") filed by Plaintiff AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust ("Plaintiff" or "Liquidation Trust"), for entry of an Order to Show Cause (this "Order") requesting a hearing on the Application,

**IT IS HEREBY ORDERED THAT:**

1.  A hearing will be conducted on the Application on _____January 18_____, 2024 at ____11:00 am_____ before the Honorable Judge John K. Sherwood, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102.

2.  Plaintiff must serve a copy of this Order and all related documents on each Defendant and/or its counsel by overnight mail or personal service AND by email (to the extent the email addresses are known).

3.  Service must be made on the same day as the date of this Order.

4.  Notice by telephone is not required.

5.  Any objections to the Application may be raised at or before the hearing.

6.  Plaintiff's counsel and any party or counsel opposing the Application must appear at the hearing either in person or via telephone by registering for the hearing with Court Solutions. Other parties or counsel may attend the hearing in person or via telephone by registering for the hearing on Court Solutions. More information on telephonic appearances can be found at: https://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

4862-3435-9962.1