# EXHIBIT "A"

**Saldutti, William**

---

| | |
|---|---|
| **From:** | George, Edmond |
| **Sent:** | Friday, December 1, 2023 11:08 AM |
| **To:** | Aneca.Lasley@icemiller.com |
| **Cc:** | javtorress@gmail.com; Vagnoni, Michael; Schmidt, Coleen |
| **Subject:** | AIRN v. Torres and Media Effective |
| | |
| **Importance:** | High |

Aneca,

    I have attached hereto, a link to the documents that we are providing in connection with the Accounting. The documents are not password protected so you can easily access them. As I told you, we do not believe Javier's wife or children are subject to the accounting order, having had no contractual relationship with the Debtors, and having received their transfers, not from the Debtor directly, but from their father or Media. The other Torres family members had no connection to the Debtor. If you disagree, I have continuously said in writing that I was willing to get on the phone or have a conference with the judge to clarify the directions in the order. To date, I have heard no response. I believe this Accounting complies with the court's direction in the order.

    This Accounting goes back to 2018, is for Media Effective and Javier Torres and provides: (1) a copy of the cancelled check, and (2) invoices for each media purchase. You will see that the money transferred for which you alleged in your Complaint was paid to Media Effective and not used to buy media time, is fully accounted for, and was in fact spent on advertising.

    I am again asking that you remove the allegations that Mr. Torres aided and abetted in the alleged Ponzi scheme. You are essentially calling him a criminal, which is untrue. You have absolutely no evidence to support that, any more than you can say Bloomberg, MSNBC or any of the networks aided and abetted the wrongdoers. Mr. Torres, like the investors, and the government, and the broadcasters, and all of the other third party vendors of the Debtor, was unaware of any bad acts by the Debtors. The allegations are defamatory. You can't say whatever you feel without facts. My client is reserving the right to bring claims for these allegations.

    If you have any questions or issues after you have reviewed these documents, let me know.

https://obermayer.sharefile.com/d-sfdf24c5e94c748d6bb978d89d08e5ca7

Best,


Ed




  

**Edmond M. George, Esquire, LLM**
Chairman, Creditor's Rights and Financial Reorganization Group

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel | 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022, 2023
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar 2018
Philadelphia Business Journal

 

2

| | Name ▲ | # | Size | Uploaded | Creator | |
|---|---|---|---|---|---|---|
| ☐ | TORRES_000001-000002.pdf | | 208 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000003-000004.pdf | | 208 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000005-000006.pdf | | 205 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000007-000008.pdf | | 212 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000009-000010.pdf | | 206 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000011-000012.pdf | | 209 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000013-000015.pdf | | 247 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000016-000017.pdf | | 223 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000018-000019.pdf | | 204 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000020-000021.pdf | | 220 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000022-000023.pdf | | 219 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000024-000025.pdf | | 207 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000026-000029.pdf | | 255 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000030-000032.pdf | | 232 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000033-000035.pdf | | 229 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000036-000039.pdf | | 265 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000040-000042.pdf | | 263 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000043-000046.pdf | | 281 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000047-000050.pdf | | 278 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000051-000054.pdf | | 286 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000055-000058.pdf | | 288 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000059-000062.pdf | | 292 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000063-000066.pdf | | 287 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000067-000069.pdf | | 270 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000070-000073.pdf | | 293 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000074-000077.pdf | | 281 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000078-000081.pdf | | 261 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000082-000085.pdf | | 302 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000086-000089.pdf | | 337 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000090-000091.pdf | | 215 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000092-000093.pdf | | 207 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000094-000095.pdf | | 207 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000096-000097.pdf | | 208 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000098-000101.pdf | | 270 KB | 12/01/2023 | C. Schmidt | |
| ☐ | TORRES_000102-000103.pdf | | 211 KB | 12/01/2023 | C. Schmidt | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 📄 | TORRES_000104-000105.pdf | 220 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000106-000107.pdf | 216 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000108-000111.pdf | 306 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000112-000114.pdf | 266 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000115-000117.pdf | 294 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000118-000122.pdf | 377 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000123-000126.pdf | 316 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000127-000131.pdf | 368 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000132-000136.pdf | 369 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000137-000142.pdf | 439 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000143-000147.pdf | 393 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000148-000152.pdf | 392 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000153-000157.pdf | 385 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000158-000162.pdf | 340 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000163-000166.pdf | 335 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000167-000170.pdf | 315 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000171-000174.pdf | 329 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000175-000179.pdf | 353 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000180-000183.pdf | 307 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000184-000187.pdf | 307 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000188-000191.pdf | 301 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000192-000195.pdf | 317 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000196-000199.pdf | 333 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000200-000203.pdf | 333 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000204-000207.pdf | 295 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000208-000211.pdf | 314 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000212-000215.pdf | 309 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000216-000218.pdf | 277 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000219-000222.pdf | 304 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000223-000226.pdf | 315 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000227-000230.pdf | 288 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000231-000234.pdf | 325 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000235-000239.pdf | 362 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000240-000243.pdf | 328 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000244-000247.pdf | 333 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000248-000250.pdf | 294 KB | 12/01/2023 | C. Schmidt |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 📄 | TORRES_000235-000239.pdf | 362 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000240-000243.pdf | 328 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000244-000247.pdf | 333 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000248-000250.pdf | 294 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000251-000255.pdf | 350 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000256-000258.pdf | 272 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000259-000261.pdf | 231 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000262-000264.pdf | 271 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000265-000267.pdf | 252 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000268-000270.pdf | 239 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000271-000273.pdf | 282 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000274-000276.pdf | 254 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000277-000279.pdf | 264 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000280-000283.pdf | 276 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000284-000287.pdf | 275 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000288-000290.pdf | 229 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000291-000293.pdf | 236 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000294-000296.pdf | 237 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000297-000299.pdf | 226 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000300-000301.pdf | 203 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000302-000303.pdf | 226 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000304-000306.pdf | 238 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000307-000308.pdf | 211 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000309-000311.pdf | 234 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000312-000313.pdf | 203 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000314-000316.pdf | 245 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000317-000320.pdf | 289 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000321-000322.pdf | 214 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000323-000324.pdf | 214 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000325-000326.pdf | 214 KB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000327-000341.pdf | 2 MB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000342-000371.pdf | 4 MB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000372-000390.pdf | 1 MB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000391-000496.pdf | 3 MB | 12/01/2023 | C. Schmidt |
| ☐ | 📄 | TORRES_000497-000738.pdf | 9 MB | 12/01/2023 | C. Schmidt |

0    Items Selected                                                                                     Download