# EXHIBIT "B"

**From:** George, Edmond
**Sent:** Wednesday, December 6, 2023 3:58 PM
**To:** Aneca.Lasley@icemiller.com
**Cc:** javtorress@gmail.com
**Subject:** AIRN v. Torres

Aneca, Here are the remaining accounting documents from the remaining accounts, being provided to you in completion of the 2016 to 2018 accounting requests. This completes the accounting.

https://obermayer.sharefile.com/d-se20d261c80f448608d3087f944ad22cc.

If you have any questions feel free to call me.


  

**Edmond M. George, Esquire, LLM**
Chairman, Creditor's Rights and Financial Reorganization Group

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665-3140 tel | 215.665.3165 fax
edmond.george@obermayer.com | www.obermayer.com

Super Lawyers
Pennsylvania: 2014, 2022, 2023
New Jersey: 2013, 2014, 2018, 2019

Best of the Bar 2018
Philadelphia Business Journal

 

1

## Files from Coleen Schmidt at Obermayer Rebmann Maxwell & Hippel LLP

📁 Torres Document Production 12.6.2023

| | Name ▲ | # | Size | Uploaded | Creator |
|---|---|---|---|---|---|
| ☐ 📄 | TORRES_000739-000778.pdf | | 1 MB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000779-000817.pdf | | 849 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000818-000924.pdf | | 2 MB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000925-000953.pdf | | 2 MB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000954-000957.pdf | | 324 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000958-000961.pdf | | 318 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000962-000965.pdf | | 334 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000966-000969.pdf | | 347 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000970-000973.pdf | | 203 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000974-000977.pdf | | 221 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000978-000981.pdf | | 205 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000982-000985.pdf | | 169 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000986-000989.pdf | | 178 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000990-000993.pdf | | 218 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000994-000997.pdf | | 236 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_000998-001001.pdf | | 199 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001002-001005.pdf | | 219 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001006-001009.pdf | | 196 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001010-001013.pdf | | 233 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001014-001019.pdf | | 307 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001020-001023.pdf | | 237 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001024-001029.pdf | | 303 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001030-001035.pdf | | 309 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001036-001041.pdf | | 385 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001042-001047.pdf | | 329 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001048-001053.pdf | | 344 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001054-001059.pdf | | 315 KB | 12/6/23 | C. Schmidt |
| ☐ 📄 | TORRES_001060-001065.pdf | | 262 KB | 12/6/23 | C. Schmidt |

28    Items Selected                                                                                          Download