Order Filed on January 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ICE MILLER LLP**
Louis T. DeLucia
Alyson M. Fiedler
1500 Broadway, Suite 2900
New York, NY 10036
Phone: (212) 835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

Aneca E. Lasley (admitted pro hac vice)
John C. Cannizzaro (admitted pro hac vice)
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-1085
aneca.lasley@icemiller.com
john.cannizzaro@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust.*

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,[1] | Case No: 22-14539-JKS |
| Debtors. | (Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST, | Adv. Pro. No. 23-1335-JKS |
| Plaintiff, | |
| v. | |
| MEDIA EFFECTIVE LLC, *et al.*, | |
| Defendants. | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

1

**ORDER ON LIQUIDATION TRUSTEE'S APPLICATION FOR AN ORDER TO SHOW CAUSE FOR CONTEMPT VIOLATION OF TEMPORARY RESTRAINING ORDER AND MOTION OF DEFENDANTS JAVIER TORRES, MEDIA EFFECTIVE, LLC, DORA DILLMAN, JAVIER TORRES, JR., NATALIA TORRES, AND PAULINA TORRES TO DECLARE THE TEMPORARY RESTRAINING ORDER DATED <u>NOVEMBER 22, 2023 DISSOLVED</u>**

The relief set forth on the following pages, specifically numbered three (3) through five (5) is **ORDERED.**

**DATED: January 26, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter came before the Court on January 18, 2024 for an emergency hearing on the Liquidation Trustee's Application for contempt Violation of Temporary Restraining Order (Dkt. 19) and Motion of Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres to Declare the Temporary Restraining Order Dated November 22, 2023 Dissolved (Dkt. 22). On agreement of the parties and as stated on the record at the hearing on this matter, **IT IS HEREBY ORDERED THAT**:

1. The Court will hold a preliminary injunction hearing on **March 6, 2024, beginning at 10:00 a.m.** (the "Preliminary Injunction Hearing"). The Temporary Restraining Order entered on November 22, 2023 (Dkt. No. 9) shall remain in full force and effect until the conclusion of the Preliminary Injunction Hearing and entry of an order on the Liquidation Trustee's application for a preliminary injunction.

2. Prior to the Preliminary Injunction Hearing, the parties shall engage in the following discovery:

    a. Upon representation by counsel for Torres[2] that Torres no longer has access to his TD Bank account statements, counsel for the Liquidation Trustee agreed to, and did, produce by January 19, 2024, the TD Bank account statements it has received through third party discovery for the following accounts:

        i. TD Bank x1798

        ii. TD Bank x1146

        iii. TD Bank x5197

        iv. TD Bank x 7317;

---

[2] "Torres" refers to Javier Torres. The "Torres Defendants" include Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres. "Media Effective" refers to Media Effective LLC. "Defendants" refers to the Torres Defendants, Torres and Media Effective collectively, or to a "Defendant" individually.

3

b. By February 2, 2024, the Defendants shall produce all financial information, documents and statements, to the extent available, reflecting (1) all funds, property or assets received by any Defendant from or for the benefit of one or more of the Debtors (the "Debtor Transfers"), and (2) all transfers directly or indirectly by or from any Defendant to other persons or entities (including any other Defendant) of such Debtor Transfers to such other person or entity, as a direct transferee or as subsequent transferee. Notwithstanding the foregoing, Defendants are not obligated to produce financial documents and statements for direct or indirect transfers of individual specific transfer amounts less than $5,000.00 from Javier Torres or Media Effective to one of the other individual Defendants;

c. By January 31, 2024, the Liquidation Trustee shall convene and hold the Rule 26(f) Conference;

d. By February 15, 2024, the Liquidation Trustee shall answer or otherwise respond to Defendants' outstanding discovery served on December 27, 2023;

e. By January 31, 2024, the Liquidation Trustee shall serve its written discovery on the Defendants, which Defendants shall answer or otherwise respond to by February 28, 2024; and

f. Following the production of documents, the parties shall cooperate in scheduling any depositions to be conducted prior to the Preliminary Injunction Hearing, including, without limitation, the depositions of Javier Torres, Glenn A. La Mattina and William Waldie of Alvarez & Marsal. The parties further agree to produce Javier Torres and William Waldie for deposition pursuant to notice.

3. The Liquidation Trustee's oral motion to amend its Complaint is GRANTED solely to correct the identity of the Seventh-day Adventist Conference and church and the allegations related to the same in the Lawsuit. The Liquidation Trustee shall file its Amended Complaint no later than **January 26, 2024**.