CHO LEGAL GROUP, LLC
Jae H. Cho Esq.
100 Plainfield Ave. Ste. 8E
Edison, NJ 08817
(732) 545-9600
Attorneys for New Jersey Conference of Seventh-Day Adventists, Inc. dba Nuevo
Amanecer Spanish SDA Church fka Englewood Spanish SDA Church

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>NATIONAL REALTY INVESTMENT<br>ADVISORS, LLC, *et al.*,1<br><br>_____ Debtors. _____<br><br>AIRN LIQUIDATION TRUST CO., LLC, in<br>its capacity as Liquidation Trustee of the<br>AIRN LIQUIDATION TRUST,<br><br>                      Plaintiff,<br>v.<br><br>MEDIA EFFECTIVE LLC; JAVIER<br>TORRES; JAVIER TORRES JR.; DORA<br>DILLMAN; NATALIA TORRES;<br>PAULINA TORRES; NEW JERSEY<br>CONFERENCE OF SEVENTH-DAY<br>ADVENTISTS, INC dba NUEVO<br>AMANECER SPANISH SDA CHURCH fka<br>ENGLEWOOD SPANISH SDA CHURCH;<br>and JOHN DOES 1-100<br><br>                      Defendants. | Chapter 11<br><br>Case No.:  22-14539-JKS<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 23-1335-JKS |

## NEW JERSEY CONFERENCE OF SEVENTH-DAY ADVENTISTS, INC dba NUEVO AMANECER SPANISH SDA CHURCH fka ENGLEWOOD SPANISH SDA CHURCH'S ANSWER TO FIRST AMENDED VERIFIED COMPLAINT

1

Defendants New Jersey Conference of Seventh-Day Adventists, Inc. dba Nuevo

Amanecer Spanish SDA Church fka Englewood Spanish SDA Church, by way of

Answer to Plaintiff Airn Liquidation Trust Co., LLC

says:

## NATURE OF THE COMPLAINT

1. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

2. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

3. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

4. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

5. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

6. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

7. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

8. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

9. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

10. Deny

11. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

## JURISDICTION AND VENUE

12. Admit

13. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

14. Admit

15. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

16. Admit

17. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

18. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

**PARTIES**

19. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

20. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

21. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

22. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

23. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

24. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

25. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

26. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

27. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

28. Admit.

29. Admit.

30. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

## BACKGROUND

### A.  Overview of the Chapter 11 Cases

31. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

32. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

33. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

34. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

35. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

**B.  NRIA'S Business Structure and Fraudulent Scheme**

36. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

37. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

38. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

39. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

40. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

41. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

42. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

43. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

44. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

45. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

46. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

47. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

48. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

49. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

50. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

**C.  Media Effective and Its Principal, Javier Torres**

51. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

52. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

53. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

54. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

55. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

56. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

57. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

58. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

59. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

60. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

61. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

62. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

63. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

64. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

65. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

66. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

67. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

**D.  Fraudulent Transfer to Defendants**

68. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

69. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

70. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

71. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

72. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

73. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

74. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

75. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

76. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

77. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

78. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

79. Deny

80. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

81. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

82. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

### i. Javier Torres and Dora Dillman use Debtor's Money to Purchase the Atlantic Highlands Property

83. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

84. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

85. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

86. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

87. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

### ii. Javier Torres Causes Media Effective to Transfer Debtors' Money to Personal Accounts

88. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

> a.  Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88a and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

> b.  Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88b and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

> c.  Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88c and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

89. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

> a.  Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89a and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

b. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89b and leave Plaintiff to their proofs. To the extent a response is required, we deny.

c. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89c and leave Plaintiff to their proofs. To the extent a response is required, we deny.

90. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

**iii.    Javier Torres Causes Media Effective to Transfer Debtors' Money to Torres' Family Members**

91. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

92. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

a. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92a and leave Plaintiff to their proofs. To the extent a response is required, we deny.

   b.   Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92b and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

   c.   Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92c and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

93. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

   **iv.   Javier Torres Causes Media Effective to Transfer the Debtors' Money to Englewood Spanish Church**

94. Deny

95. Deny

   **E.  Badges of Fraud and Facts Supporting a Direct Inference of Fraudulent Intent and Constructive Fraudulent Transfers**

96. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

   a.   Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96a and leave

Plaintiff to their proofs.  To the extent a response is required, we deny.

    b.   Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96b and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

    c.   Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96c and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

97. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

98. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

99. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

100. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

101. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

102. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

103. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

**COUNT I—ACTUAL FRAUDULENT TRANSFERS**
**Avoidance Pursuant To 11 U.S.C. § 548(a)(1)(A), 11 U.S.C. § 544, and Applicable**
**State Law Including N.J.S.A. § 25:2-25(a)(1) and Recovery and Preservation of**
**Same Pursuant To 11 U.S.C. §§ 550 and 551**
**(Against All Defendants)**

104. Deny

105. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

106. Deny

107. Deny

108. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

109. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

110. Deny

111. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

112. Deny

## COUNT II—CONSTRUCTIVE FRAUDULENT TRANSFERS
### Avoidance Pursuant to 11 U.S.C. § 548(a)(1)(B), 11 U.S.C. § 544(b), and Applicable State Law Including N.J.S.A. 25:2-25(a)(2) and 25:2-27(a)
### (Against All Defendants)

113. Deny

114. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

115. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

116. Deny

117. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

118. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

119. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

120. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

121. Deny

## COUNT III—AIDING AND ABETTING SECURITIES FRAUD
### Violations of Applicable State Law Including N.J.S.A. §§ 49:3-52 and 49:3-71
### (Against Media Effective and Javier Torres)

122.- 132. The allegations in count II do not make any allegations against New Jersey Conference of Seventh-Day Adventists, Inc. dba Nuevo Amanecer Spanish SDA Church fka Englewood Spanish SDA Church to the extent a response is required, we deny.

