|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ICE MILLER LLP**<br>Louis. T. DeLucia, Esq.<br>Alyson M. Fiedler, Esq.<br>1500 Broadway<br>Suite 2900<br>New York, NY 10036<br>Phone: 212-835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br><br>*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>                              Debtors. | Chapter 11<br><br>Case No:  22-14539-JKS |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>                              Plaintiff,<br>v.<br><br>MEDIA EFFECTIVE LLC, *et al.,*<br><br>                              Defendants. | Adv. Pro. No. 23-1335-JKS |

**NOTICE OF SUBPOENAS FOR PRODUCTION**
**PURSUANT TO CIVIL RULE 45**

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, and D.N.J. LBR 9016-1, AIRN Liquidation Trust Co., LLC, in its capacity

as Liquidation Trustee of the AIRN Liquidation Trust ("Liquidation Trust" and "Plaintiff") established under the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* [Docket No. 3256] and the order confirming same [Docket No. 3599] in the above-captioned chapter 11 case, by and through its undersigned counsel, intends to serve *Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)*, in the form attached hereto, on April 5, 2024, or as soon thereafter as service may be effectuated, upon the following:

| Name | Exhibit |
|---|---|
| AT&T Mobility, LLC | A |
| Verizon Communications, Inc. | B |

Dated:  April 5, 2024                                     **ICE MILLER LLP**

  /s/ Louis T. DeLucia
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust*