**Order Filed on April 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**NATIONAL REALITY INVESTMENT ADVISORS, LLC,** *et al.*,<br><br>Debtors. | Case No.:    22-14539<br>Chapter:    11<br>Judge:    John K. Sherwood |
| **AIRN LIQUIDATION TRUST CO., LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MEDIA EFFECTIVE LLC, ET AL.,**<br><br>Defendants. | Adv. Pro. No.:    23-01335<br>Hearing Date:    April 4, 2024 |

**ORDER RE: DEFENDANTS' MOTION TO QUASH SUBPOENAS
SERVED BY AIRN LIQUIDATING TRUST**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: National Realty Investment Advisors, LLC, et al.
Adv. Pro. No.: 23-01335
Caption of Order: **ORDER RE: MOTION TO QUASH SUBPOENAS SERVED BY AIRN LIQUIDATING TRUST**

---

**UPON** consideration of the Motion to Quash the Subpoenas Directed to AT&T Mobility, LLC and Verizon Communications, Inc. [ECF No. 45] filed by defendants, Media Effective LLC, Dora Dillman, Javier Torres, Natalia Torres, Paulina Torres, and Javier Torres, Jr.;

**AND** the Court having heard oral argument on the Motion;

It is hereby **ORDERED** that the defendants' Motion is resolved pursuant to the terms set forth on the record of the hearing on April 4, 2024.