| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Edmond M. George, Esquire**<br>**OBERMAYER REBMANN MAXWELL**<br>**& HIPPEL, LLP**<br>**1120 S NJ 73**<br>**Suite 420**<br>**Mount Laurel, NJ 08054**<br>*Counsel to Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres* | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>               Plaintiff,<br><br>v.<br><br>MEDIA EFFECTIVE LLC, *et al.*,<br><br>               Defendants. | Adv. Pro. No. 23-1335-JKS |

**ORDER GRANTING MOTION OF JAVIER TORRES, MEDIA EFFECTIVE, LLC, DORA DILLMAN, JAVIER TORRES, JR., NATALIA TORRES, AND PAULINA TORRES TO STRIKE THE APRIL 4, 2024, DECLARATIONS OF <u>ANGELA SOLK AND PATRYK GOLASZEWSKI</u>**

The relief set forth on the following page is hereby **ORDERED**.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

| | |
|---|---|
| **Debtor:** | National Realty Investment Advisors, LLC, et al. |
| **Case No:** | 22-14539-JKS |
| **Adv. Pro. No:** | 23-1335-JKS |
| **Caption of Order:** | Order Granting Motion of Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres to Strike the April 4, 2024, Declarations of Angela Solk and Patryk Golaszewski and to Impose Sanctions on the Sponsor of the Declaration |

---

Upon consideration of the Motion of Javier Torres, Media Effective, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres to Strike the April 4, 2024, Declarations of Angela Solk and Patryk Golaszewski (the "Motion")[2], and in consideration of any responses thereto, and after notice and opportunity for a hearing it is hereby

    **ORDERED** as follows:

    1.    The Motion is **GRANTED**;

    2.    The Angela Solk Declaration is stricken;

    3.    The Patryk Golaszewski Declaration is stricken; and

    4.    This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

---

[2] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the Motion.