UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Edmond M. George, Esquire

1120 Route 73, Suite 420

Mount Laurel, NJ 08054-5108

Telephone: (856) 795-3300

Facsimile: (856) 482-0504

E-mail: edmond.george@obermayer.com

Counsel to Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres

Order Filed on April 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,

AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,
Plaintiff,

v.

MEDIA EFFECTIVE LLC, et al.

Defendants.

Case No.: 22-1453-JKS

Chapter: 11

Judge: Honorable John K. Sherwood

Adv. Pro. No. 23-1335-JKS

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 9, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres__ for the reduction of time for a hearing on __Motion to Strike the April 4, 2024, Declarations of Angela Solk and Patryk Golaszewski__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Wednesday, April 10, 2024__ at __10:00 am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, New Jersey 07102__, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Louis DeLucia, Esq., Alyson Fiedler, Esq., Aneca Lasley, Esq., and Jae Cho, Esq.__

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3