| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| ***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>             michael.vagnoni@obermayer.com<br><br>Counsel to Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres | |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br>Plaintiff,<br><br>v.<br><br>MEDIA EFFECTIVE LLC, *et al.*,<br><br>                Defendants. | Adv. Pro. No. 23-1335-JKS |

## **CERTIFICATE OF SERVICE**

1.     I, Coleen M. Schmidt:

    ☐ represent the _____ in this matter.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

4888-7668-7796 v1

☒ am the paralegal for <u>Edmond M. George</u>, who represents the <u>Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres</u> in this matter.

☐ am the _____ in this case and am representing myself.

2. On <u>April 9, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1 – Motion of Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres Strike the April 4, 2024, Declarations of Angela Solk and Patryk Golaszewski

    2 – Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>April 9, 2024</u>                <u>/s/ Coleen M. Schmidt</u>
                                              Signature

4888-7668-7796 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis. T. DeLucia<br>Alyson M. Fiedler<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Phone: (212) 835-6312<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com | Trustee's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Aneca E. Lasley (admitted pro hac vice)<br>John C. Cannizzaro (admitted pro hac vice)<br>ICE MILLER LLP<br>250 West Street, Suite 700<br>Columbus, Ohio 43215<br>Phone: (614) 462-1085<br>aneca.lasley@icemiller.com<br>john.cannizzaro@icemiller.com | Trustee's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jae H. Cho<br>Cho Legal Group LLC<br>100 Plainfield Ave<br>Ste 8e<br>Edison, NJ 08817<br>732-545-9600<br>Email: jae@cholegal.com | Defense Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4888-7668-7796 v1