# Exhibit A

| | |
|---|---|
| **From:** | Lasley, Aneca |
| **To:** | George, Edmond |
| **Subject:** | Re: Media Effective PI Hearing |
| **Date:** | Friday, March 29, 2024 1:16:01 PM |

Please let me know her availability for a deposition after April 4.

Get Outlook for iOS

**From:** George, Edmond <Edmond.George@obermayer.com>
**Sent:** Friday, March 29, 2024 1:14:38 PM
**To:** Lasley, Aneca <Aneca.Lasley@icemiller.com>
**Subject:** RE: Media Effective PI Hearing

yes

**From:** Aneca.Lasley@icemiller.com <Aneca.Lasley@icemiller.com>
**Sent:** Friday, March 29, 2024 12:39 PM
**To:** George, Edmond <Edmond.George@obermayer.com>; Vagnoni, Michael <Michael.vagnoni@obermayer.com>
**Cc:** Erica.Arras@icemiller.com; Louis.DeLucia@icemiller.com; Alyson.Fiedler@icemiller.com
**Subject:** Media Effective PI Hearing

> **WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

Ed and Michael,

Can you let us know whether you will be calling your advertising expert at the PI Hearing? Our advertising expert is Angela Solk.

Best,
Aneca

**Aneca Lasley**
Partner
Aneca.Lasley@icemiller.com
**p** 614-462-1085 **f** 614-232-6899
**c** 614-570-0136

********************************************************************************
****************************************************************************
CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying,

distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*