| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> OBERMAYER REBMANN MAXWELL & HIPPEL LLP <br> Edmond M. George, Esquire <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail: edmond.george@obermayer.com <br><br> *Counsel to Defendants, Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres* |

| | |
|---|---|
| In re: <br><br> NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,[1] <br><br>            Debtors. | Chapter 11 <br><br> Case No. 22-14539-JKS <br><br> (Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST, <br>      Plaintiff, <br><br>            v. <br><br> MEDIA EFFECTIVE LLC, et al., <br><br>            Defendants. | Adv. Pro. No. 23-1335-JKS |

**DECLARATION OF JAVIER TORRES IN SUPPORT OF THE MOTION OF JAVIER TORRES, MEDIA EFFECTIVE, LLC, DORA DILLMAN, JAVIER TORRES, JR., NATALIA TORRES, AND PAULINA TORRES FOR AN ORDER PURSUANT TO <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 7052</u>**

       I, Defendant Javier Torres ("Javier"), owner of Media Effective ("Media") and with

authority to make this declaration on behalf of Dora Dillman, Javier Torres, Jr., Natalia Torres,

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

1

Paulina Torres (the "Torres Family," and collectively with Javier and Media, the "Defendants"), being of full age, submit this declaration in support of Defendants' Motion[2] and state as follows under 28 U.S.C. § 1746:

1. In 2012, Media and I began a business relationship with National Realty Investment Advisors, LLC ("NRIA") as a client when NRIA asked Media to be a media buyer for NRIA.

2. Throughout our relationship, I, through Media, provided numerous services to NRIA by acting as a media agent for the placement of advertising on radio and television.

3. I took NRIA from advertising on one local radio station in 2012 to advertising nationally on multiple radio and television stations in 2022.

4. Media and I conducted over ten (10) years of effective negotiations with television and radio stations on NRIA's behalf.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: June 21, 2024                                  */s/ Javier Torres*
                                                      JAVIER TORRES

---

[2] Capitalized terms used in this Declaration but not defined herein shall have the meanings ascribed to such terms in the Motion.