# Exhibit 1

**AIRN Liquidation Trust**
**Media Effective - Emerging Networks Mark-Up by Year**

EXHIBIT 1

| # |  | Year [1] | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
|   |   | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |   |
| 1 | Media Effective Transfers to Emerging Networks | $ 8,000 | $ - | $ 185,640 | $ 248,185 | $ 310,321 | $ 51,000 | $ 803,146 |
| 2 | NRIA Transfers to Media Effective re: Emerging Networks | 12,000 | - | 327,300 | 356,100 | 384,155 | 60,000 | 1,139,555 |
| 3 | Media Effective Mark-Up | 4,000 | - | 141,660 | 107,915 | 73,834 | 9,000 | 336,409 |
| 4 | **Media Effective Mark-Up %** | **33%** | **n/a** | **43%** | **30%** | **19%** | **15%** | **30%** |

**Note**

[1] Dates used are related to transfers from Media Effective to Emerging Networks as noted in "Payments to EMERGING NETWORKS Media Suppliers on Behalf of National Realty Investment Advisors." [Bates TORRES_MEDIAEFFECTIVE050555]. NRIA Transfers to Media Effective re: Emerging Networks utilized the corresponding date when Media Effective paid Emerging Networks for calculating the mark-up percentage.