UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**ICE MILLER LLP**
Louis T. DeLucia
Alyson M. Fiedler
1500 Broadway, Suite 2900
New York, NY 10036
Phone: (212) 835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

Aneca E. Lasley (admitted pro hac vice)
John C. Cannizzaro (admitted pro hac vice)
Erica L. Arras (admitted pro hac vice)
250 West Street, Suite 700
Columbus, Ohio 43215
Phone: (614) 462-1085
aneca.lasley@icemiller.com
erica.arras@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust.*

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC, | Case No: 22-14539-JKS |
| Debtors. | (Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST, | Adv. Pro. No. 23-1335-JKS |
| Plaintiff, | |
| v. | |
| MEDIA EFFECTIVE LLC, *et al.*, | |
| Defendants. | |

**JOINT NOTICE OF FILING**
**PRELIMINARY INJUNCTION HEARING EXHIBITS**

Now come AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust (the "Liquidation Trustee," "Trustee," or "Plaintiff"), appointed pursuant to the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* (as amended and supplemented, the "Plan") [Case No. 22-14539, Docket No. 3256] and the order confirming the Plan [Case No. 22-14539, Docket No. 3599] (the "Confirmation Order"), that has been assigned and, as of the Effective Date of the Plan, holds the claims of Contributing Investors (as that term is defined in the Plan), by and through its undersigned counsel, and Media Effective, LLC ("Media Effective"), Javier Torres ("Torres"), Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres (collectively, the "Torres Defendants") (together with the Liquidation Trustee, the "Parties"), by and through their undersigned counsel, and hereby jointly file the below exhibits used by the Parties at the Preliminary Injunction Hearing before the this Court on April 10, 2024, May 17, 2024, May 20, 2024, and June 21, 2024 to be admitted into evidence.

| | *Index of Plaintiff's Exhibits* | |
|---|---|---|
| **Exhibit No.** | **Authentication** | **Description** |
| 1 | W. Waldie Dec. | Javier Torres LinkedIn |
| 2 | W. Waldie Dec. | Media Effective Website |
| 5 | W. Waldie Direct Examination, Lasley (5.17.24) | AIRN Liquidation Trust, Media Effective and Torres Account List |
| 7 | W. Waldie Dec.<br>W. Waldie Direct Examination, Lasley (5.17.24)<br>W. Waldie Re-Direct Examination, Lasley (5.20.24)<br>J. Torres Cross Examination, Lasley (6.21.24) | Media Effective (TD x0941 and TD x5466) – Summary of Activity by Year |
| 8 | W. Waldie Dec.<br>W. Waldie Direct Examination, Lasley (5.17.24) | Javier Torres (TD x1798, TD x1146, TD x5197, TD x7317) and Socios and Partners (TD x7948) – Summary of Activity by Year |
| 9 | W. Waldie Dec.<br>W. Waldie Direct Examination, Lasley (5.17.24) | Javier Torres and Media Effective Transfers to Investment Accounts |
| 10 | W. Waldie Dec.<br>W. Waldie Direct Examination, Lasley (5.17.24) | Daily Cash Balances – Impact of Investor Contributions, January 1, 2016 to June 30, 2022 |
| 18 | J. Torres Direct Examination, Lasley (4.10.24) | Email chain between Nicholas Salzano, CDillman, Rey Grabato, Tina Colombo, and Javier Torres re Logs WABC-FM for Wednesday 08/22/2012 |
| 19 | J. Torres Direct Examination, Lasley (4.10.24) | Email chain between John M. Farina, Nicholas Salzano, Dustin, James Doolittle, Kelly Ralabate, Javier Torres and Bethany Salzano re Edits and 30 seconds TV videos |
| 20 | A. Solk Dec.<br>J. Torres Direct Examination, Lasley (4.10.24)<br>J. Torres Re-Direct Examination, Lasley (5.17.24) | Email from Javier Torres to Nicholas Salzano RE: CNBC Radio |

