



### Javier Torres · 3rd
Director Media Effective

- Media Effective
- UCLA

Woodcliff Lake, New Jersey, United States · Contact info

118 connections

Message    + Follow    More

Connect if you know each other    Connect

## About

Javier is the founder/Director of Media Effective and mediaeffective.com which is a media buying platform that specializes on Radio and TV buys around the nation. By combining high volume purchase power and media relationships, the company buys radio and TV spots for clients at the best rates possible. Javier is also the Director of Socios & Partners; a Marketing and Advertising firm targeting US Hispanics. Javier has also worked for Network M&A, JWT and other ad agencies on a variety of account assignments as Account Director.
Accounts and Campaigns have included clients such as: Procter & Gamble, Unilever, Warner Lambert, Colamerica, YesLoan, National Realty & Financial Investments among others.

Specialties:
Radio Advertising Buying. TV Advertising Buying.
Hispanic Marketing and Advertising campaigns.
Creative Production of TV, Radio, Print Advertising.
Hispanic Market Consultation.

## Activity
119 followers

**Javier hasn't posted yet**
Recent posts Javier shares will be displayed here.

Show all activity →

## Experience

**Director**
Media Effective
2008 - Present · 16 yrs 4 mos

**Director**



Socios & Partners
2007 - Present · 17 yrs 4 mos

**Advertising & Marketing Director**
Colamerica
1997 - 2006 · 9 yrs
Montvale, NJ

**Director**
Network Marketing & Advertising
1989 - 1994 · 5 yrs
Greater Los Angeles Area

**Accounts**
JWT
1984 - 1988 · 4 yrs

## Education

**UCLA**
Specialization on Marketing US, Marketing to Hispanics in the US
1989 - 1991

**University Jorge Tadeo Lozano**
Major, Advertising & Marketing
1981 - 1985

Show all 3 educations →

## Skills

**Media Buying**
9 endorsements

**Radio**
7 endorsements

Show all 21 skills →

## Languages

**English**
Native or bilingual proficiency

**Spanish**
Native or bilingual proficiency

## Interests

**Companies**    Groups    Schools

**UCLA**
889,974 followers
+ Follow

**The Creative Institute**
29 followers
+ Follow

https://www.linkedin.com/in/javier-torres-7a574310/