

HOME     RADIO     TV

DIGITAL MEDIA     CONTACT US



# MEDIA EFFECTIVE

## Advertising on TV and Radio next to Mega Brands at a fraction of the cost!



Media planning, promotion development, and marketplace execution are primary...not secondary...factors in achieving brand success. We believe media planning is an interactive process between ourselves and our clients. Which is

why we never make assumptions about your customer, marketing objectives and business goals.

We'll coordinate and integrate your TV and Radio campaigns, so you can target your audience through multiple channels.





# MEDIA EFFECTIVE

Having been an on-air personality, an in-house ad director, account exec, and media director, Javier knows the advertising business inside and out. His goal in partnering with his clients today is to use all his experience to



# JAVIER TORRES

Founder/Director
Media Effective

ensure that his clients are receiving the best negotiations & rates in the most effective venues for their advertising campaigns.

Media Effective is able to implement many revolutionary advertising concepts that develop into strong direct response vehicles for clients utilizing Radio and TV strategies. Since 2003, Media Effective has been working hard to build lasting partnerships with clients and to help their direct marketing campaigns succeed. We bring years of experience in the field in order to help clients get the most out of their advertising efforts.

---

| Home | Radio | TV | Digital Media | Contact Us |

Call us:       201-463-5206                                  Email:        jtorres@mediaeffective.com

mediaeffective.com

Copyright © 2022

HOME    RADIO    TV

DIGITAL MEDIA    CONTACT US



# No other mass market mediums targets demographics like radio.



## 247,866,000 Listeners

### Each Week *Ages 12+

Radar 145, June 2020 (C) Nielsen Audio, M-Su 24-Hr Cume Est.

# Cost Effective • Measurable • Lead Generator

Radio remains relevant in today's world of time-starved consumers. It provides programming content meeting the entertainment needs of people according to their demography, geography, ethnography, etc. via nearly 11,000 on-air stations, 7,000 streaming stations and more than 1,800 digital stations.

## Any Radio Stations, Any Markets

Media Effective designs and implements local and national Direct Response Lead Generation programs using low cost Direct Response Radio inventory. Direct response radio is an extremely effective lead generation platform when bought, analyzed, and managed properly. If you need to drive qualified prospects to your call center, your web site, or both; direct response radio can help.



## We Can Advertise Your Brand On:

• Terrestrial Radio Stations

• Online/Streaming Radio Stations

• Satellite Radio (Sirius XM etc.)

• Music Streaming Services (Spotify, Pandora, Radio.com, etc. )

## HOW CAN WE HELP YOU?

Let us know about your marketing needs and we'll do the rest.

### CALL US:            201-463-5206

### EMAIL:            jtorres@mediaeffective.com

## WE'D LOVE TO HEAR FROM YOU

* *INDICATES REQUIRED FIELD*

**NAME ***

| First | Last |

**EMAIL ***

[                    ]

**COMMENT ***

[                    ]

SUBMIT

| Home | Radio | TV | Digital Media | Contact Us |

Call us:    201-463-5206              Email:    [jtorres@mediaeffective.com](jtorres@mediaeffective.com)

[mediaeffective.com](mediaeffective.com)

Copyright © 2022



HOME   RADIO   TV

DIGITAL MEDIA   CONTACT US



# TV

### The worlds most powerful advertising medium!

# Turn on the possibilities with a great & affordable TV plan!



# What do we do?

We design effective TV schedules on major TV networks at national or local level. Your product or service will be showcase to thousands or millions, at affordable rates.

Popular and effective cable TV

networks like CNN, Fox News, ESPN, Bravo, USA, Discovery, History, Bloomberg TV, Fox Sports 1, MSNBC, NBC and many more as well as Satellite TV and Broadcast TV are now a real possibility to grow your business!



# HOW CAN WE DO IT?

Its simple. We channel our media buys through high volume media buyers throughout the country that negotiate millions of dollars for mega brands and are able to secure exceptional rates for Television networks in virtually all regional markets as well as nationally. Then we pass the discounts to you. Enjoy!

# HOW CAN WE HELP YOU?

Let us know about your marketing needs and we'll do the rest.

# WE'D LOVE TO HEAR MORE FROM YOU

*** INDICATES REQUIRED FIELD**

## CALL US:

201-463-5206

## EMAIL:

jtorres@mediaeffective.com

**NAME** *

| First | Last |

**EMAIL** *

**COMMENT** *

SUBMIT

| Home | Radio | TV | Digital Media | Contact Us |

Call us:    201-463-5206

Email:    jtorres@mediaeffective.com

mediaeffective.com

Copyright © 2022

HOME    RADIO    TV

DIGITAL MEDIA    CONTACT US



# DIGITAL MEDIA



## CONVINIENT & EFFECTIVE

With an overgrowing presence in social networks, it has never been a better time to engage your customers through the power of Digital Media!

Digital Media offers incredibly easy connections between customers and your brand through digital agencies such as email, mobile apps, web searches and more. Media Effective

can plan your specific digital advertising target needs while staying on top of the latest developments and trends of the Digital Media World.

## How can we help you?

Let us know about your marketing needs and we'll do the rest.

**Call us:**  201-463-5206

**Email:**  jtorres@mediaeffective.com

## We'd love to hear more from you

*\* INDICATES REQUIRED FIELD*

**NAME ***

| First | Last |

**EMAIL ***

**COMMENT ***

SUBMIT

| Home | Radio | TV | Digital Media | Contact Us |

Call us:    201-463-5206            Email:    [jtorres@mediaeffective.com](jtorres@mediaeffective.com)

[mediaeffective.com](mediaeffective.com)

Copyright © 2022