**AIRN Liquidation Trust**

| # | Account Type | Account Name | Financial Institution | Account Number | Status |
|---|---|---|---|---|---|
| 1 | Bank Account | Javier Torres & Dora Dillman | Bank of America | 381069016343 | |
| 2 | Bank Account | Media Effective LLC | Bank of America | 381056736005 | |
| 3 | Bank Account | Spanish Englewood 7th Day Adventist | Bank of America | 4320010018 | Received |
| 4 | Investment Account | Javier Torres | Charles Schwab | Any accounts other than 4680-5940 | |
| 5 | Investment Account | Javier Torres | Charles Schwab | 4680-5940 | Received |
| 6 | Investment Account | Unknown | Fidelity Investments | Unknown | |
| 7 | Bank / Investment Account | Javier Torres | JPMorgan Chase Bank | Unknown | |
| 8 | Investment Account | Javier Torres | TD Ameritrade Clearing Inc. | 756260544 | Received |
| 9 | Investment Account | Javier Torres | TD Ameritrade Clearing Inc. | 201262147 | Received |
| 10 | Investment Account | Unknown | TD Ameritrade Clearing Inc. | 868856023 | |
| 11 | Bank Account | Javier S Torres and Dora M Dillman | TD Bank | 3450941798 | Received |
| 12 | Bank Account | Javier Torres | TD Bank | 00007204451146 | Received |
| 13 | Bank Account | Javier Torres | TD Bank | 4378435197 | Received |
| 14 | Bank Account | Javier Torres DBA Centro De Ayuda Financiera | TD Bank | 3451987317 | Received |
| 15 | Bank Account | Media Effective LLC | TD Bank | 4373425466 | Received |
| 16 | Bank Account | Media Effective LLC | TD Bank | 4266880941 | Received |
| 17 | Bank Account | Socios and Partners | TD Bank | 3450027948 | Received |
| 18 | Bank Account | Javier Torres | Wells Fargo | 2894144142 | Received |


Plaintiff's Ex. 5