**AIRN Liquidation Trust**
**Media Effective (TD x0941 and TD x5466) - Summary of Activity by Year**

| # | Individual / Entity | Year [1] | | | | | | | | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | | |
| **Incoming Funds Source** | | | | | | | | | | | |
| 1 | NRIA | $667,480 | $886,150 | $2,063,070 | $3,046,950 | $12,618,792 | $16,114,705 | $1,125,143 | $0 | $36,522,290 | |
| 2 | Javier Torres | - | 23,010 | 20 | - | 300,000 | 785,000 | 1,968,000 | 280,000 | 3,356,030 | |
| 3 | Media Effective | - | - | - | 300,000 | 480,000 | 120,000 | 200,000 | - | 1,100,000 | |
| 4 | Other | 12,860 | 121,000 | 268 | - | - | - | 130,000 | - | 264,128 | [2] |
| 5 | Total | $680,340 | $1,030,160 | $2,063,358 | $3,346,950 | $13,398,792 | $17,019,705 | $3,423,143 | $280,000 | $41,242,448 | |
| **Outgoing Funds Use** | | | | | | | | | | | |
| 6 | Advertising Agency | ($329,923) | ($509,025) | ($1,142,525) | ($1,590,981) | ($6,928,445) | ($9,535,390) | ($3,510,742) | $0 | ($23,547,031) | [3] |
| 7 | Javier Torres | (274,000) | (120,500) | (272,240) | (992,000) | (5,439,000) | (3,455,000) | (592,875) | (167,000) | (11,312,615) | |
| 8 | Investment Account | - | (209,000) | (9,800) | (13,500) | (21,500) | - | (3,208,000) | (500,000) | (3,961,800) | |
| 9 | Media Effective | - | - | - | (300,000) | (480,000) | (120,000) | (200,000) | - | (1,100,000) | [4] |
| 10 | Englewood Spanish Church | (13,711) | (15,125) | (39,864) | (93,856) | (181,040) | (198,135) | (12,750) | - | (554,481) | |
| 11 | Javier Torres Family Member | - | (255,000) | (2,000) | (27,745) | (3,400) | - | - | - | (288,145) | |
| 12 | Government Payments (Taxes) | (3,000) | - | (1,600) | (1,600) | (11,150) | (50,743) | (111,367) | (600) | (180,059) | |
| 13 | Car Purchase | - | - | - | (91,661) | (42,571) | (500) | - | - | (134,732) | |
| 14 | Other | (1,556) | (122,383) | (22,940) | (26,200) | (6,700) | (4,632) | (132,747) | (143,503) | (460,660) | |
| 15 | Total | ($622,190) | ($1,231,033) | ($1,490,969) | ($3,137,543) | ($13,113,805) | ($13,364,399) | ($7,768,480) | ($811,103) | ($41,539,523) | |

| # | Use of NRIA Funds | Year | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | |
| 16 | Incoming from NRIA (Line #1) | $667,480 | $886,150 | $2,063,070 | $3,046,950 | $12,618,792 | $16,114,705 | $1,125,143 | $0 | $36,522,290 |
| 17 | Outgoing to Advertising Agency (Line #6) | (329,923) | (509,025) | (1,142,525) | (1,590,981) | (6,928,445) | (9,535,390) | (3,510,742) | - | (23,547,031) |
| 18 | **Estimated Mark-Up** | **$337,557** | **$377,125** | **$920,545** | **$1,455,969** | **$5,690,347** | **$6,579,315** | **($2,385,599)** | **$0** | **$12,975,259** |
| 19 | **Estimated Mark-Up Percentage** | *51%* | *43%* | *45%* | *48%* | *45%* | *41%* | *n/a* | *n/a* | *36%* |

**Notes**

[1] The analysis is limited to the period for which account statements were received from January 1, 2016 through August 2023. Years are on a calendar-year basis.
[2] On or around September 12, 2016, a $12,860 deposit was identified from advertiser Chief Media LLC.
[3] Over 94% of the total advertising agency payments identified from the Media Effective bank accounts went to Hybrid Media Services.
[4] A $300,000 deposit on December 3, 2019, was noted in Media Effective's TD Bank x5466 account. Using the information currently available, the source of the funds was unable to be confirmed. However, due to the same date and deposit amount, the incoming funds likely originated from Media Effective's TD x0941 account.



Plaintiff's Ex. 7

AIRNTRUST048178