**AIRN Liquidation Trust**
**Javier Torres (TD x1798, TD x1146, TD x5197, TD x7317) and Socios and Partners (TD x7948) - Summary of Activity by Year**

| # | Individual / Entity | Year [1] | | | | | | | | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | | |
| **Incoming Funds Source** | | | | | | | | | | | |
| 1 | Media Effective | $274,000 | $108,000 | $227,600 | $758,500 | $5,428,000 | $3,455,000 | $548,875 | $187,050 | $10,987,025 | |
| 2 | Javier Torres | 15,560 | 23,327 | 14,550 | 24,400 | 166,000 | 22,500 | 1,712,350 | 850,025 | 2,828,712 | |
| 3 | Englewood Spanish Church | 1,404 | 3,114 | 3,371 | 8,741 | 4,703 | - | - | - | 21,334 | |
| 4 | Javier Torres Family Member | - | 70 | - | 10,000 | - | - | - | - | 10,070 | |
| 5 | Other | 33,899 | 42,915 | 66,328 | 39,758 | 36,580 | 41,505 | 27,948 | 16,759 | 305,692 | |
| 6 | **Total** | **$324,863** | **$177,427** | **$311,849** | **$841,399** | **$5,635,283** | **$3,519,005** | **$2,289,173** | **$1,053,834** | **$14,152,833** | |
| **Outgoing Funds Use** | | | | | | | | | | | |
| 7 | Investment Account | $0 | $0 | $0 | $0 | $0 | ($57,000) | ($2,950,000) | ($1,495,000) | ($4,502,000) | [2] |
| 8 | Media Effective | - | (23,010) | (20) | - | (300,000) | (785,000) | (1,968,000) | (280,000) | (3,356,030) | |
| 9 | Javier Torres | (2,390) | (14,150) | (740) | (4,170) | (170,129) | (27,850) | (1,716,311) | (1,025,575) | (2,961,315) | |
| 10 | Title Company | - | - | - | - | - | (1,602,287) | - | - | (1,602,287) | |
| 11 | Government Payments (Taxes) | (6,494) | (2,600) | (3,125) | (8,026) | (46,845) | (70,296) | (30) | (263) | (137,679) | |
| 12 | Socios and Partners | (12,300) | (13,710) | (16,425) | (17,900) | (4,500) | (3,000) | (1,750) | (1,000) | (70,585) | |
| 13 | Javier Torres Family Member | - | (2,047) | (25,869) | (7,094) | (5,564) | (8,886) | (5,130) | (3,518) | (58,109) | |
| 14 | Car Purchase | - | - | - | - | - | (33,649) | - | - | (33,649) | |
| 15 | Englewood Spanish Church | (854) | - | - | - | - | - | - | (350) | (1,204) | |
| 16 | Other | (136,991) | (132,211) | (134,037) | (168,174) | (134,163) | (214,472) | (199,396) | (358,522) | (1,477,967) | |
| 17 | **Total** | **($159,029)** | **($187,728)** | **($180,217)** | **($205,364)** | **($661,202)** | **($2,802,440)** | **($6,840,617)** | **($3,164,228)** | **($14,200,825)** | |

**Notes**

[1] The analysis is limited to the period for which account statements were received from January 1, 2016 through August 2023. Years are on a calendar-year basis.

[2] Total investment account transfers includes a $1,600,000 withdrawal from Javier Torres' TD Bank x1146 account on November 8, 2022. When questioned about this transaction during his deposition on March 26, 2024, Torres responded that he believed the funds were deposited into an investment account at Fidelity Investments. Statements for this account have not yet been obtained to confirm the transfer.



Plaintiff's Ex. 8

AIRNTRUST048179