**AIRN Liquidation Trust**
**Javier Torres and Media Effective Transfers to Investment Accounts**

| # | Transfer Source Account Name | Transfer Source Account Number | Transferee Name | Transferee Account Number | Transfer Date | Transfer Amount | Notes |
|---|---|---|---|---|---|---|---|
| 1 | Media Effective | TD Bank Account #0941 | TD Ameritrade Clearing Inc. | 201-262147 | 4/7/2017 | $ 9,000.00 | |
| 2 | Media Effective | TD Bank Account #0941 | TD Ameritrade Clearing Inc. | 756-260544 | 10/6/2017 | 200,000.00 | [1] |
| 3 | Media Effective | TD Bank Account #0941 | TD Ameritrade Clearing Inc. | 201-262147 | 4/16/2018 | 9,800.00 | |
| 4 | Media Effective | TD Bank Account #0941 | TD Ameritrade Clearing Inc. | 201-262147 | 4/15/2019 | 13,500.00 | [2] |
| 5 | Media Effective | TD Bank Account #0941 | TD Ameritrade Clearing Inc. | 201-262147 | 4/28/2020 | 21,500.00 | |
| 6 | Javier Torres | TD Bank Account #1798 | TD Ameritrade Clearing Inc. | 201-262147 | 5/7/2021 | 57,000.00 | |
| 7 | Media Effective | TD Bank Account #5466 | TD Ameritrade Clearing Inc. | 201-262147 | 4/12/2022 | 58,000.00 | |
| 8 | Media Effective | TD Bank Account #0941 | Charles Schwab | 4680-5940 | 8/4/2022 | 1,050,000.00 | [3] |
| 9 | Media Effective | TD Bank Account #0941 | Charles Schwab | 4680-5940 | 8/16/2022 | 1,500,000.00 | [3] |
| 10 | Media Effective | TD Bank Account #5466 | Charles Schwab | 4680-5940 | 9/9/2022 | 600,000.00 | |
| 11 | Javier Torres | TD Bank Account #1146 | Fidelity Investments | Unknown | 11/8/2022 | 1,600,000.00 | [4],[5] |
| 12 | Javier Torres | TD Bank Account #1798 | Fidelity Investments | 220666831 | 12/21/2022 | 900,000.00 | [4] |
| 13 | Javier Torres | TD Bank Account #1798 | Fidelity Investments | Unknown | 12/30/2022 | 450,000.00 | [4] |
| 14 | Javier Torres | TD Bank Account #1798 | Charles Schwab | 4680-5940 | 1/3/2023 | 450,000.00 | |
| 15 | Media Effective | TD Bank Account #0941 | Charles Schwab | 4680-5940 | 1/24/2023 | 100,000.00 | |
| 16 | Media Effective | TD Bank Account #5466 | Fidelity Investments | 220666831 | 1/24/2023 | 400,000.00 | [4] |
| 17 | Javier Torres | TD Bank Account #1798 | Charles Schwab | 4680-5940 | 1/24/2023 | 200,000.00 | |
| 18 | Javier Torres | TD Bank Account #1146 | Fidelity Investments | Unknown | 4/19/2023 | 245,000.00 | [4] |
| 19 | Javier Torres | TD Bank Account #1798 | Charles Schwab | 4680-5940 | 6/30/2023 | 300,000.09 | |
| 20 | Javier Torres | TD Bank Account #1798 | Fidelity Investments | Unknown | 7/6/2023 | 300,000.00 | [4] |
| | | | | | **Total Transfers:** | **$ 8,463,800.00** | |

**Notes**

[1] The balance in the Torres' TD Ameritrade 756-260544 account prior to the deposit was $45,866.80.

[2] The balance in the Torres' TD Ameritrade 201-262147 account prior to the deposit was $59,997.91. Subsequent deposits from Torres and Media Effective accounts grew the balance to over $220,000 by August 2023.

[3] Torres opened a Charles Schwab account in August 2022, funded by two deposits totaling $2,550,000 from Media Effective's TD Bank x0941 account. Subsequent deposits from Torres and Media Effective accounts grew the balance in this account to over $4,000,000 by June 2023.

[4] Investment account records have not been obtained for Fidelity Investments account(s).

[5] Torres withdrew $1,600,000 from a personal TD Bank account in November 2022. When questioned about this transaction during his deposition on March 26, 2024, Torres responded that he believed the funds were deposited into an investment account at Fidelity Investments. Statements for this account have not yet been obtained to confirm the transfer.

**Plaintiff's Ex. 9**

AIRNTRUST048180