AIRN Liquidation Trust
Daily Cash Balances - Impact of Investor Contributions



**Notes**
[1] Reflects net investor contributions (contributions less redemptions) that flowed through NRIA bank accounts. Distributions to investors have not been removed as part of the Balance without Investor Contributions.
[2] The adjusted daily cash balance is based on Debtor bank records available as of January 16, 2024. Certain subpoenaed records yet to be received or processed could affect the adjusted daily balance, however such statements are not likely to have a significant impact on overall conclusions reached in this analysis.



AIRNTRUST048181