**From:** Nicholas Salzano <Nicholas@nria.net>
**Sent:** Tue, 21 Aug 2012 20:28:49 -0400
**To:** "'cdillman@mediaeffective.com'" <cdillman@mediaeffective.com>, Rey Grabato <Rey@nria.net>, Tina Colombo <TColombo@nria.net>
**CC:** "'jtorres@mediaeffective.com'" <jtorres@mediaeffective.com>
**Subject:** Re: Logs WABC-FM for Wednesday 08/22/2012

Your missing one - we pay for 4 daily?

---

**From:** cdillman [mailto:cdillman@mediaeffective.com]
**Sent:** Tuesday, August 21, 2012 08:22 PM
**To:** Aj Scutaro; Art Scutaro; Bethany Salzano; Caroline Taylor; Dan Hirshout; Joseph LaChiana; Linda Bennett; Nicholas Salzano; Rey Grabato; Tina Colombo
**Cc:** 'Javier Torres' <jtorres@mediaeffective.com>
**Subject:** Logs WABC-FM for Wednesday 08/22/2012

Logs **WABC-FM** for Wednesday 08/22/2012

11:30 AM

1:58 PM

2:55 PM


*Cletus Dillman*

Sales Consultant

mediaeffective.com

T: 201.673.8299

Plaintiff's Ex. 18