**From:** Nicholas Salzano <nicholas@nria.net>
**Sent:** Fri, 31 Jul 2015 16:46:44 -0400
**To:** Javier Torres <jtorres@mediaeffective.com>
**CC:** Bethany Salzano <bethany@nria.net>
**Subject:** RE: Edits and 30 second TV videos

---

Calls are strong now on " TOO GOODS" so CORRECT - don't do anything yet with CNBCs'

Probably just cut over 100% of ZEE TVs after August 15th:

only rotating between ASIAN 60 sec , WHITE 30 sec and INDIAN 30 sec versions only

In This way we can give the " TOO GOODS" more time now to settle in

Then we change JUST ZEE 100% and see if there is an UPTICK FIRST before we fool with CNBC

Currently the extra $4k of Indian TV Star Net or whatever -  is ON HOLD

Steady as she goes


Nicholas Salzano
Senior Independent Project Management Vice President

National Realty Investment Advisors, LLC
1325 Paterson Plank Road
2nd Floor
Secaucus, New Jersey 07094

T. (201) 210-2727

-----Original Message-----
From: Javier Torres [mailto:jtorres@mediaeffective.com]
Sent: Friday, July 31, 2015 4:31 PM
To: Nicholas Salzano
Subject: RE: Edits and 30 second TV videos

Nicholas;
These are very well conceived spots and the testimonials look great.
We are currently running 3 versions of spots on all 5 markets with 2 versions that really started rotating last week. I think that more versions would affect the response, as viewers wouldn't have enough impact/repetition from a particular message to motivate them to pick up the phone and call. As you know constant repetition and heavy frequency are key to obtain good response.
If we are running 25 times/week on one market we are running just 8 times per week each version right now. The "Too Good To Be True" spots are really good and we have to give them some exposure to really test their full potential.

Perhaps we can start on Zee TV and if we start running on other Indian channel we can rotate these new versions? We have a good number of weekly spots with Zee and with the $4k assigned we can get around 85 spots on the other Indian news channel. (still deciding which one would be best, probably NDTV/the CNN of India)

And start rotating these new versions a little bit later on CNBC's?



Plaintiff's Ex. 19

AIRNTRUST005316

I'll proceed as you advise.

By the way; if the testimonials are real, can you use a note/graphic: "Real Testimonial from Actual client"

Thanks,


Javier Torres
Director Media Effective
201.746.6592


-----Original Message-----
From: Nicholas Salzano [mailto:nicholas@nria.net]
Sent: Friday, July 31, 2015 3:45 PM
To: Kelly Ralabate; jmf@usconstructioninc.com
Cc: Dustin@usconstructioninc.com; James Doolittle; Javier Torres (jtorres@mediaeffective.com)
Subject: RE: Edits and 30 second TV videos

Hi Kelly,

These are all terrific. Very well done and I have downloaded them all.

Javier will begin to interact with you on receiving them in the CNBC and ZEE television formats.

Nicholas Salzano
Senior Independent Project Management Vice President

National Realty Investment Advisors, LLC
1325 Paterson Plank Road
2nd Floor
Secaucus, New Jersey 07094

T. (201) 210-2727
F. (800) 349-0925
C. (973) 689-5482

P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.

E. nicholas@nria.net

Website:
http://nria.net

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should be construed as securities, economic, tax, investment, legal, or other advice.
All information, material and content contained herein or supplied by NRIA at any time is provided on an "as

AIRNTRUST005317

is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose.

Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed , and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

-----Original Message-----
From: Kelly Ralabate [mailto:kralabate@ccfv.com]
Sent: Friday, July 31, 2015 10:30 AM
To: Nicholas Salzano; jmf@usconstructioninc.com
Cc: Dustin@usconstructioninc.com; James Doolittle; Javier Torres (jtorres@mediaeffective.com)
Subject: RE: Edits and 30 second TV videos

Apologies, I'm not sure why the MOV link redirected to the WAV folder.
Please try this one instead and let me know if you are able to download the
9 MOV videos.

https://www.dropbox.com/sh/l3vojstqw6hk7r6/AADhDHxlq5gdGoc5Dco0AujIa?dl=0


From: Nicholas Salzano [nicholas@nria.net]
Sent: Thursday, July 30, 2015 6:36 PM
To: Kelly Ralabate; jmf@usconstructioninc.com
Cc: Dustin@usconstructioninc.com; James Doolittle; Javier Torres (jtorres@mediaeffective.com)
Subject: RE: Edits and 30 second TV videos

Hi Kelly

Same comment - just send us the 8 or 9 finished videos. When each of the 30 seconds. When each of the 60 seconds.

