**From:** "Javier Torres" <jtorres@mediaeffective.com>
**To:** "'Nicholas Salzano'" <nicholas@nria.net>
**Subject:** RE: CNBC Radio
**Date:** Mon, 09 May 2016 15:04:17 +0000
**Attachments:** Strategic_Partnes_RE_Investment_Opportunity.docx
**Inline-Images:** image001.jpg; image002.jpg

---

Nicholas:
Please see attached Script for a radio spot that could run on CNBC Sirius Radio. Please note:
NRIA is not mentioned on spot, but we refer to "Industry Leading Partners on Design, Construction and Finance.
I tried to make it persuasive and credible. I used the same benefits of other spots, but re-arranged, changed words.
I am using the old phone number so it is different from the one you are running on Bloomberg Sirius.
My argument to negotiate this as a different client, will be that we are partnering with other industry leading companies and it is a new different deal.

Please review and let me know your thoughts.

Thanks,

*Javier Torres*
Director Media Effective
201.746.6592

---

**From:** Nicholas Salzano [mailto:nicholas@nria.net]
**Sent:** Friday, May 6, 2016 4:06 PM
**To:** Javier Torres
**Subject:** RE: CNBC Radio

ok

**Best Regards & Delivering the Highest Realty Investment Results for our Valued Clients, I am**

**Sincerely,**

**Nicholas Salzano**
**Senior Independent Project Management Vice President**

**National Realty Investment Advisors, LLC**
**1325 Paterson Plank Road**
**2nd Floor**
**Secaucus, New Jersey 07094**

**T. (201) 210-2727**
F. (800) 349-0925
C. (973) 689-5482

**P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.**

E. nicholas@nria.net

Plaintiff's Ex. 20
TORRES_MEDIAEFFECTIVE001128

Website:
<http://nria.net>

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should  be construed as  securities, economic, tax, investment, legal, or other advice. All information, material and content contained herein or supplied by NRIA at any time is provided on an "as is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose. Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed , and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

---

**From:** Javier Torres [mailto:jtorres@mediaeffective.com]
**Sent:** Friday, May 06, 2016 3:42 PM
**To:** Nicholas Salzano
**Subject:** RE: CNBC Radio

I'll work on some and I will send them to you.

*Javier Torres*
Director Media Effective
201.746.6592

---

**From:** Nicholas Salzano [mailto:nicholas@nria.net]
**Sent:** Friday, May 6, 2016 3:26 PM
**To:** Javier Torres
**Subject:** RE: CNBC Radio

I couldn't do it until we hear a sample spot / see a script

**Best Regards & Delivering the Highest Realty Investment Results for our Valued Clients, I am**

Sincerely,

**Nicholas Salzano**
**Senior Independent Project Management Vice President**

**National Realty Investment Advisors, LLC**
**1325 Paterson Plank Road**

TORRES_MEDIAEFFECTIVE001129

**2nd Floor**
**Secaucus, New Jersey 07094**

**T. (201) 210-2727**
F. (800) 349-0925
C. (973) 689-5482

**P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.**

E. nicholas@nria.net

Website:
http://nria.net

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should be construed as securities, economic, tax, investment, legal, or other advice. All information, material and content contained herein or supplied by NRIA at any time is provided on an "as is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose. Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed , and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

---

**From:** Javier Torres [mailto:jtorres@mediaeffective.com]
**Sent:** Friday, May 06, 2016 2:55 PM
**To:** Nicholas Salzano
**Subject:** RE: CNBC Radio

There is a way that you can keep running on Bloomberg there. Your rate on Bloomberg is ok anyways. On CNBC is where I can save you good money.
For CNBC:
If I buy for you as NRIA they wouldn't let me buy at lower rates than what you have paid in the past. Even after many months.
What I have done with another client is to negotiate/advertise under a different client name.
On an ad for a Real Estate company we decided to use the actual names of the realtors instead of the name of the company.
Also you can you advertise one or more of the properties/projects and the benefits of investing on it.
It could also be a re-created testimonial from an investor on the results, etc.

I will take care of the spots production.

*Javier Torres*
Director Media Effective
201.746.6592

---

**From:** Nicholas Salzano [mailto:nicholas@nria.net]
**Sent:** Friday, May 6, 2016 2:30 PM
**To:** Javier Torres
**Subject:** RE: CNBC Radio

Yea we would have to drop Sirius completely and Bloomberg there to get in?

How long?

