**Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE
50 WERIMUS RD
WOODCLIFF LAKE NJ  07677

Page:                               1 of 2
Statement Period:    Feb 01 2017-Feb 28 2017
Cust Ref #:                4266880941-719-E-***
Primary Account #:                    0941

## TD Business Premier Checking
MEDIA EFFECTIVE                                                          Account #         0941

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 385,489.87 | Average Collected Balance | 279,004.15 |
| Deposits | 70,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Checks Paid | 272,550.00 | | |
| Other Withdrawals | 1,600.00 | | |
| Ending Balance | 181,339.87 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/2 | DEPOSIT | 17,500.00 |
| 2/13 | DEPOSIT | 17,500.00 |
| 2/17 | DEPOSIT | 17,500.00 |
| 2/23 | DEPOSIT | 17,500.00 |
| | Subtotal: | 70,000.00 |

**Checks Paid**   No. Checks: 5   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 2/2 | 375 | 16,500.00 | 2/17 | 378 | 130,000.00 |
| 2/6 | 376 | 300.00 | 2/27 | 379 | 750.00 |
| 2/13 | 377 | 125,000.00 | | | |
| | | | | Subtotal: | 272,550.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/7 | DEBIT | 1,600.00 |
| | Subtotal: | 1,600.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 1/31 | 385,489.87 | 2/13 | 277,089.87 |
| 2/2 | 386,489.87 | 2/17 | 164,589.87 |
| 2/6 | 386,189.87 | 2/23 | 182,089.87 |
| 2/7 | 384,589.87 | 2/27 | 181,339.87 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender   



Plaintiff's Ex. 24

CONFIDENTIAL                                                                              TD_NRIA_0021698