

Account: ▮▮▮▮0941
Amount: 125,000.00
PostDate: 20170213
Tran_ID: 751070186
CheckNum: 377
DIN: 751070196
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 751070196
ECEItemSeqNum: 425822796180



Account: ▮▮▮▮0941
Amount: 125,000.00
PostDate: 20170213
Tran_ID: 751070186
CheckNum: 377
DIN: 751070196
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 751070196
ECEItemSeqNum: 425822796180

**Plaintiff's Ex. 25**

CONFIDENTIAL                                                            TD_NRIA_0019644



Account: ███0941
Amount: 130,000.00
PostDate: 20170217
Tran_ID: 558438646
CheckNum: 378
DIN: 558438651
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 558438651
ECEItemSeqNum: 576429224199



Account: ███0941
Amount: 130,000.00
PostDate: 20170217
Tran_ID: 558438646
CheckNum: 378
DIN: 558438651
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 558438651
ECEItemSeqNum: 576429224199

CONFIDENTIAL                                                             TD_NRIA_0019645