**From:** "Graham Keenan" <graham@hybridadv.com>
**To:** "'Javier Torres'" <jtorres@mediaeffective.com>
**Cc:** "'Serena Spallone'" <serena@hybridadv.com>
**Subject:** NRIA MAY Invoice and Back Up
**Date:** Tue, 26 Jun 2018 14:59:35 +0000
**Attachments:** Media_Effective_National_Realty.pdf; INVOICE.pdf
**Inline-Images:** image001.jpg

---

Hi Javier,

Here is your cover invoice and station back up for NRIA.

Please give a shout with any questions.

-Graham



**Graham Keenan | SVP Business Development**
graham@hybridadv.com
357 Main Street
Armonk, NY 10504
P. 914 810-1031 | C. 914 299-1108

Plaintiff's Ex. 30

TORRES_MEDIAEFFECTIVE034293



# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2018 | 13254 |

**357 Main Street**
**2nd Floor**
**Armonk, NY 10504**

| Bill To |
|---|
| Media Effective<br>50 Werimus Road<br>Woodcliff Lake, NJ 07677 |

| P.O. No. | Terms |
|---|---|
|  |  |

| Item | Description | Amount |
|---|---|---|
| Billing | May Advertising for National Realty on WINS-AM | 19,950.00 |
| Billing | May Advertising for National Realty on WTOP-FM | 6,510.00 |

| | Total | $26,460.00 |
|---|---|---|

| Phone # | (914) 810-1023 | Fax # | (914) 358-1387 |
|---|---|---|---|

TORRES_MEDIAEFFECTIVE034294

# WINS-AM
## INVOICE

**Bill To:**
Hybrid Media Services
357 Main Street  2nd Floor
Armonk, NY 10504

**Please Remit To:**
Entercom New York WINS-AM
P. O. Box 33085
Newark, NJ 07188-0085

**Due Date:** 06/26/18

| Invoice # | Broadcast Month | Invoice Date | Flight |
|---|---|---|---|
| NS153043-6 | 201805 | 05/06/18 | 04/30/18-05/06/18 |
| **Account Executive** | **Advertiser** | **Product** | **Order Type** |
| House, New York | Media Effective (A) | National Realty Investors | CASH |
| **Representative** | **Rep Order #** | **Total Spots:** | 40 |
| | **Client Code:** | **Actual Gross Billing:** | $7,125.00 |
| | **Product Code:** | **State Tax:** | $0.00 |
| | **Estimate Code:** | **Local Tax:** | $0.00 |
| | | **Agency Commission:** | $1,068.75 |
| | | **Net Due:** | $6,056.25 |

**Comments:**
We warrant that the actual broadcast information shown on this invoice was taken from the program log. Times are approximate within 15 minutes and were simulcast on the Station's Internet Stream to all listeners in the Station's broadcast DMA. Agency and Advertiser agree and acknowledge that Station's Advertising Terms and Conditions govern this contract and are available at www.entercom.com.

**Billing Instructions:**

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 1 | | | MTWTF | 25 | $225.00 |

Description: M-F PRIME, 6a-7p

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 04/30/18 | 06:10 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 04/30/18 | 09:29 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 04/30/18 | 10:59 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 04/30/18 | 11:37 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 04/30/18 | 12:27 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/01/18 | 09:13 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/01/18 | 11:37 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/01/18 | 02:14 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/01/18 | 03:29 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/01/18 | 04:39 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/02/18 | 06:29 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/02/18 | 08:56 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/02/18 | 09:37 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/02/18 | 11:08 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/02/18 | 01:47 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/03/18 | 06:19 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/03/18 | 09:55 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/03/18 | 11:19 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/03/18 | 02:44 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/03/18 | 03:56 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/04/18 | 09:48 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/04/18 | 01:17 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/04/18 | 02:37 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/04/18 | 03:19 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/04/18 | 04:47 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 2 | | | MTWTFSS | 15 | $100.00 |

Description: 7:00 PM-12:00 XM, 7:00 PM-12:00 XM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2 | M | 04/30/18 | 07:33 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | M | 04/30/18 | 09:28 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | M | 04/30/18 | 10:13 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/01/18 | 07:18 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/01/18 | 08:47 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/01/18 | 10:13 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/02/18 | 07:58 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/02/18 | 10:37 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/02/18 | 11:19 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/03/18 | 08:57 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/03/18 | 09:57 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/03/18 | 10:58 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | F | 05/04/18 | 08:18 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |

