**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Wed, 16 Oct 2019 15:03:36 -0400
**To:** Patryk Golaszewski <pgolaszewski@nria.net>
**CC:** Nicholas Salzano <nicholas@nria.net>
**Subject:** Re: TV Stations Direct Contacts

---

Nicholas:

I understand and I am giving you the direct contacts I have used. (See below)

That said, I want you to consider the following if you work with me to buy this media:

-You will have direct contact access with these 4 South Asian networks. You can call them directly, ask for reports, rates, etc.

-We can push together to negotiate the best rates, get the best times, added value items, etc.

-Standard rates include a 15% agency/broker commission. If I am in the picture doing my job you will not pay more.

-I have developed a long/deep relationship with some of these networks that we can use to get better value for the money. Especially Zee, as the are the leaders here.

-I have given them some other businesses and I use that to get bonuses, discounts, etc.

Working like this you can have the direct access you need and all I can bring to the table.

Contacts:

**Zee TV:** Indrajit Majumdar/VP Sales. email: Indrajit@atl.esselgroup.com Tel: (732) 527-0396

ZeeTV is part of the Essel Group a large Indian Business Group. They can also provide logistics for business in India. They owned/commercialized other Arab channels as well.

I have worked with them in the launch of a Hispanic Network in the US: Zee Mundo.

**Sony TV**: Manish Seth/Director of Sales. email: manish-seth@spe.sony.com Tel: 212-833-7704

**TV Asia & Aapka:** Still looking. I think I contacted India directly on these ones. Their business is more informal locally.

Please let me know your thoughts.

Thanks,



AIRNTRUST009172

*Javier Torres*

*Director Media Effective*

On Wed, Oct 16, 2019 at 1:45 PM Patryk Golaszewski <PGolaszewski@nria.net> wrote:

Hi Javier,

Could you provide us with direct contacts at the following TV stations?

Zee TV

TV Asia

Sony TV

Aapka Colors

After doing so, could you give us a call, Nick would like to discuss this with you.

Thank you!

Sincerely,

**Patryk Golaszewski**

**Intern**



1325 Paterson Plank Rd. 2nd Floor

Secaucus, NJ 07094

T. (201) 210-2727 **EXT.122**

AIRNTRUST009173

F.  (201) 293-4271

E.  pgolaszewski@nria.net

W.  www.NRIA.net

Important Disclosures for Private Placement shared deeded property:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction. This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

AIRNTRUST009174