|  |  |
|--:|:--|
| **From:** | Nicholas Salzano <nicholas@nria.net> |
| **To:** | "Javier Torres (jtorres@mediaeffective.com)" <jtorres@mediaeffective.com>, Patryk Golaszewski <PGolaszewski@nria.net> |
| **Subject:** | FW: Invoice 1354 from Renascent Enterprises Inc. |
| **Date:** | Fri, 18 Oct 2019 13:39:09 +0000 |
| **Importance:** | Normal |
| **Attachments:** | Invoice_1354_from_Renascent_Enterprises_Inc.pdf |
| **Inline-Images:** | image001.jpg; image002.jpg; image003.jpg |

FYI

MATCH TO TANVI TV AD EXCEL GRID

PLUS BIG BOSS TV SPECIAL SCHEDULE I WILL SEND NEXT

Sincerely,

**Nicholas Salzano**
**National Realty Investment Advisors, LLC.**

**From:** Renascent Enterprises Inc. <quickbooks@notification.intuit.com>
**Sent:** Friday, October 18, 2019 8:55 AM
**To:** Nicholas Salzano <nicholas@nria.net>
**Cc:** Natalie Petruic <Natalie@nria.net>
**Subject:** Invoice 1354 from Renascent Enterprises Inc.

Renascent Enterprises Inc.

Dear Mr. Nicholas Salzano,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Renascent Enterprises Inc.

INVOICE 1354



AIRNTRUST009175

**DUE 10/18/2019**

# $21,100.00

**Review and pay**

Powered by QuickBooks

Renascent Enterprises Inc.

61 Nathan Drive Old Bridge, NJ 08857 US

tanvi@renascententerprises.com

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service

AIRNTRUST009176

**Renascent Enterprises Inc.**
61 Nathan Drive
Old Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1354 | 10/18/2019 | $21,100.00 | 10/18/2019 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Zee TV Campaign**<br>October 21, 2019 - October 27, 2019 | 1 | 7,750.00 | 7,750.00 |
| **Sony TV Campaign**<br>October 21, 2019 - October 27, 2019 | 1 | 4,375.00 | 4,375.00 |
| **Aapka Colors campaign**<br>October 21, 2019 - October 27, 2019 | 1 | 3,250.00 | 3,250.00 |
| **TV Asia Campaign**<br>October 21, 2019 - October 27, 2019 | 1 | 2,375.00 | 2,375.00 |
| **Aapka Colors**<br>Added sponsorship of "Big Boss" | 1 | 3,350.00 | 3,350.00 |

BALANCE DUE **$21,100.00**

AIRNTRUST009177