**From:** Nicholas Salzano <nicholas@nria.net>
**To:** "Javier Torres (jtorres@mediaeffective.com)" <jtorres@mediaeffective.com>
**Cc:** Patryk Golaszewski <PGolaszewski@nria.net>, Nicholas Salzano <nicholas@nria.net>
**Subject:** Podcast Info. For advertising
**Date:** Sun, 24 Nov 2019 01:16:17 +0000
**Importance:** Normal
**Attachments:** NRIA-Business-Finance_-Podcast_Topline.xlsx; Podcasting_101_Generic_Slides.pdf; Real_Estate_&_Financial_Advertisers__Podcasts.pdf
**Inline-Images:** image001.jpg

---

We should discuss a number of podcasts when you come in on Friday that we should appear on . Motley Fool and Clayton the Fox News guy real estate guy come to mind on this list.

Most of the listeners are men and all of the advertisers want direct response like us. This could be lucrative picking the right podcasts .

Additionally we will assign the podcast a unique 800 number to call in so Patrick can track results per advertisement.

Let's discuss after you spend some more time analyzing each podcast and which ones we should really consider as a test. Certainly those 2 above seemed to make sense.

Sincerely,

Nicholas Salzano
**Senior Independent Executive Advisor & Portfolio Construction Manager**
**Office  201-210-2727**

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Friday, November 22, 2019 1:11 PM
**To:** Nicholas Salzano <nicholas@nria.net>
**Subject:** Fwd: Podcast Info. No Logo

Nicholas:
Attached is information on the top national podcasts on financing and investing. Please review and let me know your questions.
-The 101 Podcastinfg file is info on how to advertise/formats/stats.
-The excel is about the top shows. what they deliver and cost per episode. impressions and CPM. There is more info on the  Motley Fool podcast on the second tab of excel.
-The other file shows other advertisers doing this kind of advertising.
On Dave Ramsey and other radio shows:
We tried the Dave Ramsey show a few years back on WOR. I believe the response was from people that didn't have all the qualifications NRIA is looking in its clients. (Income, savings, networth). Dave Ramsey show is considered a "Financial Help" show directed more towards people with financial problems/questions. When advertising nationally Dave Ramsey screens personally the companies, to assure

Plaintiff's Ex. 36

his audience of their reputation, etc. There is a way to go around this screening and it's to buy by markets instead of nationally. You can tell me which markets you want and I will get info. I will get you more info on this and other shows.

Thanks,

*Javier Torres*
*Director Media Effective*



# Competitive Landscape – Financial Services

## Heard on Podcasts

| | | | |
|---|---|---|---|
| Rocket Mortgage | Fidelity Investments | First Republic Bank | Gemini |
| Robinhood | Upstart | iShares | Wealthfront |
| Cash App | Lending Club | YCharts | Wunder Capital |
| American Express | Betterment | Finastra | Trinity Debt Management |
| Capital One | Merrill Lynch | Alliance for Lifetime Income | MasterCard |
| LighStream | Wells Fargo | Churchill Mortgage | American Financing |
| Discover Card | Goldman Sachs | Ally Bank | Credit Karma |
| TD Ameritrade | Fundrise | Norada Real Estate Investments | Chase Slate |
| Swell Investing | OnDeck | Synchrony Financial | TIAA |
| TransferWise | Navy Federal Credit Union | Birch Gold | StockX |
| Charles Schwab | PayPal | E-Trade | CommonBond |
| HSBC | MaginfyMoney | Aspirational Financial | PGIM |
| Chase | NS Capital Management | Equity Bank | QuickBooks |
| Roofstock | Morgan Stanley | RealtyShares | Nationwide Financial |
| Radius Bank | Swiss America | Nuveen | Credible |
| SoFi | BNP Paribas | TradeStation | Zelle |

AIRNTRUST009351

# Competitive Landscape – Real Estate

## Heard on Podcasts

| | | | |
|---|---|---|---|
| Lonestar Transfer | NS Capital Management | CBRE | West Blue Realty |
| Fundrise | HomeLight | Offerpad | Find My Appraiser |
| American Financing | Whitetail Properties | Hoodestates | TenantCloud |
| Timeshare Exit Team | National Association of Realtors | Cozy | Lead Gen Pros |
| Title Lock | Ridge Lending Group | Equity Trust Company | Savills |
| Mercury Real Estate Services | Sunrise Capital Investors | Capital Invest | Luis Marquez - Keller Williams Realty |
| Norada Real Estate Investments | Sharestates | Lands of America | |
| Berkshire Hathaway HomeServices | Spartan Invest | Memphis Invest | Rentec Direct |
| Roofstock | Reynolds Team Realty | LandGlide | Altitude Homes |
| Stessa | Keller Williams Realty | Team | Ross Pritchard - Keller Williams Realty |
| REX | Origin Investments | Passive Real Estate Investing | |
| Simple Wealth | Landmodo | CrowdStreet | Texas Grand Ranch |
| Century 21 Real Estate | Real Estate Money Club | Propelio | EquityMultiple |

AIRNTRUST009352

# PODCAST ADVERTISING GROWTH

Podcasting is on the rise and now forms an integral part of most marketing plans.

