

## Bank
**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ  07677-8226

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 03 2019-Dec 31 2019 |
| Cust Ref #: | 4373425466-719-T-### |
| Primary Account #: | ▓466 |

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                                    Account # ▓466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 337,205.68 |
| Deposits | 475,320.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 91,661.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 383,659.00 | Days in Period | 29 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 300,000.00 |
| 12/13 | DEPOSIT | 87,660.00 |
| 12/23 | DEPOSIT | 87,660.00 |
| | Subtotal: | 475,320.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | DEBIT CARD PURCHASE, AUT 121019 VISA DDA PUR TESLA          188 85183752  * CA 4085404024412862 | 100.00 |
| 12/17 | ACH DEBIT, TESLA MOTORS TESLA MOTO 2KF50M0FUURTMZF | 91,561.00 |
| | Subtotal: | 91,661.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/03 | 0.00 | 12/13 | 387,560.00 |
| 12/03 | 300,000.00 | 12/17 | 295,999.00 |
| 12/11 | 299,900.00 | 12/23 | 383,659.00 |



**Plaintiff's Ex. 37**

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender