**From:** Nicholas Salzano <nicholas@nria.net>
**Sent:** Mon, 06 Jan 2020 20:51:39 +0000
**To:** Javier Torres <jtorres@mediaeffective.com>
**CC:** Patryk Golaszewski <PGolaszewski@nria.net>
**Subject:** RE: FW: RE-RECORDINGS NEEDED ASAP

---

YES # 4


Sincerely,


**Nicholas Salzano**
**Senior Independent Executive Advisor & Portfolio Construction Manager**


**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Second Floor

Secaucus, NJ 07094

T.  (201) 210-2727 Ext. 101

C.  (973) 689-5482

E.   nicholas@nria.net

URL:   www.nria.net




**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Monday, January 6, 2020 3:50 PM
**To:** Nicholas Salzano <nicholas@nria.net>
**Cc:** Patryk Golaszewski <PGolaszewski@nria.net>
**Subject:** Re: FW: RE-RECORDINGS NEEDED ASAP


Ok. Sending two revised/approved :60 spots to all stations all markets for replacement and 50/50 rotation.


On :30. I need to eliminate one sentence with 4 or more words at least, from the below copy:

Can we eliminate #4: "Your Apartment Building Secured"? Or similar in length/longer?



1-Attention Investors:
2-Need to diversify from Stocks?
3-National Realty's "Class A Property Fund" includes prime income producing Property – backed by our proven track record.
4-Your Apartment Building secured.
5-Your recession proof!
6-Your diversified with monthly cash flow!
7-This portfolio has $750 Million in NEW CONSTRUCTION!
8-Remember no matter the market – it's always a Landlords market!

9-Call 201-210-2727
10-That's 201-210-2727


**(Disclaimer adds 7 seconds)**




*Javier Torres*

*Director Media Effective*



On Mon, Jan 6, 2020 at 3:26 PM Nicholas Salzano < nicholas@nria.net> wrote:
> APPROVED
>
>
> GET ME A 30
>
>
> Sincerely,
>
>
> **Nicholas Salzano**
> **Senior Independent Executive Advisor & Portfolio Construction Manager**

AIRNTRUST009794

National Realty Investment Advisors, LLC

1325 Paterson Plank Road, Second Floor

Secaucus, NJ 07094

T.  (201) 210-2727 Ext. 101

C.  (973) 689-5482

E.   nicholas@nria.net

URL:   www.nria.net

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Saturday, January 4, 2020 7:35 PM
**To:** Nicholas Salzano <nicholas@nria.net>
**Cc:** Patryk Golaszewski <PGolaszewski@nria.net>
**Subject:** Re: RE-RECORDINGS NEEDED ASAP

Attached are two :60 re-recorded spots for your review.

The :30 spot is still too long. Attached is also doc with time measurement. (26.8 + 6.9 seconds. We have to eliminate one complete sentence at least.)

Thanks,

Javier Torres

*Director Media Effective*

On Fri, Jan 3, 2020 at 2:33 PM Nicholas Salzano < nicholas@nria.net> wrote:

> Javier so sorry but we must re record the line in green on the attached 60 second scripts.

AIRNTRUST009795

We would like to refer to our assets under management versus the number of our investors.

Please confirm you have this under control

Sincerely,

**Nicholas Salzano**
**Senior Independent Executive Advisor & Portfolio Construction Manager**

**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Second Floor

Secaucus, NJ 07094

T.  (201) 210-2727 Ext. 101

C.  (973) 689-5482

E.   nicholas@nria.net

URL:   www.nria.net

---

**From:** Nicholas Salzano
**Sent:** Thursday, January 2, 2020 12:18 PM
**To:** Javier Torres (jtorres@mediaeffective.com) <jtorres@mediaeffective.com>
**Cc:** Patryk Golaszewski <PGolaszewski@nria.net>
**Subject:** RE-RECORDINGS NEEDED ASAP

JAV,

PLEASE HAVE THESE REDONE ASAP AND SENT US.

THERE ARE  2X   60S AND  1   X 30.

PLEASE DO THE 30 FOR US JUST SO WE HAVE IT AROUND.

AIRNTRUST009796

Sincerely,


**Nicholas Salzano**
**Senior Independent Executive Advisor & Portfolio Construction Manager**



**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Second Floor

Secaucus, NJ 07094

T.  (201) 210-2727 Ext. 101

C.  (973) 689-5482

E.   nicholas@nria.net

URL:   www.nria.net


**P.S. PLEASE NOTE: The contents of this email have been software dictated and not read or edited. Please excuse any misspellings, typographical errors, or grammatical misstatements due to the software's limitations.**


**Important Disclosures for Private Placement shared deeded property:**  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.


**This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).**

AIRNTRUST009797

Case 23-01335-JKS    Doc 84-20    Filed 07/10/24    Entered 07/10/24 18:12:30    Desc
Plaintiffs Ex. 38    Page 6 of 6

AIRNTRUST009798