**From:** Vincent Scutaro <Vincent@nria.net>
**Sent:** Wed, 12 Feb 2020 16:14:17 +0000
**To:** "upremdoc@icloud.com" <upremdoc@icloud.com>
**CC:** Nicholas Salzano <nicholas@nria.net>, Javier Torres <jtorres@mediaeffective.com>, Art Scutaro <ascutaro@nria.net>
**Subject:** NRIA: Meeting to Discuss Investment with Spanish Interpreter

Hello Dr. Ramon,

    Thank you for your inquiry. Very nice to meet you. I see you have a Puerto Rican area code. Are you currently in Puerto Rico or the mainland US? We have availability as early as this Friday after 1:30 PM. However, if that time does not suit you, we will accommodate your schedule.

Sincerely,

**Vincent M. Scutaro**
**Project Management Support Coordinator**



**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Second Floor

Secaucus, NJ 07094

T. (551)-888-4119

C. (973) 474-7501

F. (201) 293-4096



Plaintiff's Ex. 39

AIRNTRUST010109

**Important Disclosures for Private Placement shared deeded property:** Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

Sincerely,

**Vincent M. Scutaro**
**Project Management Support Coordinator**



**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Second Floor

Secaucus, NJ 07094

T.  (551)-888-4119

C.  (973) 474-7501

F.  (201) 293-4096

E.  vincent@nria.net

URL:  www.nria.net

AIRNTRUST010110

**Important Disclosures for Private Placement shared deeded property:** Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements. Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law. Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

**This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).**

AIRNTRUST010111