**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Nicholas Salzano <nicholas@nria.net>
**Cc:** Vincent Scutaro <vincent@nria.net>, Art Scutaro <ascutaro@nria.net>
**Subject:** Re: REQUEST FOR SPANISH SPEAKER AT OUR MEETING WITH DR RAMON
**Date:** Wed, 12 Feb 2020 10:03:28 -0500
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg; image003.jpg

---

Yes, of course. I'm coming to the office this Friday 2/14 if that helps.

*Javier Torres*
*Director Media Effective*

On Wed, Feb 12, 2020 at 9:49 AM Nicholas Salzano <nicholas@nria.net> wrote:

> Vince,
>
> Coordinate a meeting with Dr Ramon below here. Let's have Javier our Media Manager and myself attend. Javier of course is fluent in Spanish and
>
> I am basic in Spanish to assist Dr Ramon.
>
> Javier, you and I can meet before hand.
>
> Sincerely,
>
> **Nicholas Salzano**
> **Senior Independent Executive Advisor & Portfolio Construction Manager**
>
> ---
>
> **From:** HubSpot Forms <noreply@hubspot.com>
> **Sent:** Wednesday, February 12, 2020 2:24 AM
> **To:** Nicholas Salzano <nicholas@nria.net>
> **Subject:** New submission on HubSpot Form "Contact form on NRIA.net (v4.29.19)"

Plaintiff's Ex. 40

# New submission on HubSpot Form "Contact form on NRIA.net (v4.29.19)"

**Page submitted on:** **Contact Us — NRIA | National Realty Investment Advisors**

**First name:**
Alejandro

**Last name:**
Ramon

**Email:**
upremdoc@icloud.com

**Phone number:**
+17875873038

**How Can we help you?:**
Hi Guys,
I am physician. I own a home with my mother that has a sizable equity. I've been researching your company and the reviews are interesting and peak curiosity. I was wondering if there was a way to set up a meeting to get more information as far as the products available. If possible, do you have a Spanish speaking representative? Thanks.

**How did you hear of us?:**

Web Search for Investments

**I wish to receive updates regarding NRIA's current real estate investment opportunities. *:**

Yes, keep me in the loop.

AIRNTRUST010103

View in HubSpot

- **CONTACT**

- Alejandro Ramon

**Found site via:**

https://www.google.com/

Change notification preferences for your HubSpot account nria.net (Hub ID: 5163160)

HubSpot, Inc.

25 First Street, 2nd Floor

Cambridge, MA 02141

AIRNTRUST010104