**From:** Nicholas Salzano <nicholas@nria.net>
**To:** Robert Valencia <RValencia@nria.net>, Stefano D'Urso <sdurso@vb-cpa.com>
**Cc:** Rey Grabato <rey@nria.net>, Jack Gutierrez <jgutierrez@vb-cpa.com>
**Subject:** RE: W9 - Media Effective LLC - 1099 needed
**Date:** Fri, 14 Feb 2020 22:36:38 +0000
**Importance:** Normal

---

KILL THIS 1 OFF 1099 FOR MEDIA EFFECTIVE
NO NEED TO SEND AN ALARM TO IRS IT MISSED ELECTRONIC SEND
NOT WORTH IT

Sincerely,

**Nicholas Salzano**
Senior Independent Executive Advisor & Portfolio Construction Manager

**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Second Floor
Secaucus, NJ 07094
T.  (201) 210-2727 Ext. 101
C.  (973) 689-5482
E.  nicholas@nria.net
URL:  www.nria.net

---

**From:** Robert Valencia <RValencia@nria.net>
**Sent:** Wednesday, February 12, 2020 6:23 PM
**To:** Stefano D'Urso <sdurso@vb-cpa.com>
**Cc:** Nicholas Salzano <nicholas@nria.net>; Rey Grabato <rey@nria.net>; Jack Gutierrez <jgutierrez@vb-cpa.com>
**Subject:** FW: W9 - Media Effective LLC - 1099 needed

Stefano,

Please prepare a 1099 for Media Effective as per attached.  Thanks.

Robert

---

**From:** Nicholas Salzano <nicholas@nria.net>
**Sent:** Monday, February 10, 2020 6:26 PM
**To:** Robert Valencia <RValencia@nria.net>; Rey Grabato <rey@nria.net>
**Cc:** Nicholas Salzano <nicholas@nria.net>
**Subject:** W9 - Media Effective LLC - 1099 needed

media effective javier's company should be issued a 1099

let's get together total payments to that entity for 2019

Sincerely,



Nicholas Salzano
Senior Independent Executive Advisor & Portfolio Construction Manager

National Realty Investment Advisors, LLC
1325 Paterson Plank Road, Second Floor
Secaucus, NJ 07094
T. (201) 210-2727 Ext. 101
C. (973) 689-5482
E. nicholas@nria.net
URL: www.nria.net

---

**From:** Caroline Taylor <ctaylor@nria.net>
**Sent:** Monday, February 10, 2020 3:46 PM
**To:** Nicholas Salzano <nicholas@nria.net>; Rey Grabato <rey@nria.net>; Robert Valencia <RValencia@nria.net>
**Subject:** W9 - Media Effective LLC

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Monday, February 10, 2020 3:26 PM
**To:** Caroline Taylor <ctaylor@nria.net>
**Cc:** Nicholas Salzano <nicholas@nria.net>
**Subject:** Re: W-9
Attached is W9 for Media Effective **LLC**

Regards,

*Javier Torres*
*Director Media Effective*

> **From:** Javier Torres <jtorres@mediaeffective.com>
>
> On Mon, Feb 10, 2020 at 10:33 AM Nicholas Salzano <nicholas@nria.net> wrote:
>> Javier,
>> please return a  W 9 regarding Media Effective