|  |  |
|---|---|
| **From:** | Javier Torres <jtorres@mediaeffective.com> |
| **To:** | Nicholas Salzano <nicholas@nria.net> |
| **Cc:** | Patryk Golaszewski <pgolaszewski@nria.net> |
| **Subject:** | Re: Need a rush favor |
| **Date:** | Tue, 7 Apr 2020 17:23:26 -0400 |
| **Importance:** | Normal |
| **Attachments:** | 1010_RADIO_60_V2_stocks_down.docx |
| **Inline-Images:** | image001.jpg; image002.png; image003.png; image004.png; image005.png |

Please check the attached script. I removed another "10%" mention at the end of spot. (A total of three "10%" mentions removed) Let me know if it's good to send for rush recording.

*Javier Torres*
*Director Media Effective*


On Tue, Apr 7, 2020 at 5:10 PM Nicholas Salzano <nicholas@nria.net> wrote:

> YES REMOVE THERE ALSO
>
>
> Best regards,
>
>
> **Nicholas Salzano**
> **Senior Independent Executive Advisor & Portfolio Construction Manager**
> **National Realty Investment Advisors, LLC**



> 1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
> Office: (201) 210-2727 Ext. 101
> Cell: 973-689-5482
> Nicholas@NRIA.net
> NRIA.net
>
>
> **From:** Javier Torres <jtorres@mediaeffective.com>
> **Sent:** Tuesday, April 7, 2020 4:37 PM
> **To:** Nicholas Salzano <nicholas@nria.net>
> **Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
> **Subject:** Re: Need a rush favor



AIRNTRUST010687

Script also mentions "10% cash flow" two lines below initial 10% mention.

"You'll receive 10% steady cash flow, keep your stocks for the market upswing, and obtain returns with bonuses targeted at 18-21%."

*Javier Torres*

*Director Media Effective*

On Tue, Apr 7, 2020 at 4:21 PM Nicholas Salzano <nicholas@nria.net> wrote:

> Javier,
>
> this is a slightly different script attached . You will see that I merely removed the percentage coupon payment they get .
> Please rush re record this for me ASAP just for my internal file in internal testing
>
> Best regards,
>
> Nicholas Salzano
> Senior Independent Executive Advisor & Portfolio Construction Manager
> [cid:image001.jpg@01D60CF8.CB670F40]<http://www.nria.net/>
> National Realty Investment Advisors, LLC
> [cid:image002.png@01D60CF8.CB670F40]
> 1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
> [cid:image003.png@01D60CF8.CB670F40]
> Office: (201) 210-2727 Ext. 101
> [cid:image003.png@01D60CF8.CB670F40]
> Cell: 973-689-5482
> [cid:image004.png@01D60CF8.CB670F40]
> Nicholas@NRIA.net<mailto:Nicholas@NRIA.net>
> [cid:image005.png@01D60CF8.CB670F40]
> NRIA.net<http://www.nria.net/>
>
> Important Disclosures for Private Placement shared deeded property:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be

considered in connection with any such securities transactions

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

AIRNTRUST010689