**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Nicholas Salzano <nicholas@nria.net>
**Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: WKXW NJ New deal + CNN San Francisco issue
**Date:** Tue, 26 May 2020 21:18:36 +0000
**Inline-Images:** image001.jpg; image002.png; image003.png; image004.png; image005.png

---

YES. Great idea!
Working on FoxB schedule w/more :60s

Thanks,

*Javier Torres*
*Director Media Effective*

On Tue, May 26, 2020 at 5:14 PM Nicholas Salzano <nicholas@nria.net> wrote:

> Take the CNN savings and use it to boost 60 seconds commercials with fox business news
>
> good job on the better bill spadia station WKXW In New Jersey
>
> Best regards,
>
> ### Nicholas Salzano
> **Senior Independent Executive Advisor & Portfolio Construction Manager**
>
> 
>
> **National Realty Investment Advisors, LLC**
>
> 1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
> Office: (201) 210-2727 Ext. 101
> Cell: 973-689-5482
> Nicholas@NRIA.net
> NRIA.net
>
> **From:** Javier Torres <jtorres@mediaeffective.com>
> **Sent:** Tuesday, May 26, 2020 5:10 PM



**To:** Nicholas Salzano <nicholas@nria.net>, Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** WKXW NJ New deal + CNN San Francisco issue

Nicholas:

**IMPROVED Schedule with WKXW NJ Radio is below:**

The VP of Sales for all of NJ said he will watch over to make sure we get more AMD with this improved schedule. That should put us in the Conservative Morning show w/Bill Spadea.

New schedule with WKXW NJ:

M-F 5:30-8p 40X

M-Su 6a-12a 20X

S-Su 6a-7p 15X

**Total Spots Week: 75X. All Spots 60 sec**

Add Ons: 75X Streaming Spots plus 60k IMP's Banner.

Total Cost: $5,000. **Avg 60 SEC Spot: $66.66**

Previous schedule with WKXW NJ same $:

M-F 5:30-7p   30X
M-Su 6a-12m  15X
S-Su 6a-7p   15X
**Total Spots week 60X. All Spots 60 sec**
Add Ons: 60X Streaming spots plus 60k IMP's Banner.
Total Cost: $5,000. **Avg 60 SEC Spot Cost: $83.33**

More frequency and much lower avg spot cost.

Please let me know if you want me to start this increase for next week of 6/1.

**CNN TV SAN FRANCISCO:**

My San Francisco rep was just notified by CNN that they can no longer air our spot.  Unfortunately, due to the investment content they're not approved to run on the network.  I don't think they realized before that NRIA is an investment company and we were able to slip through for a few weeks.

He confirmed that it is a network issue, not related to this particular market.  CNN does not allow anything related to a high risk investment, investment guarantees or money making opportunities.  It was sent to the

content quality manager and it was denied. It was also forwarded to their legal team to see if there was any leeway, and unfortunately, there is not.  They said the other networks in San Francisco (CNBC & Fox News) are fine with the spot.

Like I mentioned, the other markets have not picked up on this yet, so I'm hoping it will continue to slide through.

Please let me know if you want me to re-invest the dollars into our existing Fox News and/or CNBC orders, or we can explore adding other markets for CNBC.

Our CNN schedule in San Francisco was $8,000 / week.  (As of right now I have in my possession $8,000 that are not going to run on CNN San Francisco this week of 5/25)

We have talked a lot about Seattle. I can buy CNBC and Fox News in Seattle (both channels) with the same $8,000 we had for CNN San Fran (no additional $). Let me see if you want to see these schedules.

Thanks,

*Javier Torres*

*Director Media Effective*

TORRES_MEDIAEFFECTIVE013200