**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Thomas Marsillo <tom@emergingnets.com>
**Cc:** Phil Estevez <phil@emergingnets.com>
**Subject:** Re: NRIA
**Date:** Thu, 27 Aug 2020 17:56:06 +0000

---

Hi Tom;
No, I dont think it's a good idea. Please tell your friend that you work with me.
You dont need to be introduced. Nicks knows about you and Emerging Networks. I have had conversations with him about you.

Thanks,

*Javier Torres*
*Director Media Effective*


On Wed, Aug 26, 2020 at 1:41 PM Thomas Marsillo <tom@emergingnets.com> wrote:
> Hey Javier, my friend with the relationship with Nick at NRIA asked me to send him some info on our company so he could set it up. Are you OK with this? We could work as a team to advance OUR agenda in youre comfortable with it
> Please let me know...thank you.

--
Javier Torres
Media Effective



TORRES_MEDIAEFFECTIVE030766