**Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT



**Plaintiff's Ex. 52**

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ  07677-8226

Page: 1 of 4
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #: 4373425466-719-E-***
Primary Account #: 5466

## TD Business Premier Checking

MEDIA EFFECTIVE LLC    Account # 5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 986,673.09 | Average Collected Balance | 627,538.74 |
| Deposits | 449,935.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 300,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 720,658.00 | Days in Period | 31 |
| Electronic Payments | 642,495.85 | | |
| Ending Balance | 373,454.24 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/07 | DEPOSIT | 312,529.00 |
| 12/28 | DEPOSIT | 137,406.00 |
| | Subtotal: | 449,935.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | eTransfer Credit, Online Xfer Transfer from CK 3451987317 | 300,000.00 |
| | Subtotal: | 300,000.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/22 | 1001 | 720,658.00 |
| | Subtotal: | 720,658.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | ACH DEBIT, TESLA MOTORS TESLA MOTO 2M7HA7M1PIN12HX | 42,470.85 |
| 12/07 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 300,000.00 |
| 12/09 | eTransfer Debit, Online Xfer Transfer to CK 4266880941 | 300,000.00 |
| 12/22 | ELECTRONIC PMT-WEB, ST JUDE INTERNET 043000094374852 | 25.00 |
| | Subtotal: | 642,495.85 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TORRES_000026