**From:** Katey Kana <kkana@nria.net>
**Sent:** Fri, 22 Jan 2021 17:44:12 +0000
**To:** Javier Torres <jtorres@mediaeffective.com>
**CC:** Patryk Golaszewski <pgolaszewski@nria.net>, Katey Kana <kkana@nria.net>
**Subject:** Re: Lou Dobbs Script #3
**Attachments:**
· NRIA Annual Targeted Returns Calculated 1.21.21.pdf *(89 kb)*

---

HI Javier,

The table attached should visualize the 10% payout - if you need more than let me know and I will ask Nick to write something out for us if the attached does not suffice.

For 800-800-1695 we are waiting for the stress test to be conducted before we can go this route and record for all which will be completed by COB today.

Thanks Javier.

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thursday, January 21, 2021 1:09 PM
**To:** Katey Kana <kkana@nria.net>
**Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: Lou Dobbs Script #3

Hello Katey,
On Lou Dobbs:
- Are we using the 1-800-800- 1695 that is in the script for the final recording? Please confirm as Lou Dobbs is hard to get for recordings.
- Don't forget the explanation of the 10% returns for the second script.

Thanks,

On Wed, Jan 20, 2021 at 2:44 PM Katey Kana <kkana@nria.net> wrote:
> Hi javi,
>
> I will have an answer for you on this this evening - stay tuned
>
> ---
>
> **From:** Javier Torres <jtorres@mediaeffective.com>
> **Sent:** Wednesday, January 20, 2021 2:38 PM
> **To:** Katey Kana <kkana@nria.net>; Patryk Golaszewski <pgolaszewski@nria.net>
> **Subject:** Lou Dobbs Script #3
>
> Hi Katey;
> To go ahead with the second script (#3) Lou Dobbs wants to see if we can provide him with an explanation of how the guaranteed 10% works:
>
> - Please have someone provide me a written explanation of what the 10% annualized payout reference means. I am not comfortable without an understanding of what they are saying and how that works. For example, is that the return on investment they guarantee? If so, for how long? Or are they guaranteeing 10% return of capital each month? And if so, is that an absolute guarantee?

Plaintiff's Ex. 54

Can you please provide? Maybe it is already explained in some of your collateral?

The first script (approved), is being recorded soon for your review and we will start with that one and then add this second script (in case this one is not ready by 2/1.)

Thanks,

*Javier Torres*
*Director Media Effective*
--
Javier Torres
Media Effective
--
Javier Torres
Media Effective

AIRNTRUST034631



# Partners Portfolio Fund I - 5 Year Targeted Returns

| Investment | Total Annualized Target Return Percentage | Total Annualized Target Return Per Year | 10% Annual True Up Payment Accruing Per Year (Disbursed In Year 5) | 6% Annualized Monthly Payment/ROC (Per Year) | 6% Annualized Monthly Payment/ROC (Per Month) | Total True Up Payment Accruing to Target By Year 5 (10% Annual True Up x 5) | Total Monthly Payments Disbursed by Year 5 | Targeted Grand Total By Year 5 Investment + 6% Monthly Payments + 10% True Up Payments Accrued |
|---|---|---|---|---|---|---|---|---|
| $50,000 | 16% | $8,000 | $5,000 | $3,000 | $250.00 | $25,000 | $15,000 | $90,000 |

| Investment | Total Annualized Target Return Percentage | Total Annualized Target Return Per Year | 12% Annual True Up Payment Accruing Per Year (Disbursed In Year 5) | 6% Annualized Monthly Payment/ROC (Per Year) | 6% Annualized Monthly Payment/ROC (Per Month) | Total True Up Payment Accruing to Target By Year 5 (12% Annual True Up x 5) | Total Monthly Payments Disbursed by Year 5 | Targeted Grand Total By Year 5 Investment + 6% Monthly Payments + 12% True Up Payments Accrued |
|---|---|---|---|---|---|---|---|---|
| $100,000 | 18% | $18,000 | $12,000 | $6,000 | $500.00 | $60,000 | $30,000 | $190,000 |

