**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Fri, 22 Jan 2021 13:13:47 -0500
**To:** Katey Kana <kkana@nria.net>, Patryk Golaszewski <PGolaszewski@nria.net>
**Subject:** Lou Dobbs Recording for Approval to start 2.1
**Attachments:**
· NRIA-Lou Dobbs-Script#1-2.1.21.mp3 *(1585 kb)*

---

Katey;

Attached is Lou Dobbs recording. I just received your email about the 1-800-800-1695 phone number.

This recording was done with that number. We'll wait to see if your test is successful and you're ok to start running on 2/1.


Also, for the second script, I see the table you sent on Targeted Returns and I think it will help, but I think what he needs is an example/explanation in very simple words of how the guaranteed 10% returns work.

Maybe something like the below perhaps on company letterhead or something official.


**If a client invests $100,000 with NRIA then:**

**-Client will receive at least $10,000 in returns.**

**-This $10,000 is the result of an annualized 10% return.**

**-The $10,000 will be paid to the client in advance every month in equal payments according to the duration of the investment project.**

**-For Example: If a client invests $100,000 and the duration of the project is 20 months, the client will receive $500 every month. $500 x 20 months equals $10,000 or 10% of the $100,000 investment.**

**-The client will begin receiving his $500 every month at the date determined in the contract and ahead of ...**

**-At the end of the 20 months the client receives his original investment of $100,000. In all the client will receive $110,000.**

**-As the attached Table on targeted Return shows we have different investments with different returns.**


Of course I'm not sure about the numbers, timing, etc. , here, but I believe that an "official" and easy to understand explanation enriched by the investor's language you use will make him feel more comfortable to mention the "guaranteed 10%"


Thanks,


*Javier Torres*



AIRNTRUST034642

AIRNTRUST034643