**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Graham Keenan <graham@hybridadv.com>, Barbara Keenan <barbara@hybridadv.com>
**Subject:** Fwd: Lou Dobbs show/2nd Script
**Date:** Fri, 22 Jan 2021 22:38:01 +0000
**Attachments:** noname; Appendix_C_-_NRIA_12%_Minimum_Return_Guarantee_2021.pdf; WSK_Notes_3_A_list_approach_v_4_edited.docx

---

Hello Barbara/Graham;
Below is email from client explaining the company's return on investment for Mr Dobbs.
Also, attached is the company's Corporate Guarantee on this subject.
There is another edit attached to the script which is more simple. Only "up to 10%".
I hope this works for Mr. Dobbs and we can record this script.

Thanks,

*Javier Torres*
*Director Media Effective*


---------- Forwarded message ---------
From: **Nicholas Salzano** <nicholas@nria.net>
Date: Fri, Jan 22, 2021 at 3:06 PM
Subject: Lou Dobbs show
To: Javier Torres (jtorres@mediaeffective.com) <jtorres@mediaeffective.com>


Our corporate guarantee form is attached . We actually guarantee returns at 12% annualized return as stated in the agreement attached -a higher than 10% rate .

Cash flow is paid out monthly at a 10% annualized rate of return and then later trued up to the 12% guarantee Year 5 as we sell out all projects built.

That means we owe a 2% per annum true up amount your 5 to take our 10% paid up to our actual guaranteed 12% contract.
We explain that to customers in great detail when they sign up and review the documents with their advisors.

To therefore state that we offer a 10% guarantee is actually below our actual guarantee - but it is still a true statement .


The easiest way to resolve is attached

it's a script that just says up to 10%



Best regards,

Nicholas Salzano
Senior Independent Executive Advisor & Portfolio Construction Manager
[cid:image011.jpg@01D6F0D0.731220C0]<http://www.nria.net/>
National Realty Investment Advisors, LLC



TORRES_MEDIAEFFECTIVE043034

[cid:image012.png@01D6F0D0.731220C0]
1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
[cid:image013.png@01D6F0D0.731220C0]
Office: (201) 210-2727 Ext. 101
[cid:image013.png@01D6F0D0.731220C0]
Cell: 973-689-5482
[cid:image014.png@01D6F0D0.731220C0]
Nicholas@NRIA.net<mailto:Nicholas@NRIA.net>
[cid:image015.png@01D6F0D0.731220C0]
NRIA.net<https://www.nria.net/>

Important Disclosures for Private Placement shared deeded property:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose, copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

[binary/garbled data]

TORRES_MEDIAEFFECTIVE043036

**60-SECOND SCRIPT #3 – A "list" approach**

**[130 words plus 34-word disclaimer]**

Are you looking for your next investment?

Lou Dobbs here.

There are 8 reasons to look at the NRIA real estate development fund:

- Monthly cash-flow payouts up to ~~targeted at~~ ~~of~~ 10% annualized with Bonuses to 21% targets! [Commented [WK1]: Make this change unless the 10% is guaranteed]
- They Strategically chose low-risk, high demand neighborhoods that people are moving to
- Prime New Construction is a sector that is short on supply and high on demand
- Diversification and safety from stock market risk
- They have a short and long-term strategy for returns today AND returns down the road
- Pandemic-hardened specially designed buildings that are open and airy
- They're in their 15th years as an industry leader

If you've been sitting on the sidelines or if you want to diversify for safety and cash flow, start your due diligence at NRIA-dot-net or call 800-800-1695.  That's 800-800-1695.

*An offer of securities is only made by the NRIA Private Placement Memorandum. Read it first. Past performance does not guarantee future results. NRIA is a Real Estate Development firm. Learn more at NRIA.NET*

**Subject:** Lou Dobbs show
**Date:** Fri, 22 Jan 2021 20:06:07 +0000
**Attachments:** Appendix_C_-_NRIA_12%_Minimum_Return_Guarantee_2021.pdf; WSK_Notes_3_A_list_approach_v_4_edited.docx
**Inline-Images:** image011.jpg; image012.png; image013.png; image014.png; image015.png

---

Our corporate guarantee form is attached . We actually guarantee returns at 12% annualized return as stated in the agreement attached -a higher than 10% rate .

Cash flow is paid out monthly at a 10% annualized rate of return and then later trued up to the 12% guarantee Year 5 as we sell out all projects built.

That means we owe a 2% per annum true up amount your 5 to take our 10% paid up to our actual guaranteed 12% contract.
We explain that to customers in great detail when they sign up and review the documents with their advisors.

To therefore state that we offer a 10% guarantee is actually below our actual guarantee - but it is still a true statement .


The easiest way to resolve is attached

it's a script that just says up to 10%


Best regards,

### Nicholas Salzano
**Senior Independent Executive Advisor & Portfolio Construction Manager**



**National Realty Investment Advisors, LLC**

📍 1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
📞 Office: (201) 210-2727 Ext. 101
📞 Cell: 973-689-5482
✉ Nicholas@NRIA.net
🔗 NRIA.net

**Important Disclosures for Private Placement shared deeded property:** Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

TORRES_MEDIAEFFECTIVE043039

**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

**GUARANTEE OF PAYMENT**

Investor Name: _____       Investor Principal: $_____
Address: 
_____

**Guarantor: National Realty Investment Advisors, LLC**

National Realty Investment Advisors, LLC ("Guarantor") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $_____ plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I , LLC (the "Fund"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the confidential offering memorandum of the Fund, dated February 5, 2018, which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee and Guarantor payment in full to Investor, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall then be deemed paid in full and cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC


By: _____          _____
    Rey Grabato, President                              Date


STATE OF  New Jersey           )
                               ) ss.:
COUNTY OF  Hudson              )


On this _____ day of _____, 2021, before me personally came_____
_____Rey Grabato_____
_____, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.


                                          _____ Notary Public

### 60-SECOND SCRIPT #3 – A "list" approach

### [130 words plus 34-word disclaimer]

Are you looking for your next investment?

Lou Dobbs here.

There are 8 reasons to look at the NRIA real estate development fund:

    Monthly cash-flow payouts up to ~~targeted at~~ ~~of~~ 10% annualized with Bonuses to 21% targets! [Commented [WK1]: Make this change unless the 10% is guaranteed]
    They Strategically chose low-risk, high demand neighborhoods that people are moving to
    Prime New Construction is a sector that is short on supply and high on demand
    Diversification and safety from stock market risk
    They have a short and long-term strategy for returns today AND returns down the road
    Pandemic-hardened specially designed buildings that are open and airy
    They're in their 15th years as an industry leader

If you've been sitting on the sidelines or if you want to diversify for safety and cash flow, start your due diligence at NRIA-dot-net or call 800-800-1695. That's 800-800-1695.

*An offer of securities is only made by the NRIA Private Placement Memorandum. Read it first. Past performance does not guarantee future results. NRIA is a Real Estate Development firm. Learn more at NRIA.NET*