Plaintiff's Ex. 59

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thu, 11 Mar 2021 12:28:59 -0500
**To:** Katey Kana <kkana@nria.net>
**Subject:** Re: All advertising details, assets and collateral

Ok. I'll bring USB tomorrow.

Also, if you have 5 minutes tomorrow at about 2:30-3p when I stop by, I would like to show you an idea that has been in my mind since the change of tel number.

Thanks,

*Javier Torres*

*Director Media Effective*

On Thu, Mar 11, 2021 at 11:46 AM Katey Kana <kkana@nria.net> wrote:

> that would be great javi - thank you!
>
> **Katey Kana**
> **Director of Advertising & Marketing**
> **National Realty Investment Advisors, LLC**
> 1325 Paterson Plank Road, Floor 2,
> Secaucus, NJ 07094
> Office: (201) 210-2727 Ext. 136
> KKana@NRIA.net
> NRIA.net
>
> 
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.
>
> Important Disclosures for Private Placement / Offering:  Only Accredited Investors may invest in

AIRNTRUST038968

these types of offerings. Certain statements contained in our materials related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

**This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).**

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thursday, March 11, 2021 11:40 AM
**To:** Katey Kana <kkana@nria.net>
**Subject:** Re: All advertising details, assets and collateral


Hi Katey;

I am finding scripts as far back to at least  2016 in word documents.

Also, mp3/sound files and some videos/mp4s that I have been able to download from past years.

Is it ok to bring you a USB stick to the office on Friday afternoon when I pick up payments?

I dont think the sound and or video files would go easy in just emails. That way you will have everything per year in one place: Scripts. Radio Spots/ TV Spots.


Thanks.


*Javier Torres*

*Director Media Effective*



On Wed, Mar 10, 2021 at 3:12 PM Katey Kana <kkana@nria.net> wrote:

> All,

AIRNTRUST038969

By friday close of business we will need ALL files of all ads, scripts, etc. for as far back as you can provide and at a minimum of:

- Q1 2021
- Q4 2020
- Q3 2020
- Q2 2020

**Katey Kana**
**Director of Advertising & Marketing**
**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Floor 2,
Secaucus, NJ 07094
Office: (201) 210-2727 Ext. 136
KKana@NRIA.net
NRIA.net

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Important Disclosures for Private Placement / Offering:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

**This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).**