## Media Effective/Media Insertion Invoice

| Checks payable to: "Media Effective" Mailing Address: Media Effective 50 Werimus Road Woodcliff Lake, NJ 07677 | **Fm:** Javier Torres **Invoice Date** 10/13/2021 **Placement:** M.E. **Account:** National Realty & Investment Advisors, LLC **Product:** RE Investment **Start:** 10/18/2021 **End:** 10/24/2021 **Spots** NRIA **Invoice Total:** 1 week | **To Air:** Week of 10/18/2021 **Invoice #** NRIARAD0174-2021 **Billing Instructions:** All contracts and invoices to be written up as: Media Effective  **Station:** WINS **Rate:** Package |
|---|---|---|

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 10/18/2021 | M-F 5A-8P | 26 | |
| | | | | | | | M-F 5A-1A | 12 | |
| | | | | | | | M-Sun 5A-1A | 5 | |
| Total | | | | | | | | 43 | $ 11,350 |

Total payable to "Media Effective"………………………$11,350

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week on either station.
A. Client authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms
 and conditions agreed to by and between Client and ME. Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any
such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to
 collect a bill for media services provided which has not been paid for by Client. This Discounted Rate Media Schedule is to be pre-paid for the scheduled period.
Radio station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period. Media to provide daily spot times if
requested by client. Checks payable to : "Media Effective".

Accepted by: _____Date_____
On behalf of Client: National Realty & Investment Advisors, LLC



Plaintiff's Ex. 66

AIRNTRUST043785