**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thu, 21 Oct 2021 10:37:49 -0400
**To:** Patryk Golaszewski <pgolaszewski@nria.net>
**CC:** John Collins <jcollins@nria.net>, AJ Scutaro <aj@nria.net>, Kyle Stafirny <kstafirny@nria.net>, Rey Grabato <rey@nria.net>
**Subject:** Re: Invoices

---

> External (jtorres@mediaeffective.com)
>
> Report This Email  FAQ  TeamLogic IT Email Protection

Yes. My commission is included in the buys. I am paid by the media company for the business I bring them.

You would pay the same gross amount if you buy directly from them (and have access to the same volume rates/negotiation)

I can break it out, but it changes every time I make new deals with them than include or dont included buys for NRIA.

A good indicator could be about 8% for radio buys and 7% for TV buys. I can include that in the next invoices, but your gross amount is always the same.

Thanks,

*Javier Torres*

*Director Media Effective*

On Thu, Oct 21, 2021 at 10:23 AM Patryk Golaszewski <pgolaszewski@nria.net> wrote:

> Hey Javier,
>
> So, your commission is incorporated into the media buy for each station if I understand correctly?
>
> Can you just break it out or have the stations break it out in their proposals to you?



Plaintiff's Ex. 67

AIRNTRUST043999

Best regards,

**Patryk Golaszewski**
**Operations Manager**



**National Realty Investment Advisors, LLC**
1 Harmon Plaza, Floor 9, Secaucus, NJ 07094
T: (201) 210-2727 Ext. 122
C: (201) 655-1071
PGolaszewski@nria.net
NRIA.net

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Important Disclosures for Private Placement / Offering:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thursday, October 21, 2021 8:53 AM
**To:** Patryk Golaszewski <pgolaszewski@nria.net>
**Cc:** John Collins <jcollins@nria.net>; AJ Scutaro <aj@nria.net>; Kyle Stafirny <kstafirny@nria.net>; Rey Grabato <rey@nria.net>
**Subject:** Re: Invoices

Hello Patryk;

Yesterday I sent you next week's invoices as usual, but broken down by daypart rate/number of spots per week as you requested.

Please keep in mind that each of these schedules is negotiated as a package after revising/studying the original rates that the stations provide. I never go by their rate cards.

Since it is a package, we usually cannot cherry pick a daypart and buy spots only in those parts. When we do that we have to pay for "specific programming" and the rates are higher.

My commision on all these media buys varies according to the volume that I am buying/generating with a particular network and/or in a particular market and it is hard to put it down as an exact number in an invoice as it changes when my volume changes. Once I know if I am negotiating directly with networks or in a market/region group buy, I research the leading media buyers and I buy through them, as their buying volume gives them better rates andI can pass those savings to my clients. I use this approach 90% of the time to buy media, as the purchase power of the big media buyers gives me access to lower rates and better treatment from the big networks. Accordingly, most of the time the volume buyers and myself negotiate a commission with the media companies between 5-15% and it is split among the participants.

Thanks,

*Javier Torres*

*Director Media Effective*

On Wed, Oct 20, 2021 at 10:06 AM Patryk Golaszewski <pgolaszewski@nria.net> wrote:

> Hey Javier,
>
> Please send us for all your invoiced stations a broken-out invoice from each of them and also please include your booking fee separated out for our records. Thank you.
>
> Best regards,
>
> **Patryk Golaszewski**
> **Operations Manager**
>
> **National Realty Investment Advisors, LLC**
> 1 Harmon Plaza, Floor 9, Secaucus, NJ 07094
> T: (201) 210-2727 Ext. 122
> C: (201) 655-1071
> PGolaszewski@nria.net
> NRIA.net

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Important Disclosures for Private Placement / Offering:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

AIRNTRUST044002