**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thu, 28 Oct 2021 10:01:37 -0400
**To:** Patryk Golaszewski <pgolaszewski@nria.net>
**CC:** Kyle Stafirny <kstafirny@nria.net>, Rey Grabato <rey@nria.net>
**Subject:** Re: Invcs Week of 11/1

---

> **Caution**: External (jtorres@mediaeffective.com)
> Sensitive Content   Details
>                                   Report This Email   FAQ   TeamLogic IT Email Protection

Hi Patryk ,

Commission for each network/station is included in the invoices sent yesterday. It's the first line after the bottom of the table with the total in each invoice.

Thanks,

On Thu, Oct 28, 2021 at 9:54 AM Patryk Golaszewski <pgolaszewski@nria.net> wrote:

> Hi Javier,
>
> Please include your commission breakdown in the invoices being sent each week. Thank you!
>
> Best regards,
>
> **Patryk Golaszewski**
> **Operations Manager**
>
> 
>
> **National Realty Investment Advisors, LLC**
> 1 Harmon Plaza, Floor 9, Secaucus, NJ 07094
> T: (201) 210-2727 Ext. 122
> C: (201) 655-1071
> PGolaszewski@nria.net
> NRIA.net
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of

the message.

Important Disclosures for Private Placement / Offering:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Wednesday, October 27, 2021 6:05 PM
**To:** Patryk Golaszewski <pgolaszewski@nria.net>; Kyle Stafirny <kstafirny@nria.net>; Rey Grabato <rey@nria.net>; Jovic Cobarrubias <jovic@nria.net>; Natalie Petruic <natalie@nria.net>
**Subject:** Invcs Week of 11/1

Attached are the following invoices for the next week of 11/1/21.
This week we are starting on South Asian TV Channels Zee TV, Sony TV and TV Asia.

-FOX NEWS week of 11/1/21 for $375,000. Please date check 10/29/21

-FOX BUSINESS TV week of 11/1/21 for $97,339. Please date check 10/29/21
-HANNITY NATL RADIO week of 11/1/21 for $54,700. Please date check 10/29/21
-WINS NY week of 11/1/21 for $11,350. Please date check 10/29/21

-WABC 770 NY week of 11/1/21 for $7,717. Please date check 10/29/21

-NEW JERSEY WKXW week of 11/1/21 for $5,000. Please date check 10/29/21
-ZEE TV week of 11/1/21 for $4,700. Please date check 10/29/21
-SONY TV week of 11/1/21 for $3,400. Please date check 10/29/21
-ASIA TV week of 11/1/21 for $2,600. Please date check 10/29/21

I will pick up checks at the office on Friday 10/29.

Thanks,

*Javier Torres*

*Director Media Effective*

--

Javier Torres

AIRNTRUST044251

Media Effective

AIRNTRUST044252