# Media Effective/Media Insertion Invoice

Fm: Javier Torres
**Invoice Date** 10/27/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: **11/1/2021**
End: **11/7/2021**
Spots NRIA
Invoice Total: 1 week

To Air: Week of    11/1/2021
Invoice # NRIARAD0176-2021
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: WINS
Rate: Package

Checks payable to: "Media Effective"
Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

(4)

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 11/1/2021 | M-F 5A-8P | 28 x 295 | 8260 |
| | | | | | | | M-F 5A-1A | 15 x 185 | 2775 |
| | | | | | | | M-Sun 5A-1A | 5 x 63 | 315 |
| Total | | | | | | | | 48 | $11,350 |

Total payable to "Media Effective" ............... $11,350

Media Effective Commission (Included already in Invoice Total: $908)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising, a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
B. Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commission for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.
Commission amount could be less or more than what the amount shows in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____ Date _____
On behalf of Client: National Realty & Investment Advisors, LLC

Plaintiff's Ex. 70



AIRNTRUST044280

# Media Effective/Media Insertion Invoice

Checks payable to: "Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

Fm: Javier Torres
Invoice Date: 11/10/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 11/15/2021
End: 11/21/2021
Spots NRIA
Invoice Total: 1 week

To Air: Week of 11/15/2021
Invoice # NRIARAD0178-2021
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: WINS
Rate: Package

(4)

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 11/15/2021 | M-F 5A-8P | 28 x 295 | 8260 |
| | | | | | | | M-F 5A-1A | 15 x 185 | 2775 |
| | | | | | | | M-Sun 5A-1A | 5 x 63 | 315 |
| Total | | | | | | | | 48 | $11,350 |

Total payable to "Media Effective" ............... $11,350

Media Effective Commission (Included already in Invoice Total: $908)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.

A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commission for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.
Commision amount could be less or more than what the amount shows in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____
On behalf of Client: National Realty & Investment Advisors, LLC

Date _____



AIRNTRUST044799

# Media Effective/Media Insertion Invoice

(4)

Checks payable to: "Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

Fm: Javier Torres
Invoice Date  11/17/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 11/22/2021
End: 11/28/2021
Spots NRIA
Invoice Total: 1 week

To Air: Week of  11/22/2021
Invoice # NRIARAD0179-2021
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: WINS
Rate: Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 11/22/2021 | M-F 5A-8P | 28 x 295 | 8260 |
|  |  |  |  |  |  |  | M-F 5A-1A | 15 x 185 | 2775 |
|  |  |  |  |  |  |  | M-Sun 5A-1A | 5 x 63 | 315 |
| Total |  |  |  |  |  |  |  | 48 | $11,350 |

Total payable to "Media Effective" ............ $11,350

Media Effective Commision (Included already in Invoice Total: $908)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commission for negotiating media varies  according to volume and agreements with networks/stations and/or volume buyers.
Commission amount could be less or more than what the amount shows in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____ Date _____
On behalf of Client: National Realty & Investment Advisors, LLC



AIRNTRUST044891

# Media Effective/Media Insertion Invoice

Fm: Javier Torres

| | |
|---|---|
| Invoice Date | 11/3/2021 |
| Placement: | M.E. |
| Account: | National Realty & Investment Advisors, LLC |
| Product: | RE Investment |
| Start: | 11/8/2021 |
| End: | 11/14/2021 |
| Spots | NRIA |
| Invoice Total: | 1 week |

| | |
|---|---|
| To Air: Week of | 11/8/2021 |
| Invoice # | NRIARAD0177-2021 |
| Billing Instructions: | |
| All contracts and invoices to be written up as: | |
| Media Effective | |
| Station: | WINS |
| Rate: | Package |

(4)

Checks payable to:
"Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ
07677

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 11/8/2021 | M-F 5A-8P | 28 x 295 | 8260 |
| | | | | | | | M-F 5A-1A | 15 x 185 | 2775 |
| | | | | | | | M-Sun 5A-1A | 5 x 63 | 315 |
| Total | | | | | | | | 48 | $11,350 |

Total payable to "Media Effective"............ $11,350

Media Effective Commission (Included already in Invoice Total: $908)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising, a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to: "Media Effective". Media Effective Commission for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.
Commision amount could be less or more than what the amount shows in this particular invoice. Commision is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____ Date _____
On behalf of Client: National Realty & Investment Advisors, LLC

AIRNTRUST044620



AIRNTRUST044621