## COUNT IV – FRAUD
### (Against Media Effective and Javier Torres)

133.- 142.  The allegations in count IV do not make any allegations against New Jersey Conference of Seventh-Day Adventists, Inc. dba Nuevo Amanecer Spanish SDA Church fka Englewood Spanish SDA Church to the extent a response is required, we deny.

### COUNT V – AIDING AND ABETTING IN FRAUD
### (Against Media Effective and Javier Torres)

143.-156. The allegations in count V do not make any allegations against New Jersey

Conference of Seventh-Day Adventists, Inc. dba Nuevo Amanecer Spanish SDA Church

fka Englewood Spanish SDA Church to the extent a response is required, we deny.

### COUNT VI – UNJUST ENRICHMENT
### (Against All Defendants)

157. Deny

158. Deny

159. Deny

160. Deny

161. Defendants are without information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 161 and leave Plaintiff to their proofs.  To the

extent a response is required, we deny.

162. Deny

163. Deny

164. Deny

### COUNT VII – INJUNCTIVE RELIEF
### (Against All Defendants)

165. Deny

166. Deny

167. This paragraph fails to make any factual allegations. To the extent a response is

required, we deny.

168. This paragraph fails to make any factual allegations. To the extent a response is required, we deny.

169. This paragraph fails to make any factual allegations. To the extent a response is required, we deny.

170. Deny

171. Deny as to the allegation of irreparable harm.  Defendants are without information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 171 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

172. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

173. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

174. Defendants are without information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and leave Plaintiff to their proofs.  To the extent a response is required, we deny.

175. Deny

176.   Deny that Defendants will not suffer damages if their assets are frozen. Defendants are without information sufficient to form a belief as to the truth of the rest of the allegations contained in Paragraph 176 and leave Plaintiff to their proofs. To the extent a response is required, we deny.

177. Deny that public interest will be served by injunctive relief. Defendants are without

information sufficient to form a belief as to the truth of the rest of the allegations

contained in Paragraph 177 and leave Plaintiff to their proofs.  To the extent a

response is required, we deny.

178. Deny

179. Deny

180. Deny

## COUNT VIII – CONSTRUCTIVE TRUST
### (Against All Defendants)

181. Deny

182. This paragraph fails to make any factual allegations. To the extent a response is

required, we deny.

183. Deny

184. Deny

185. Deny

186. Deny

187. Deny

## COUNT IX - ACCOUNTING
### (Against Media Effective and Javier Torres)

188. – 194. The allegations in count IX do not make any allegations against New Jersey

Conference of Seventh-Day Adventists, Inc. dba Nuevo Amanecer Spanish SDA Church

fka Englewood Spanish SDA Church to the extent a response is required, we deny.

## RESERVATION OF RIGHTS

195. Deny

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by virtue of lack of

jurisdiction over the subject matter.

### SECOND AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by virtue of a lack

of jurisdiction over the Defendants.

### THIRD AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by virtue of

insufficiency of process.

### FOURTH AFFRIMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by the statute of

limitations.

### FIFTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited as it fails to state a

claim upon which relief can be granted.

### SIXTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by virtue of failure

to join an indispensable party pursuant to F.R.C.R. 19.

24

## SEVENTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by the doctrine of waiver.

## NINTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by the doctrine of estoppel.

## TENTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and/or limited by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and limited by Plaintiff's breach of contract.

## TWELFTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and limited by the acts and/or omissions of parties or other persons over whom Plaintiff had no control.

## THIRTEENTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and limited by virtue of the Plaintiffs' breach of the covenant of good faith and fair dealing.

## FOURTEENTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and limited by virtue of Plaintiff's failure to mitigate damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

The relief demanded in Plaintiff's complaint is barred and limited by Plaintiff's acts of fraud and misrepresentation.

**WHEREFORE,** Debtor, New Jersey Conference  of Seventh-Day Adventists, Inc.  dba Nuevo Amanecer Spanish SDA Church  fka Englewood Spanish SDA Church demands Judgment as follows:

    A.  For and Order denying Plaintiff Airn Liquidation Trust Co., LLC's Complaint;

    B.  Any other relief the court deems appropriate.

CHO LEGAL GROUP LLC
*Attorneys for Debtor* New Jersey Conference
of Seventh-Day Adventists, Inc.
dba Nuevo Amanecer Spanish SDA Church
fka Englewood Spanish SDA Church

DATED: 3/7/24

/s/ Jae Cho_____
Jae Cho, Esq.
CHO LEGAL GROUP LLC
100 Plainfield Ave, Suite 8E
Edison, NJ 08817
Phone: (732) 545-9600