| | *Index of Plaintiff's Exhibits* | |
|---|---|---|
| **Exhibit No.** | **Authentication** | **Description** |
| | W. Waldie Direct Examination, Lasley (5.20.24) <br> A. Solk Direct Examination, Arras (5.20.24) <br> A. Solk Cross Examination, George (5.20.24) <br> A. Solk Re-Direct Examination, Arras (5.20.24) | |
| 21 | J. Torres Direct Examination, Lasley (4.10.24) | Javier sends Bergen St. investor project materials to "edmendezc@yahoo.com" |
| 24 | W. Waldie Dec. | TD Bank Statement Account No. 0941 of Media Effective, Transfer to Natalia Torres |
| 25 | W. Waldie Dec. | Evidence of Check No. 377 from Media Effective to Natalia Torres in the amount of $125,000 (TD Bank Account No. 0941) |
| 30 | W. Waldie Dec. <br> A. Solk Dec. <br> J. Torres Direct Examination, Lasley (5.17.24) | Hybrid May invoice and back-up |
| 33 | J. Torres Direct Examination, Lasley (5.17.24) <br> J. Torres Cross Examination, Lasley (6.21.24) <br> W. Waldie Direct Examination, Lasley (5.20.24) <br> W. Waldie Cross Examination, George (5.20.24) <br> E. Arend Cross Examination, Arras (6.21.24) <br> E. Arend Re-direct Examination, George (6.21.24) | Email chain between Patryk Golaszewski, Javier Torres, and Nicholas Salzano re TV Stations Direct Contacts |
| 34 | J. Torres Direct Examination, Lasley (4.10.24) | Email chain between Renascent Enterprises, Nicholas Salzano, Natalie Petruic, Javier Torres and Patryk Golaszewski re Invoice 1354 from Renascent Enterprises, Inc. |

| *Index of Plaintiff's Exhibits* | | |
|---|---|---|
| Exhibit No. | Authentication | Description |
| 35 | W. Waldie Dec.<br>A. Solk Dec. | Hybrid October invoice and back-up |
| 36 | J. Torres Direct Examination, Lasley (4.10.24) | Email and attachments re Podcasts Info. For advertising from Nicholas Salzano to Javier Torres |
| 37 | W. Waldie Dec. | TD Bank Statement Account No. 5466 of Media Effective LLC, Tesla Transaction |
| 38 | W. Waldie Dec.<br>A. Solk Dec. | Email chain between Nicholas Salzano, Javier Torres, and Patryk Golaszewski re Re-Recording Needed ASAP |
| 39 | J. Torres Direct Examination, Lasley (4.10.24) | Email from Vicente M. Scutaro to upremdoc, cc'd Nicholas Salzano, Javier Torres, and Art Scutaro re NRIA Meeting to Discuss Investment with Spanish Interpreter |
| 40 | J. Torres Direct Examination, Lasley (4.10.24) | Email chain between HubSpot Forms, Nicholas Salzano, Javier Torres, Vincent Scutaro and Art Scutaro re Request for Spanish Speaker at our Meeting with Dr. Ramon |
| 41 | W. Waldie Re-Direct Examination, Lasley (5.20.24) | Email from Nicholas Salzano to Robert Valencia, Stefano D'Urso, Rey Grabato, and Jack Guterierrez dated February 14, 2020 re: W9 – Media Effective LLC – 1099 needed |
| 44 | W. Waldie Dec.<br>A. Solk Dec. | Email chain between Nicholas Salzano, Javier Torres, and Patryk Golaszewski re rush record for internal file in internal testing |
| 46 | J. Torres Direct Examination, Lasley (4.10.24) | Email from Javier Torres re CNN cancellation of airing advertisement |
| 48 | A. Solk Dec.<br>J. Torres Direct Examination, Lasley (4.10.24)<br>A. Solk Direct Examination, Arras (5.20.24) | Email chain between Javier Torres, Nicholas Salzano, Patryk Golaszewski, Kyle Stafirny, Katey Kana, and Glenn La Mattina re CNBC National Run in the fall |