Thanks so much

Nicholas Salzano
Senior Independent Project Management Vice President


From: Kelly Ralabate [mailto:kralabate@ccfv.com]

AIRNTRUST005318

Sent: Thursday, July 30, 2015 12:49 PM
To: Nicholas Salzano; jmf@usconstructioninc.com
Cc: Dustin@usconstructioninc.com; James Doolittle; Javier Torres (jtorres@mediaeffective.com)
Subject: RE: Edits and 30 second TV videos

All nine MOV files are now available for download at this private link:
https://www.dropbox.com/sh/m03kt4awlo6b2v9/AAAql6OWOCtPW1sso79eiziRa?dl=0

The WAVs are uploading now to their own folder - stay tuned!

_____

From: Nicholas Salzano [mailto:nicholas@nria.net]
Sent: Wednesday, July 29, 2015 5:54 PM
To: Kelly Ralabate; jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle; Javier Torres (jtorres@mediaeffective.com<mailto:jtorres@mediaeffective.com>)
Subject: RE: Edits and 30 second TV videos

Hi Kelly,

I just got to this and it is just too much to download. These things are massive amounts of data.

Can you please send them each to drop box links I believe that will work much faster.

Please advise

Nicholas Salzano
Senior Independent Project Management Vice President

National Realty Investment Advisors, LLC
1325 Paterson Plank Road
2nd Floor
Secaucus, New Jersey 07094

T. (201) 210-2727
F. (800) 349-0925
C. (973) 689-5482

P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.

E. nicholas@nria.net<mailto:nicholas@nria.net>

Website:
http://nria.net<http://nria.net/>

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should  be construed as  securities, economic, tax, investment, legal, or other advice.
All information, material and content contained herein or supplied by NRIA at any time is provided on an "as

is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose.

Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed , and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

From: Kelly Ralabate [mailto:kralabate@ccfv.com]
Sent: Tuesday, July 28, 2015 2:03 PM
To: Nicholas Salzano; jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle; Javier Torres (jtorres@mediaeffective.com<mailto:jtorres@mediaeffective.com>); Kelly Ralabate
Subject: RE: Edits and 30 second TV videos

Good afternoon - please follow this link to find the final assets:
http://clientshare.ccfv.com<http://clientshare.ccfv.com/>
username & password: natlrealty

You'll see 10 files available for download:
1)      Zipped folder containing 36 wav files of the audio mixes & splits
2)      :60 Asian Investor - Version A
3)      :60 Indian Investor - Version A
4)      :60 Caucasian Investor - Version A
5)      :60 Asian Investor - Version B
6)      :60 Indian Investor - Version B
7)      :60 Caucasian Investor - Version B
8)      :30 Caucasian Investor
9)      :30 Indian Investor
10)    :30 Asian Investor

Please let me know if you have any issues with the download site or the files.  Thanks!
Best,
Kelly

Kelly Ralabate, Producer
Center City Film & Video
(O) 267-597-3551
(F) 267-597-3539
www.ccfv.com<http://www.ccfv.com>

From: Nicholas Salzano [mailto:nicholas@nria.net]
Sent: Friday, July 24, 2015 5:07 PM
To: Kelly Ralabate; jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle; Javier Torres (jtorres@mediaeffective.com<mailto:jtorres@mediaeffective.com>)
Subject: RE: Edits and 30 second TV videos

Ok all approved and good to go

Run the same changes on ALL VERSIONS of course

1st we need MP4's and Drop Box Links

Javier will communicate broadcast requirements for next week



Nicholas Salzano
Senior Independent Project Management Vice President


From: Kelly Ralabate [mailto:kralabate@ccfv.com]
Sent: Friday, July 24, 2015 2:23 PM
To: Kelly Ralabate; jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Nicholas Salzano; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle
Subject: RE: Edits and 30 second TV videos

Checking in - if these need to deliver today, would need approval by 2:45p to have time to create the files.  Many thanks!