**Best Regards & Delivering the Highest Realty Investment Results for our Valued Clients, I am**

Sincerely,

**Nicholas Salzano**
**Senior Independent Project Management Vice President**

**National Realty Investment Advisors, LLC**
**1325 Paterson Plank Road**
**2nd Floor**
**Secaucus, New Jersey 07094**

**T. (201) 210-2727**
F. (800) 349-0925
C. (973) 689-5482

**P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.**

E. nicholas@nria.net

Website:
http://nria.net

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should be construed as securities, economic, tax, investment, legal, or other advice. All information, material and content contained herein or supplied by NRIA at any time is provided on an "as is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose. Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed

, and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

**From:** Javier Torres [mailto:jtorres@mediaeffective.com]
**Sent:** Friday, May 06, 2016 2:21 PM
**To:** Nicholas Salzano
**Subject:** CNBC Radio

Nicholas;
Please remember that I can get you a much better deal that what you were getting on CNBC Sirius Radio.
I can get you the same 60 spots you were getting for $10,500 for about $6,900.
You'll save $3,600 per week or $14,400 per month.

Now, there is the issue of NRIA being a direct client and we need to find a way to work around it.
Don't let me out on this one.

Thanks,

*Javier Torres*
Director Media Effective
201.746.6592

**From:** Nicholas Salzano [mailto:nicholas@nria.net]
**Sent:** Friday, January 15, 2016 12:10 PM
**To:** Javier Torres (jtorres@mediaeffective.com)
**Subject:** FW: Sirius Xm - CNBC Contract 1st Qtr 2016

$10,500 A WEEK

60 SPOTS AT $175

Best Regards & Delivering the Highest Realty Investment Results for our Valued Clients, I am

Sincerely,

**Nicholas Salzano**
**Senior Independent Project Management Vice President**

**National Realty Investment Advisors, LLC**
**1325 Paterson Plank Road**
**2nd Floor**
**Secaucus, New Jersey 07094**

**T. (201) 210-2727**
F. (800) 349-0925
C. (973) 689-5482

TORRES_MEDIAEFFECTIVE001132

**P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.**

E. nicholas@nria.net

Website:
http://nria.net

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should be construed as securities, economic, tax, investment, legal, or other advice. All information, material and content contained herein or supplied by NRIA at any time is provided on an "as is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose. Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed , and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

---

**From:** Rey Grabato
**Sent:** Friday, January 15, 2016 11:39 AM
**To:** Nicholas Salzano
**Subject:** Sirius Xm - CNBC Contract 1st Qtr 2016

```
Rey Grabato
Sole Managing Member
```

 

```
1325 Paterson Plank Rd. 2nd Floor
Secaucus, NJ 07094

T. (201) 210 2727
F. (201) 293 4096
C. (201) 873 5188
E. rey@nria.net
```

Website:
www.nria.net

Important Reiteration of your Disclosures Agreement: To use NRIA information and services you agree that no information provided herein or elsewhere by NRIA, or any of its shareholders, directors, officers, members, employees, agents, attorneys, accountants, referred mortgage brokers, lenders, or consultants (collectively, the "Associates"), is intended nor should be construed as securities, economic, tax, investment, legal, or other advice. All information, material and content contained herein or supplied by NRIA at any time is provided on an "as is" basis without warranty of any kind, either express or implied, including but not limited to the implied warranties of merchantability, or fitness for a particular purpose. Moreover, the information is provided for informational purposes only under the terms & conditions found on the NRIA website, in the NRIA Disclosures and Acknowledgements Agreement you have been provided and the Project Management Agreement and is not intended to be a substitute for your own due diligence and independent research each prospective real estate owner should perform as to any real estate purchase, nor is it claimed to be a complete study of the legal, tax, economic, logistic, geographic, demographic, investment , valuation, rental or other conditions and characteristics concerning the real estate opportunities presented by NRIA, or any of its Associates to prospective purchasers of real estate. Please see your Disclosure & Acknowledgements Agreement signed , and our website for your exact terms and conditions of services at any time. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

TORRES_MEDIAEFFECTIVE001134

**STRATEGIC PARTNERS REAL ESTATE INVESTMENT OPPORTUNITY**

**RADIO SCRIPT 60 SECONDS**

---

**(LOC VOICE OFF):**

**THIS MESSAGE IS FOR SERIOUS INVESTORS ONLY:**

Industry-leading partners in design, construction and finance are offering an EXCLUSIVE real estate investment opportunity just for you!...

Safe managed, high return, rented new properties that include:

- $150,000 dollars of built-in equity!
- 5 years of guaranteed rents!
- Positive cash flows!
- No property tax for ten years!
- Profitable resale value certified by banks and appraisers!
- You buy low at wholesale, and rent or sell for big profits!
- Your Investment Property is 100% Financed and Professionally Managed!

This easy and secure investment is proven to yield HIGH RETURNS! Call our team NOW for the simplest high return investment deal! Call 201-683-8800. That's 201-683-8-8-0-0.

<u>Guaranteed</u> Re-Sale Value Satisfaction

<u>Guaranteed</u> Profit Satisfaction

Or your Money Back.

Serious investors – make a small investment and get guaranteed profits. Call 201-683-8-8-0-0.

---