TORRES_MEDIAEFFECTIVE034295

| 2 | F | 05/04/18 | 09:13 P | 60 | $100.00 | NATI-0218-18-60-2727 | NM |
| 2 | F | 05/04/18 | 11:28 P | 60 | $100.00 | NATI-0218-18-60-2727 | NM |

**Additional Comments:**

|  |  |
|---|---:|
| Total Spots: | 40 |
| Actual Gross Billing: | $7,125.00 |
| State Tax: | $0.00 |
| Local Tax: | $0.00 |
| Agency Commission: | $1,068.75 |
| Net Due: | $6,056.25 |

TORRES_MEDIAEFFECTIVE034296

# WINS-AM
## INVOICE

**Bill To:**
Hybrid Media Services
357 Main Street  2nd Floor
Armonk, NY 10504

**Please Remit To:**
Entercom New York WINS-AM
P. O. Box 33085
Newark, NJ 07188-0085

**Due Date:** 06/26/18

| Invoice # | Broadcast Month | Invoice Date | Flight |
|---|---|---|---|
| 933561-1 | 201805 | 05/13/18 | 05/07/18-05/13/18 |
| **Account Executive** | **Advertiser** | **Product** | **Order Type** |
| New York, Katz | Media Effective (A) | Natl Realty Investors (NR | CASH |
| **Representative** | **Rep Order #** | | |
| | 31785315 | Total Spots: | 40 |
| Client Code: * | | Actual Gross Billing: | $7,125.00 |
| Product Code: * | | State Tax: | $0.00 |
| Estimate Code: 0507 | | Local Tax: | $0.00 |
| | | Agency Commission: | $1,068.75 |
| | | Net Due: | $6,056.25 |

**Comments:**
We warrant that the actual broadcast information shown on this invoice was taken from the program log. Times are approximate withi n 15 minutes and were simulcast on the Station's Internet Stream to all listeners in the Station's broadcast DMA. Agency and Adve rtiser agree and acknowledge that Station's Advertising Terms and Conditions govern this contract and are available at www.enterco m.com.

**Billing Instructions:**

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 1 | | | MTWTF | 25 | $225.00 |

Description: 6:00 AM-7:00 PM, 6:00 AM-7:00 PM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 05/07/18 | 06:56 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 05/07/18 | 08:56 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 05/07/18 | 12:56 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 05/07/18 | 02:37 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 05/07/18 | 04:57 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/08/18 | 09:09 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/08/18 | 01:56 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/08/18 | 03:05 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/08/18 | 04:05 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Tu | 05/08/18 | 06:29 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/09/18 | 10:14 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/09/18 | 11:19 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/09/18 | 12:29 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/09/18 | 01:19 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/09/18 | 02:29 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/10/18 | 09:39 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/10/18 | 10:37 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/10/18 | 11:27 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/10/18 | 12:56 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | Th | 05/10/18 | 02:39 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/11/18 | 09:09 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/11/18 | 10:57 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/11/18 | 01:13 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/11/18 | 02:13 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | F | 05/11/18 | 05:47 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 2 | | | MTWTF | 15 | $100.00 |

Description: M-Su 6a-12a, 6a-12a

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2 | M | 05/07/18 | 07:19 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | M | 05/07/18 | 10:39 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | M | 05/07/18 | 11:29 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/08/18 | 09:27 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/08/18 | 10:38 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/08/18 | 11:34 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/09/18 | 08:19 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/09/18 | 10:48 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/09/18 | 11:57 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/10/18 | 08:07 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/10/18 | 09:13 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/10/18 | 10:19 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | F | 05/11/18 | 08:58 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |

TORRES_MEDIAEFFECTIVE034297

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | F | 05/11/18 | 10:40 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM |
| 2 | F | 05/11/18 | 11:58 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM |

**Additional Comments:**

| | |
|---|---|
| **Total Spots:** | 40 |
| **Actual Gross Billing:** | $7,125.00 |
| **State Tax:** | $0.00 |
| **Local Tax:** | $0.00 |
| **Agency Commission:** | $1,068.75 |
| **Net Due:** | $6,056.25 |

TORRES_MEDIAEFFECTIVE034298

# WINS-AM
## INVOICE

**Bill To:**
Hybrid Media Services
357 Main Street 2nd Floor
Armonk, NY 10504

**Please Remit To:**
Entercom New York WINS-AM
P. O. Box 33085
Newark, NJ 07188-0085

**Due Date:** 06/26/18

| Invoice # | Broadcast Month | Invoice Date | Flight |
|---|---|---|---|
| 933561-2 | 201805 | 05/20/18 | 05/14/18-05/20/18 |
| **Account Executive** | **Advertiser** | **Product** | **Order Type** |
| New York, Katz | Media Effective (A) | Natl Realty Investors (NR | CASH |
| **Representative** | **Rep Order #** | | |
| | 31785315 | Total Spots: | 23 |
| | | Actual Gross Billing: | $3,300.00 |
| Client Code: * | | State Tax: | $0.00 |
| Product Code: * | | Local Tax: | $0.00 |
| Estimate Code: 0507 | | Agency Commission: | $495.00 |
| | | **Net Due:** | **$2,805.00** |