The key is knowing how to leverage the channel effectively.



Projected Revenue Growth for Podcast Advertising

Projected podcast ad spend by 2021 is expected to reach

## 1 Billion

Currently there are over 700,000 podcasts, 29 million episodes, in over 100 languages.

Sources: cnbc.com and IAB.com

AIRNTRUST009353

# WHAT IS SO UNIQUE ABOUT PODCAST ADVERTISING?

Ad-avoidance may plague many marketing channels, but not podcasts. Why?

Because listeners make the connection that advertising funds the content they truly value.


78% approve of podcast advertising[1]


67% remember brands and products from podcast ads[2]


63% made a purchase after hearing podcast ads[2]

Sources: Podcast Playbook, Interactive Advertising Bureau

AIRNTRUST009354

# HOW DOES PODCAST ADVERTISING WORK?

Ad segments are limited, offering advertisers a remarkably high share of voice.



**Ad impressions** are measured by **downloads**; specifically, how many times an episode that contains an ad is downloaded.

Types of Ads:

- **Host Reads** –voiced by a host and runs within a specific show

- **Produced Spot**– recorded by the voice of network talent and runs across various shows

Types of Campaigns:

- **Baked-In /Evergreen**– the ad units are embedded in the episode

- **Dynamically Inserted** – ads are impression-based and removed from the podcast once fulfilled

AIRNTRUST009355

# AUDIENCE DEMOGRAPHICS

Podcast audiences are well educated and affluent, making them a very desirable group to marketers.