| Investment | Total Annualized Target Return Percentage | Total Annualized Target Return Per Year | 10% Annual True Up Payment Accruing Per Year (Disbursed In Year 5) | 10% Annualized Monthly Payment/ROC (Per Year) | 10% Annualized Monthly Payment/ROC (Per Month) | Total True Up Payment Accruing to Target By Year 5 (10% Annual True Up x 5) | Total Monthly Payments Disbursed by Year 5 | Targeted Grand Total By Year 5 Investment + 10% Monthly Payments + 10% True Up Payments Accrued |
|---|---|---|---|---|---|---|---|---|
| $150,000 | 20% | $30,000 | $15,000 | $15,000 | $1,250.00 | $75,000 | $75,000 | $300,000 |
| $200,000 | 20% | $40,000 | $20,000 | $20,000 | $1,666.67 | $100,000 | $100,000 | $400,000 |
| $250,000 | 20% | $50,000 | $25,000 | $25,000 | $2,083.33 | $125,000 | $125,000 | $500,000 |
| $300,000 | 20% | $60,000 | $30,000 | $30,000 | $2,500.00 | $150,000 | $150,000 | $600,000 |
| $350,000 | 20% | $70,000 | $35,000 | $35,000 | $2,916.67 | $175,000 | $175,000 | $700,000 |
| $400,000 | 20% | $80,000 | $40,000 | $40,000 | $3,333.33 | $200,000 | $200,000 | $800,000 |
| $450,000 | 20% | $90,000 | $45,000 | $45,000 | $3,750.00 | $225,000 | $225,000 | $900,000 |

| Investment | Total Annualized Target Return Percentage | Total Annualized Target Return Per Year | 11% Annual True Up Payment Accruing Per Year (Disbursed In Year 5) | 10% Annualized Monthly Payment/ROC (Per Year) | 10% Annualized Monthly Payment/ROC (Per Month) | Total True Up Payment Accruing to Target By Year 5 (11% Annual True Up x 5) | Total Monthly Payments Disbursed by Year 5 | Targeted Grand Total By Year 5 Investment + 10% Monthly Payments + 11% True Up Payments Accrued |
|---|---|---|---|---|---|---|---|---|
| $500,000 | 21% | $105,000 | $55,000 | $50,000 | $4,166.67 | $275,000 | $250,000 | $1,025,000 |
| $550,000 | 21% | $115,500 | $60,500 | $55,000 | $4,583.33 | $302,500 | $275,000 | $1,127,500 |
| $600,000 | 21% | $126,000 | $66,000 | $60,000 | $5,000.00 | $330,000 | $300,000 | $1,230,000 |
| $650,000 | 21% | $136,500 | $71,500 | $65,000 | $5,416.67 | $357,500 | $325,000 | $1,332,500 |
| $700,000 | 21% | $147,000 | $77,000 | $70,000 | $5,833.33 | $385,000 | $350,000 | $1,435,000 |
| $750,000 | 21% | $157,500 | $82,500 | $75,000 | $6,250.00 | $412,500 | $375,000 | $1,537,500 |
| $800,000 | 21% | $168,000 | $88,000 | $80,000 | $6,666.67 | $440,000 | $400,000 | $1,640,000 |
| $850,000 | 21% | $178,500 | $93,500 | $85,000 | $7,083.33 | $467,500 | $425,000 | $1,742,500 |
| $900,000 | 21% | $189,000 | $99,000 | $90,000 | $7,500.00 | $495,000 | $450,000 | $1,845,000 |
| $950,000 | 21% | $199,500 | $104,500 | $95,000 | $7,916.67 | $522,500 | $475,000 | $1,947,500 |
| $1,000,000 | 21% | $210,000 | $110,000 | $100,000 | $8,333.33 | $550,000 | $500,000 | $2,050,000 |
| $1,500,000 | 21% | $315,000 | $165,000 | $150,000 | $12,500.00 | $825,000 | $750,000 | $3,075,000 |
| $2,000,000 | 21% | $420,000 | $220,000 | $200,000 | $16,666.67 | $1,100,000 | $1,000,000 | $4,100,000 |

An offer or solicitation to acquire interests in the investment may only be made by our Private Placement Memorandum ("Memorandum") in accordance with the terms of all applicable security laws. All information contained herein is subject to and qualified by the contents of the Memorandum. Participation in any securities offering is limited to Accredited investors. Please call to obtain a copy. You must read it before investing. Past performance is no guarantee of future results. Interests rates quoted are annualized rates. An offer to buy or sell any security is only made by our Private Placement Memorandum. Read it first. National Realty is a Real Estate Development firm. See us at NRIA.NET.

AIRNTRUST034632