| | Index of Plaintiff's Exhibits | |
|---|---|---|
| Exhibit No. | Authentication | Description |
| 49 | A. Solk Dec.<br>J. Torres Direct Examination, Lasley (4.10.24)<br>A. Solk Direct Examination, Arras (5.20.24) | Tom at Emerging Networks asking if he can contact Nick directly due to mutual friend relationship – Javier says no to tell his friend that Tom works with Javier. |
| 52 | W. Waldie Dec. | TD Bank Statement Account No. 5466 of Media Effective LLC, Tesla Transaction |
| 54 | A. Solk Dec. | Email chain between Javier Torres, Katey Kana, and Patryk Golaszewski re Lou Dobbs Script #3 |
| 55 | W. Waldie Dec.<br>A. Solk Dec.<br>A. Solk Direct Examination, Arras (5.20.24)<br>A. Solk Cross Examination, George (5.20.24) | Email from Javier Torres to Katey Kara, and Patryk Golaszewski re Lou Dobbs Recording for Approval to start 2.1 |
| 56 | J. Torres Direct Examination, Lasley (4.10.24)<br>J. Torres Cross Examination, Lasley (6.21.24) | Email from Javier Torres to Katey Kana, and Patryk Golaszewski re Lou Dobbs Recording for Approval to start 2.1 |
| 57 | W. Waldie Dec.<br>A. Solk Dec. | Torres forwards Hybrid an email from client explaining NRIA's "up to 10% language" |
| 59 | J. Torres Direct Examination, Lasley (4.10.24, 5.17.24) | Email re all advertising details, assets and collateral from Javier Torres to Katey Kana |
| 60 | W. Waldie Dec.<br>A. Solk Dec. | Hybrid March invoice and back-up |
| 66 | A. Solk Dec. | Media Effective/Media Insertion Invoice # NRIARAD0174-2021 |
| 67 | W. Waldie Dec.<br>A. Solk Dec.<br>P. Golaszewski Dec.<br>J. Torres Direct Examination, Lasley (5.17.24) | Email chain re Patryk Golaszewski, Javier Torres, John Collins, AJ Scutaro, Kyle Stafirny, and Rey Grabato re Invoices |

6

| | *Index of Plaintiff's Exhibits* | |
|---|---|---|
| **Exhibit No.** | **Authentication** | **Description** |
| | E. Arend Cross Examination, Lasley (4.10.24)<br>W. Waldie Direct Examination, Lasley (5.20.24)<br>P. Golaszewski Direct Examination, Lasley (5.20.24) | |
| 69 | E. Arend Cross Examination, Lasley (4.10.24)<br>J. Torres Direct Examination, Lasley (5.17.24) | Email chain between Javier Torres, Patryk Golaszewski, Kyle Stafirny, Rey Grabato, Jovic Cobarrubias, and Natalie Petruic re Invoices Week of 11/1 |
| 70 | A. Solk Dec.<br>E. Arend Cross Examination, Lasley (4.10.24)<br>A. Solk Cross Examination, George (5.20.24) | Media Effective/Media Insertion Radio Invoice No.'s NRIARAD0176-2021 - NRIARAD0179-2021 with proof of payment |
| 71 | A. Solk Dec.<br>E. Arend Cross Examination, Lasley (4.10.24)<br>J. Torres Direct Examination, Lasley (5.17.24)<br>J. Torres Cross Examination, George (5.17.24)<br>W. Waldie Direct Examination, Lasley (5.20.24)<br>P. Golaszewski Direct Examination, Lasley (5.20.24) | Media Effective/Media Insertion TV Invoice No.'s NRIAFOXNEWS024-2021 - NRIAFOXNEWS027 & NRIAFOXBUSTV075-2021 – NRIAFOXBUSTV078 with proof of payment |
| 72 | J. Torres Direct Examination, Lasley (5.17.24) | Hybrid Media Services, Invoice No. 18236, paid on 1/14/2022; Hybrid Media Services, Invoice No. 18236, paid on 1/13/2022 |
| 73 | A. Solk Dec. | Hybrid Media Services, Invoice No. 18175, paid on 12/23/2021 |
| 74 | A. Solk Dec.<br>E. Arend Cross Examination, Lasley (4.10.24) | Back-up to Hybrid invoice dated 11/28/2021 |