From: Kelly Ralabate
Sent: Friday, July 24, 2015 11:12 AM
To: Kelly Ralabate; jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Nicholas Salzano; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle
Subject: RE: Edits and 30 second TV videos

Presenting the two Investor Ken spots with the transition SFX removed and the olive lover third text bolded.  Looking forward to your thoughts!
https://vimeo.com/centercityvideo/review/134416825/2efa8afd1e
https://vimeo.com/centercityvideo/review/134416826/c7e059d190

From: Kelly Ralabate
Sent: Friday, July 24, 2015 9:41 AM
To: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Nicholas Salzano; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle

AIRNTRUST005321

Got it - We will make a version with the olive text bolded and post for you shortly.


On Jul 23, 2015, at 6:13 PM, "jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>" <jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>> wrote:
No its tough to see.  If you want the color I would say to make it bold.
James can you make it larger font and bold then?

Regards,

John M. Farina,
President
U.S. Construction, Inc.
400 Market Street, Suite 415
Philadelphia, PA 19106
O:  215-735-3718
F:  267-569-2111
C:  201-705-3955

From: Nicholas Salzano [mailto:nicholas@nria.net]
Sent: Thursday, July 23, 2015 6:07 PM
To: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>; Kelly Ralabate; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle
Subject: RE: Edits and 30 second TV videos

John,

It's actually the NRIA olive green be used. It presents fairly well on a good computer screen and I think will be fine for television. They also flip-flop the phone number between olive green and black. It is black on the last screen.

Are you viewing it on a cell phone?

Nicholas Salzano
Senior Independent Project Management Vice President

National Realty Investment Advisors, LLC
1325 Paterson Plank Road
2nd Floor
Secaucus, New Jersey 07094

T. (201) 210-2727

From: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com> [mailto:jmf@usconstructioninc.com]
Sent: Thursday, July 23, 2015 5:58 PM
To: Kelly Ralabate; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle; Nicholas Salzano
Subject: RE: Edits and 30 second TV videos

The phone number can we do in black I can barely see the yellow?

Regards,

John M. Farina,
President
U.S. Construction, Inc.
400 Market Street, Suite 415
Philadelphia, PA 19106
O:  215-735-3718
F:  267-569-2111
C:  201-705-3955

From: Kelly Ralabate [mailto:kralabate@ccfv.com]
Sent: Thursday, July 23, 2015 4:16 PM
To: Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle; Nicholas Salzano
Cc: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Subject: RE: Edits and 30 second TV videos

We certainly can.  Are there any other notes on today's revisions? Thanks!

_____
From: Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com> [mailto:Dustin@usconstructioninc.com]
Sent: Thursday, July 23, 2015 3:17 PM
To: Kelly Ralabate; James Doolittle; Nicholas Salzano
Cc: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Subject: RE: Edits and 30 second TV videos

Hi Kelly,

Can we eliminate the fairy dust sound that plays when the light flashes?

Example: Second 34

-Dustin

From: Kelly Ralabate [mailto:kralabate@ccfv.com]
Sent: Thursday, July 23, 2015 3:06 PM
To: James Doolittle; Nicholas Salzano
Cc: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; Kelly Ralabate
Subject: RE: Edits and 30 second TV videos

Good afternoon - please review the :60 and :30 spots addresses the below notes here:
https://vimeo.com/centercityvideo/review/134318256/704982b6d8
https://vimeo.com/centercityvideo/review/134318255/89ed32752e
Let us know if you would like these changes applied to all spots and then readied for final delivery.

Best,
Kelly

AIRNTRUST005323

Kelly Ralabate, Producer
Center City Film & Video
(O) 267-597-3551
(F) 267-597-3539
www.ccfv.com<http://www.ccfv.com>

From: James Doolittle
Sent: Thursday, July 23, 2015 2:50 PM
To: Nicholas Salzano
Cc: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; Kelly Ralabate
Subject: Re: Edits and 30 second TV videos

---- sent from the falcon

On Jul 23, 2015, at 9:12 AM, Nicholas Salzano <nicholas@nria.net<mailto:nicholas@nria.net>> wrote:
OK

Nicholas Salzano
Senior Independent Project Management Vice President

National Realty Investment Advisors, LLC
1325 Paterson Plank Road
2nd Floor
Secaucus, New Jersey 07094

T. (201) 210-2727
F. (800) 349-0925
C. (973) 689-5482

P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.