**Comments:**
We warrant that the actual broadcast information shown on this invoice was taken from the program log. Times are approximate within 15 minutes and were simulcast on the Station's Internet Stream to all listeners in the Station's broadcast DMA. Agency and Advertiser agree and acknowledge that Station's Advertising Terms and Conditions govern this contract and are available at www.entercom.com.

**Billing Instructions:**

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 1 | | | MTWTF | 8 | $225.00 |

Description: 6:00 AM-7:00 PM, 6:00 AM-7:00 PM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M | 05/14/18 | 09:48 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 05/14/18 | 01:17 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | M | 05/14/18 | 02:29 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/16/18 | 10:39 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/16/18 | 11:37 A | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/16/18 | 12:47 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/16/18 | 01:37 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |
| 1 | W | 05/16/18 | 02:29 P | 60 | $225.00 | NATI-0218-18-60-2727 | | NM | |

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 2 | | | MTWTF | 15 | $100.00 |

Description: M-Su 6a-12a, 6a-12a

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2 | M | 05/14/18 | 08:39 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | M | 05/14/18 | 09:19 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | M | 05/14/18 | 10:28 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/15/18 | 09:37 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/15/18 | 10:37 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Tu | 05/15/18 | 11:28 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/16/18 | 08:57 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/16/18 | 10:37 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | W | 05/16/18 | 11:54 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/17/18 | 09:17 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/17/18 | 10:37 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | Th | 05/17/18 | 11:57 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | F | 05/18/18 | 09:10 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | F | 05/18/18 | 10:29 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |
| 2 | F | 05/18/18 | 11:18 P | 60 | $100.00 | NATI-0218-18-60-2727 | | NM | |

**Additional Comments:**

| | |
|---|---|
| Total Spots: | 23 |
| Actual Gross Billing: | $3,300.00 |
| State Tax: | $0.00 |
| Local Tax: | $0.00 |
| Agency Commission: | $495.00 |
| **Net Due:** | **$2,805.00** |

TORRES_MEDIAEFFECTIVE034299

# WINS-AM
## INVOICE

**Bill To:**
Hybrid Media Services
357 Main Street 2nd Floor
Armonk, NY 10504

**Please Remit To:**
Entercom New York WINS-AM
P. O. Box 33085
Newark, NJ 07188-0085

**Due Date:** 06/26/18

| Invoice # | Broadcast Month | Invoice Date | Flight |
|---|---|---|---|
| 933561-3 | 201805 | 05/27/18 | 05/21/18-05/27/18 |
| **Account Executive** | **Advertiser** | **Product** | **Order Type** |
| New York, Katz | Media Effective (A) | Natl Realty Investors (NR | CASH |
| **Representative** | **Rep Order #** | Total Spots: | 19 |
|  | 31785315 | Actual Gross Billing: | $2,400.00 |
| **Client Code:** * |  | State Tax: | $0.00 |
| **Product Code:** * |  | Local Tax: | $0.00 |
| **Estimate Code:** 0507 |  | Agency Commission: | $360.00 |
|  |  | **Net Due:** | **$2,040.00** |

**Comments:**
We warrant that the actual broadcast information shown on this invoice was taken from the program log. Times are approximate within 15 minutes and were simulcast on the Station's Internet Stream to all listeners in the Station's broadcast DMA. Agency and Advertiser agree and acknowledge that Station's Advertising Terms and Conditions govern this contract and are available at www.entercom.com.