AIRNTRUST009356

| Podcast | Category | Hosts | Description | Ad Unit Length | Ad Placement | Cost Per Episode | Impressions per Episode | CPM | Cost 3 Weeks | Rationale | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Motley Fool Network | Business & Finance | Chris Hill, Alison Southwick, Robert Brokamp, and David Gardner | Network of 5 Business Podcasts: Motley Fool Money, Rule Breaker Investing, MarketFoolery, Industry Focus, and Motley Fool Answers | :15 & :30 Host Read | Pre-Roll & Midroll | $14,500 | 496,000 | $29.23 | $43,500 | Over 80% of the show's advertisers are DR advertisers, demo skews 87% Men / 65% Ages 30-55+, HHI 70% $75k+. Targeted DR performer for financial/business brands, hosts are selective and their endorsements are strong. Cost includes 7 episodes per week. | https://www.fool.com/ |
| The Investor's Podcast - We Study Billionaires | Business & Finance | Stig Brodersen and Preston Pysh | The study self-made financial billionaires to learn and how you to apply their investing process in the stock market | :40 - :60 Host Read | Midroll | $2,500 | 85,000 | $29.41 | $7,500 | Over 70% of the show's advertisers are DR advertisers, demo skews 92% Men / 64% Ages 30-55+, HHI 80% $75k+. Targeted DR performer for financial/business brands, hosts are selective and their endorsements are strong. Minimum spend of $5k. | https://www.theinvestorspodcast.com/ |
| Stacking Benjamins | Business & Finance | Joe Saul-Sehy & OG | A parade of financial headlines, personal finance experts, creatives, and people with stories that inspire | :15 & :30 Host Read | Pre-Roll & Midroll | $3,500 | 50,000 | $70.00 | $10,500 | Over 70% of the show's advertisers are DR advertisers, demo skews 67% Men / 59% Ages 35-55+, HHI 80% $75k+.Targeted DR performer for financial/business brands, hosts are selective and their endorsements are strong. Cost includes two episodes per week. | https://podcasts.apple.com/us/podcast/the-stacking-benjamins-show/id650045209 |
| So Money with Farnoosh Torabi | Business & Finance | Farnoosh Torabi | Award-winning financial strategist, TV host and bestselling author. So Money brings inspiring money strategies and stories straight from today's top business minds, authors and influencers | :60 Host Read | Midroll | $1,750 | 50,000 | $35.00 | $5,250 | Over 70% of the show's advertisers are DR advertisers, demo skews 80% Women HHI 70% $75k+.Targeted DR performer for financial/business brands, host is very selective and endorsements are strong. | http://podcast.farnoosh.tv/ |
| Bigger Pockets Money | Business & Finance | Mindy Jensen and Scott Trench | Interviews with unique and powerful thought leaders about how to earn more, keep more, spend smarter, and grow wealth. | :60 Host Read | Midroll | $1,900 | 45,000 | $42.22 | $5,700 | Over 75% of the show's advertisers are DR advertisers. Small but targeted DR performer for financial/business brands, host are very selective and endorsements are strong. | https://podcasts.apple.com/us/podcast/biggerpockets-money-podcast/id1330225136 |
| Listen Money Matters | Business & Finance | Andrew Fiebert | Down-to-earth and entertaining discussions about money for all walks of life | :60 Host Read | Midroll | $1,485 | 50,000 | $29.70 | $4,455 | Over 60% of the show's advertisers are DR advertisers. Small but targeted DR performer for financial/business brands. | https://podcasts.apple.com/us/podcast/listen-money-matters-free-your-inner-financial-badass/id736826307?mt=2 |
| Money For The Rest of Us | Business & Finance | David Stein | Personal finance and investing in ways that are simple to understand | :60 Host Read | Midroll | $1,200 | 40,000 | $30.00 | $3,600 | Over 70% of the show's advertisers are DR. Appeals to audiences seeking financial tips for business. Audience demo is 70% Male / 80% age 35-54 | https://itunes.apple.com/us/podcast/money-for-the-rest-of-us/id883011006?mt=2 |
| Impact Theory | Business Education | Tom Bilyeu | Hosted by serial entrepreneur, this business and mindset-focused interview show will teach anyone aspiring to greatness the secrets to success | :60 Host Read | Midroll | $1,765 | 37,000 | $47.70 | $5,295 | Over 80% of the show's advertisers are DR advertisers. Small but targeted DR performer for financial/business brands, host is very selective and endorsements are strong. | https://podcasts.apple.com/us/podcast/impact-theory-with-tom-bilyeu/id1191775648?mt=2 |
| The James Altucher Show | Business Education | James Altucher | Interviews with the world's leading peak performers such as billionaires, best-selling authors, rappers, astronauts,athletes, comedians, actors, and the world champions in every field | :60 Host Read | Midroll | $1,875 | 37,000 | $50.68 | $5,625 | Over 60% of the show's advertisers are DR advertisers. Small but targeted DR performer for financial/business brands. | https://podcasts.apple.com/us/podcast/the-james-altucher-show/id794030859 |
| Investing in Real Estate | Business | Clayton Morris | Tried and true methods for acquiring rental real estate, building net worth, and accelerating financial freedom. | :60 Host Read | Midroll | $1,050 | 29,500 | $35.59 | $3,150 | Over 90% of the show's advertisers are DR advertisers. Small but targeted DR performer for financial/business brands. | https://podcasts.apple.com/us/podcast/investing-in-real-estate-clayton-morris-passive-income/id1115024566?mt=2 |
| Optimal Finance Daily | Business & Finance | Dan Weinberg | Daily personal finance and investing audioblog | :15 & :45 Host Read | Pre & Midroll | $1,050 | 25,000 | $42.00 | $3,150 | Over 60% of the show's advertisers are DR advertisers. Small but targeted DR performer for financial/business brands. | https://podcasts.apple.com/us/podcast/optimal-finance-daily/id1090822398 |

# Motley Fool Podcasts

    

**Motley Fool Money**

Motley Fool Money airs every week on radio stations across America, including top-10 and is published each week as a podcast. The show features a team of Motley Fool analysts discussing the week's top business and investing stories, interviews, and an inside look at the stocks on our radar.

**Motley Fool Answers**

Every week host Alison Southwick and personal finance expert Robert Brokamp challenge the conventional wisdom on life's biggest financial issues to reveal what to know to make smart money moves.

**Industry Focus**

Healthcare, technology, energy, consumer goods, and more. Each weekday Motley Fool analysts break down a specific industry and the stocks making headlines.

**Market Foolery**

Market Foolery is The Motley Fool's look at stocks in the news each weekday, as well as the top business and investing stories.

**Rule Breaker**

David Gardner, co-founder of The Motley Fool, shares his insights into today's most innovative and disruptive publicly traded companies -- and how to profit from them by following his signature "Rule Breaker Investing" principles.