| | *Index of Plaintiff's Exhibits* | |
|---|---|---|
| **Exhibit No.** | **Authentication** | **Description** |
| | J. Torres Direct Examination, Lasley (5.17.24) | |
| 75 | A. Solk Dec. | Hybrid Media Services, Invoice No. 18236, paid on 1/14/2022 |
| 79 | J. Torres Direct Examination, Lasley (5.17.24) | Email chain between Javier Torres, Patryk Golaszewski, Kyle Stafirny, Rey Grabato, Natalie Petruic, and Jovic Cobarrubias re Invoices Week of 1/17/22 |
| 92 | W. Waldie Dec. | First Amended Verified Complaint |
| 93 | A. Solk Dec. | Answer to Defendants with Affirmative Defenses to First Amended Complaint |
| 94 | A. Solk Dec. | IAB: A Digital Audio Buyer's Guide |
| 95 | W. Waldie Dec. | Bergen County Clerk's Office Trade Name Registration |
| 96 | W. Waldie Dec. | Certificate of Formation Media Effective LLC |
| 97 | W. Waldie Dec. | Summary Transfers to Englewood Spanish Church from Media Effective LLC |
| 98 | W. Waldie Dec. | Bank of America statements account ending x0018 from 10/01/2022-10/31/2022 and 11/01/2022-11/30/2022 |
| 99 | W. Waldie Dec. | TDBank Statements, Media Effective x5466 and x0941 |
| 100 | W. Waldie Dec. A. Solk Dec. J. Torres Re-Direct Examination, Lasley (5.17.24) | Email from Javier Torres to Katey Kana cc Nicholas Salzano re confidential discussion just us : scary times |
| 101 | A. Solk Dec. | Angela Solk LinkedIn Profile |

| | *Index of Plaintiff's Exhibits* | |
|---|---|---|
| **Exhibit No.** | **Authentication** | **Description** |
| 105 | J. Torres Direct Examination, Lasley (4.10.24) | Email from Graham Keenan to Javier Torres re Can you check this email before i sent? Add/correct or ideas? |
| 106 | J. Torres Direct Examination, Lasley (5.17.24)<br>E. Arend Direct Examination, George (4.10.24)<br>W. Waldie Direct Examination, Lasley (5.20.24) | Email from Graham Keenan to Javier Torres re LWD billing |
| 110 | J. Torres Direct Examination, Lasley (4.10.24)<br>A. Solk Direct Examination, Arras (5.20.24)<br>A. Solk Cross Examination, George (5.20.24) | Email from Javier Torres to Jessica Davis, cc Graham Keenan and Rachel Kaploqitz re CNN / spot approval |
| 112 | J. Torres Direct Examination, Lasley (4.10.24) | Email from Graham Keenan to Javier Torres re Podcasts Info |
| 113 | J. Torres Direct Examination, Lasley (4.10.24) | Email from Glenn La Mattina to Javier Torres re removing Salzano from email chain |
| 114 | J. Torres Direct Examination, Lasley (4.10.24) | Three articles re Salzano dates March 6, 2021, April 26, 2021, and December 6, 2021 |
| 115 | W. Waldie Direct Examination, Lasley (5.20.24)<br>W. Waldie Re-Direct Examination, Lasley (5.20.24) | Media Effective Mark-Up Analysis (Three Scenarios) |
| 116 | W. Waldie Direct Examination, Lasley (5.20.24) | Media Effective: Radio and TV Mark-Up Analysis Summary |
| 117 | W. Waldie Direct Examination, Lasley (5.20.24) | Media Effective: Radio and TV Mark-Up Analysis |
| 123 | J. Torres Direct Examination, Lasley (5.17.24) | Western-Southern Life assurance Company/Fidelity Application |