E. nicholas@nria.net<mailto:nicholas@nria.net>

Website:
http://nria.net<http://nria.net/>

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should be construed as securities, economic, tax, investment, legal, or other advice.
All information, material and content contained herein or supplied by NRIA at any time is provided on an "as is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose.
Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is

AIRNTRUST005324

it claimed to be a complete study of the legal, tax, economic, logistics, geographic, demographic, investment, valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed, and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

From: James Doolittle [mailto:jdoolittle@ccfv.com]
Sent: Wednesday, July 22, 2015 11:05 PM
To: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Nicholas Salzano; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>
Subject: RE: Edits and 30 second TV videos

Gents, after reviewing, my druthers are to build on the lower third after the first "transition" to the overhead construction site shots, around 6 or so seconds in. We'll hold in place thru the final transition ahead of final shot.

Will hoist new edits first AM for both a test 30 and 60 for final approval ahead of re-affecting all.

_____
From: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com> [mailto:jmf@usconstructioninc.com]
Sent: Wednesday, July 22, 2015 4:50 PM
To: James Doolittle
Cc: Nicholas Salzano; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>
Subject: RE: Edits and 30 second TV videos

What ever looks best

Regards,

John M. Farina,
President
U.S. Construction, Inc.
400 Market Street, Suite 415
Philadelphia, PA 19106
O: 215-735-3718
F: 267-569-2111
C: 201-705-3955

From: James Doolittle [mailto:jdoolittle@ccfv.com]
Sent: Wednesday, July 22, 2015 4:08 PM
To: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Nicholas Salzano;

Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>
Subject: Re: Edits and 30 second TV videos

So are we to place the lower third across the entire spot?

On Jul 22, 2015, at 4:06 PM,
"jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>"
<jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>> wrote:
For both 30 & 60 my friend.

Regards,

John M. Farina,
President
U.S. Construction, Inc.
400 Market Street, Suite 415
Philadelphia, PA 19106
O:  215-735-3718
F:  267-569-2111
C:  201-705-3955

From: James Doolittle [mailto:jdoolittle@ccfv.com]
Sent: Wednesday, July 22, 2015 3:59 PM
To: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Nicholas Salzano;
Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>
Subject: Re: Edits and 30 second TV videos

So right now - not enough number displayed in 30 / on it.

---- sent from the falcon

On Jul 22, 2015, at 3:46 PM,
"jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>"
<jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>> wrote:
James the phone number has to be displayed more prominently throughout the short as well as this is a direct response add.

Regards,

John M. Farina,
President
U.S. Construction, Inc.
400 Market Street, Suite 415
Philadelphia, PA 19106
O:  215-735-3718
F:  267-569-2111
C:  201-705-3955

From: Nicholas Salzano [mailto:nicholas@nria.net]
Sent: Wednesday, July 22, 2015 2:08 PM
To: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com>
Cc: Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>; James Doolittle
<jdoolittle@ccfv.com<mailto:jdoolittle@ccfv.com>>

AIRNTRUST005326

(jdoolittle@ccfv.com<mailto:jdoolittle@ccfv.com>)
Subject: Edits and 30 second TV videos

Edits below

Nicholas Salzano
Senior Independent Project Management Vice President


From: jmf@usconstructioninc.com<mailto:jmf@usconstructioninc.com> [mailto:jmf@usconstructioninc.com]
Sent: Monday, July 20, 2015 4:32 PM
To: Nicholas Salzano; Dustin@usconstructioninc.com<mailto:Dustin@usconstructioninc.com>
Subject: 30's

https://vimeo.com/centercityvideo/review/133779844/fe3b3bad63
https://vimeo.com/centercityvideo/review/133780046/7c54ad4eb7


On the above 2 clips add graphics in the open areas/white space as follows:

Second 17 - "30% Returns on Real Estate"
Second 24 - "100% Satisfaction Guaranteed Investment Realty"

Seconds 28 - "Call Now Only Limited Properties Available"  - this should replace the existing board and be much larger. The logo can remain.


https://vimeo.com/centercityvideo/review/133779908/3e570b7344

Second 15  - "30% Returns on Real Estate"
Seconds 21 - "100% Satisfaction Guaranteed Investment Realty"

Second 28  -  "Call Now Only Limited Properties Available"  - this should replace the existing board and be much larger. The logo can remain.



Regards,

John M. Farina,
President
U.S. Construction, Inc.
400 Market Street, Suite 415
Philadelphia, PA 19106
O:  215-735-3718
F:  267-569-2111
C:  201-705-3955