**Billing Instructions:**

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 1 |  |  | MTWTF | 4 | $225.00 |

Description: 6:00 AM-7:00 PM, 6:00 AM-7:00 PM

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | F | 05/25/18 | 10:58 A | 60 | $225.00 | NATI-0218-18-60-2727 |  | NM |  |
| 1 | F | 05/25/18 | 11:58 A | 60 | $225.00 | NATI-0218-18-60-2727 |  | NM |  |
| 1 | F | 05/25/18 | 01:10 P | 60 | $225.00 | NATI-0218-18-60-2727 |  | NM |  |
| 1 | F | 05/25/18 | 02:27 P | 60 | $225.00 | NATI-0218-18-60-2727 |  | NM |  |

| Line | Start | End | Days | Spots/Week | Rate |
|---|---|---|---|---|---|
| 2 |  |  | MTWTF | 15 | $100.00 |

Description: M-Su 6a-12a, 6a-12a

| # | Day | Date | Time | Length | Rate | Copy | Program Description | Class | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2 | M | 05/21/18 | 09:13 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | M | 05/21/18 | 10:19 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | M | 05/21/18 | 11:57 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | Tu | 05/22/18 | 09:29 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | Tu | 05/22/18 | 10:47 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | Tu | 05/22/18 | 11:39 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | W | 05/23/18 | 08:57 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | W | 05/23/18 | 10:29 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | W | 05/23/18 | 11:19 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | Th | 05/24/18 | 08:37 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | Th | 05/24/18 | 10:47 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | Th | 05/24/18 | 11:29 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | F | 05/25/18 | 09:19 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | F | 05/25/18 | 10:47 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |
| 2 | F | 05/25/18 | 11:37 P | 60 | $100.00 | NATI-0218-18-60-2727 |  | NM |  |

**Additional Comments:**

| | |
|---|---|
| Total Spots: | 19 |
| Actual Gross Billing: | $2,400.00 |
| State Tax: | $0.00 |
| Local Tax: | $0.00 |
| Agency Commission: | $360.00 |
| **Net Due:** | **$2,040.00** |

TORRES_MEDIAEFFECTIVE034300

# INVOICE



| | |
|---|---|
| Invoice #: | IN-11805138337 |
| Invoice Date: | 05/27/2018 |
| Contract #: | 44586 |
| Page: | 1 |
| Net Amount Due: | $5,533.50 |

**Agency:** HYBRID ADVERTISING LLC
357 Main Street
Armonk, NY 10504

**Station(s):** WTOP-FM

**Advertiser:** NAT'L REALTY INVESTMENT ADVIS
**Product:** NATL REALTY INVESTORS
**Estimate #:**
**Agency Client Code:**
**Buyer Name:** GRAHAM KEENAN

**Salesperson(s):** Diane Pelton
**Terms:** NET 30 DAYS

| Day | Date | Time | Ln | Length | Product | ISCI | Rate |
|---|---|---|---|---|---|---|---|
| MON | 04/30/18 | 10:26a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| MON | 04/30/18 | 11:37a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| MON | 04/30/18 | 12:17p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| MON | 04/30/18 | 02:47p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| WED | 05/02/18 | 11:27a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| THU | 05/03/18 | 12:37p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| THU | 05/03/18 | 01:47p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| THU | 05/03/18 | 02:56p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 06:23a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 08:02a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 08:56a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 10:37a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 11:17a | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 07:17p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| FRI | 05/04/18 | 07:36p | 11 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $400.00 |
| SAT | 05/05/18 | 08:23p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 08:47p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 09:23p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 09:52p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 10:26p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 10:47p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 11:01p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 11:47p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SAT | 05/05/18 | 11:52p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 08:23p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 08:43p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 09:23p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 09:36p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 10:17p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 10:27p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 11:02p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |
| SUN | 05/06/18 | 11:23p | 12 | 60 | NATL REALTY INVESTORS | NATI-0218-18-60-2727 | $30.00 |

TORRES_MEDIAEFFECTIVE034301

# INVOICE



| | |
|---|---|
| Invoice #: | IN-11805138337 |
| Invoice Date: | 05/27/2018 |
| Contract #: | 44586 |
| Page: | 2 |
| Net Amount Due: | $5,533.50 |

THANK YOU FOR YOUR BUSINESS

Remit To:
HUBBARD RADIO WASH. DC, LLC
dba WTOP-FM
Lockbox #005431
P.O. Box 645431
Cincinnati, OH  45264-5431

**Invoice Totals**

| | |
|---|---|
| Total Spots: | 32 |
| Gross Amount: | $6,510.00 |
| Agency Commission: | ($976.50) |
| Net Amount Due: | $5,533.50 |

Fed ID 27-4939278    Tel(202)895-5000

Duns # 968540224

FCC Nondiscrimination Policy. Neither this agreement nor any party to this agreement discriminates in the sale of advertising time on the basis of race or ethnicity. Any provision in any agreement entered into with an advertiser whose intent is to discriminate in such manner shall be null and void. In compliance with FCC rules, broadcaster includes this nondiscrimination provision in all written advertising contracts.

TORRES_MEDIAEFFECTIVE034302