| Index of Plaintiff's Exhibits |||
|---|---|---|
| Exhibit No. | Authentication | Description |
|  | J. Torres Cross Examination, Lasley (6.21.24) |  |
| 124 | J. Torres Direct Examination, Lasley (5.17.24) | AT&T Mobility Records (Nicholas Salzano Calls) |
| 132 | J. Torres Direct Examination, Lasley (5.17.24) <br> W. Waldie Direct Examination, Lasley (5.20.24) | Email from Javier Torres to Graham Keenan re Fwd: Additional Financial Podcasts |
| 133 | J. Torres Direct Examination, Lasley (5.17.24) <br> W. Waldie Direct Examination, Lasley (5.20.24) | Email from Javier Torres to Graham Keenan Re: [EXTERNAL] NRIA spot. |
| 134 | J. Torres Direct Examination, Lasley (5.17.24) | Media Effective April/May 1010 WINS Invoices |
| 135 | J. Torres Direct Examination, Lasley (5.17.24) | Javier Torres v. Investors Bank, Complaint and Jury Demand, Case No. 2:15-cv-01637-JMV-MF, U.S. District Court for the District of New Jersey |
| 136 | J. Torres Direct Examination, Lasley (5.17.24) | Investors Bank v. Javier Torres, Case No. SWC F-001463-15, Bergen County, Docket |
| 138 | J. Torres Re-Direct Examination, Lasley (5.17.24) | Satisfaction of Mortgage recorded on 3/24/2022, Instrument No. 2022035174, Bergen County Clerk |

| Index of Defendants' Exhibits |||
|---|---|---|
| Exhibit No. | Authentication | Description |
| 1 |  | Joint Stipulation of Facts Regarding Preliminary Injunction Hearing |
| 2 | J. Torres Direct Examination, Lasley (4.10.24, 05.17.24) | Javier Torres Declaration |

10

| | *Index of Defendants' Exhibits* | |
|---|---|---|
| **Exhibit No.** | Authentication | Description |
| 3 & 3-A | E. Arend Direct Examination, George (4.10.24) <br> E. Arend Cross Examination, Lasley (4.10.24) | Erin Arend Declaration; Updated resume of Erin Arend |
| 11[1] | W. Waldie Cross Examination, George (5.20.24) | Declaration of Glenn La Mattina |
| 30 | J. Torres Cross Examination, George (5.17.24) | Email from Katey Kana re South Asia TV and Radio 2021 |
| 44 | J. Torres Cross Examination, George (5.17.24) | Email from Nicholas Salzano to Javier Torres re South Asia marketing |
| 57 | E. Arend Direct Examination, George (4.10.24) <br> E. Arend Cross Examination, Lasley (4.10.24) <br> A. Solk Direct Examination, Arras (5.20.24) | Email from Kevin Mannix to Javier Torres RE: Historical Card Rates |
| 58 | E. Arend Direct Examination, George (4.10.24) (6.21.24) <br> E. Arend Cross Examination, Lasley (4.10.24) | Vivvix Report re Fox News |

---

[1] Defendants' Exhibit 11 is the only exhibit herein subject to objection. All other exhibits listed are jointly agreed to be admitted into evidence by the Parties. The Liquidation Trustee objects to the admissibility of Defendants' Exhibit 11 on the following grounds:

(1) The Liquidation Trustee withdrew the declaration of Glenn La Mattina, making that declaration irrelevant;
(2) Now that both the Plaintiff and Defendants' have rested their cases, subject to the admitting of exhibits and closing arguments, Defendants' Exhibit 11 was only used with Mr. Waldie on cross-examination and not properly authenticated. As Mr. Waldie testified, "I still haven't looked at his declaration," demonstrating that Mr. Waldie had no personal knowledge of the document put in front of him and proper foundation was not laid to authenticate the document for it to be admissible. *See* Prelim. Inj. Hr'g Tr., 5/20/24, 38:17. Mr. Waldie went on to testify regarding that exhibit, "I've seen the statement for the first time today. I have not read this declaration." *Id.* at 41:11-12; and
(3) Defendants never called Mr. La Mattina as a witness at the preliminary injunction hearing, and the exhibit is, therefore, hearsay.

The Torres Defendants aver that the Declaration, submitted under penalty of perjury, was filed On January 17, 2024 in connection with the Motion of the Torres Defendants to Dissolve the TRO, is self-authenticating under 28 U.S.C § 1746, was relied upon by the Court on the hearing on the Motion to Dissolve the TRO, is part of the record in this case and may be admitted or judicially noticed.

11

| *Index of Defendants' Exhibits* |||
|---|---|---|
| Exhibit No. | Authentication | Description |
| | A. Solk Direct Examination, Arras (5.20.24) | |
| 62 | A. Solk Cross Examination, George (5.20.24)<br>A. Solk Re-Direct Examination, Arras (5.20.24)<br>P. Golaszewski Cross Examination, George (5.20.24) | Email from Katey Kana re Lou Dobbs Script #3 |
| 63 | A. Solk Cross Examination, George (5.20.24) | Email from Katey Kana to P. Golaszewski re Dobbs |
| 64 | P. Golaszewski Cross Examination, George (5.20.24) | Email from Nicholas Salzano re Dobbs |
| 65 | A. Solk Cross Examination, George (5.20.24) | Email from Nicholas Salzano re Dobbs 12 percent |
| 68 | A. Solk Cross Examination, George (5.20.24) | Email from Nicholas Salzano re Need a rush favor |
| 88 | W. Waldie, Direct and Re-Direct Examination, Lasley (5.20.24)<br>W. Waldie Cross Examination, George (5.20.24)<br>P. Golaszewski Direct Examination, Lasley (5.20.24) | Email from Katey Kana to Glenn La Mattina and Nicholas Salzano dated June 19, 2020 Re: ANSWERS : Questions for review |
| 97 | P. Golaszewski Cross Examination, George (5.20.24) | Email from Nicholas Salzano re Private: Javiers VS Tanvis Confirmed Willow 2020 Cricket Deal – Our Internal Analysis |
| 105 | P. Golaszewski Cross Examination, George (5.20.24) | NRIA Script (21 percent) |
| 106 | P. Golaszewski Cross Examination, George (5.20.24) | NRIA Script |
| 109 | P. Golaszewski Cross Examination, George (5.20.24) | NRIA Script |
| 112 | P. Golaszewski Cross Examination, George (5.20.24) | PG Construction webpage, Eldon Road photographs |

| *Index of Defendants' Exhibits* |
|---|---|---|
| **Exhibit No.** | **Authentication** | **Description** |
| 125 | P. Golaszewski Cross Examination, George (5.20.24) | P. Golaszewski's LinkedIn page |

**Jointly submitted and agreed to by:**

Dated: July 10, 2024

| | |
|---|---|
| **ICE MILLER LLP** | **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** |
| */s/ Louis T. DeLucia* | |
| Louis T. DeLucia | */s/ Edmond M. George (per e-mail authority)* |
| Alyson M. Fiedler | Edmond M. George |
| 1500 Broadway, Suite 2900 | 1120 Route 73, Suite 420 |
| New York, NY 10036 | Mount Laurel, NJ 08054 |
| Phone: (212) 835-6312 | Phone: (856) 795-3300 |
| louis.delucia@icemiller.com | edmond.george@obermayer.com |
| alyson.fiedler@icemiller.com | |
| | Michael D. Vagnoni (admitted pro hac vice) |
| Aneca E. Lasley (admitted pro hac vice) | Kelsey V.Sheronas (admitted pro hac vice) |
| John C. Cannizzaro (admitted pro hac vice) | 1500 Market Street, Suite 3400 |
| Erica L. Arras (admitted pro hac vice) | Philadelphia, PA 19102 |
| 250 West Street, Suite 700 | michael.vagnoni@obermayer.com |
| Columbus, Ohio 43215 | kelsey.sheronas@obermayer.com |
| Phone: (614) 462-1085 | |
| aneca.lasley@icemiller.com | *Counsel to Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, and Pauline Torres* |
| john.cannizzaro@icemiller.com | |
| erica.arras@icemiller.com | |
| | |
| *Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust* | |

## CERTIFICATE OF SERVICE

    I HEARBY CERTIFY on July 10, 2024, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey and that a true and correct copy was served as indicated on all counsel of record via Notice of Electronic Filing.

**ICE MILLER LLP**

By: */s/ Louis T. DeLucia*

1500 Broadway, Suite 2900
New York, NY 10036
Telephone: (212) 835-6312

*Counsel to AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust*

14