### Media Effective/Media Insertion Invoice

| Checks payable to:<br>"Media Effective"<br><br>Mailing Address:<br>Media Effective<br>50 Werimus Road<br>Woodcliff Lake, NJ<br>07677 | Fm: Javier Torres<br>**Invoice Date**    **10/27/2021**<br>Placement: M.E.<br>Account: National Realty & Investment Advisors, LLC<br>Product: RE Investment<br>Start:    **11/1/2021**<br>End:    **11/7/2021**<br>Spots NRIA<br>Invoice Total: 1 week | **To Air: Week of   11/1/2021**<br>**Invoice # NRIAFOXNEWS024-2021**<br>Billing Instructions:<br>All contracts and invoices to be written up as:<br>Media Effective<br><br>Station:    **FOX NEWS TV NATL**<br>Rate:    **Package** |

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FOX NEWS TV NATIONAL** | NRIA | National | News | 1 | 30 | 11/1/2021 | Mon-Fri 8:00 PM-9:00 PM | 5 | $8,600 x 5 | $43,000 |
| | | | | | 60 | | Mon-Fri 8:00 PM-9:00 PM | 5 | $17,200 x 5 | $86,000 |
| | | | | | 30 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $8,600 x 5 | $43,000 |
| | | | | | 60 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $17,200 x 5 | $86,000 |
| | | | | | 60 | | Mon-Fri 10:00 PM-11:00 PM | 5 | $15,990 x 5 | $79,950 |
| | | | | | 60 | | Mon-Fri 11:00 PM-12:00 AM | 5 | $6,700 x 5 | $33,500 |
| | | | | | 30 | | Mon-Fri 12:00 AM-2:00 AM | 10 | $720x10 | $7,200 |
| | | | | | | | | | | |
| Total Cost | | | | | | | Total Cost | | | $378,650 |
| Discount/Bonuses | | | | | | | Discount/Bonuses | | | ($3,650) |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **TOTAL FOX NEWS TV NATL** | | | | | | | | 40 | | **$375,000** |

Total payable to "Media Effective"...................................................    **$375,000**

Media Effective Commision (Included already in Invoice Total: $22,500)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station and at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.

A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms  and conditions agreed to by and between Client and ME.

Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.

B.Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.

This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.

Please make checks payable to : "Media Effective". Media Effective Commision for negotiating media varies  according to volume and agreements with networks/stations and/or volume buyers.

Commision amount could be less or more than what the amount shows in this particular invoice. Commision is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____Date_____
On behalf of Client: National Realty & Investment Advisors, LLC



**Plaintiff's Ex. 71**

# Media Effective/Media Insertion Invoice

2

**Checks payable to:**
"Media Effective"

Fm: Javier Torres

**To Air: Week of  11/1/2021**
**Invoice # NRIAFOXBUSTVO75-2021**
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ
07677

**Invoice Date**   10/27/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start:        11/1/2021
End:         11/7/2021
Spots NRIA
Invoice Total: 1 week

Station:              FOX BUSINESS TV NATL
Rate:                 Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| FOX BUSINESS TV NATIONAL | NRIA | National | Financial News | 1 | 30 | 11/1/2021 | M-F 7A-9A | 12 x 675 | 8100 |
| | | | | 60 | 30 | | M-F 7A-9A | 6 x 1350 | 8100 |
| | | | | 30 | 30 | | M-F 9A-5P | 20 x 925 | 18500 |
| | | | | 60 | 30 | | M-F 9A-5P | 10 x 1850 | 18500 |
| | | | | 30 | 30 | | M-F 5P-8P | 10 x 970 | 9700 |
| | | | | 30 | 30 | | M-F 8P-10P | 10 x 1175 | 11750 |
| | | | | 30 | 30 | | M-Su 2A-6A | 15 x 85 | 1275 |
| | | | | 30 | 30 | | Sa-Su 6A-9A | 6 x 335 | 2010 |
| | | | | 60 | 30 | | Sa-Su 6A-9A | 6 670 | 4020 |
| | | | | 30 | 30 | | Sa-Su 9A-12P | 6 x 345 | 2070 |
| | | | | 60 | 30 | | Sa-Su 9A-12P | 6 x 690 | 4140 |
| | | | | 30 | 30 | | Sa-Su 6P-12A | 4 x 575 | 2300 |
| | | | | 60 | 30 | | Sa-Su 6P-12A | 6 x 1150 | 6900 |
| | | | | | | | | | |
| **TOTAL FOX BUSINESS TV** | | | | | | | | 117 | $97,339 |

Total payable to "Media Effective" ................        **$97,339**

Media Effective Commission (included already in Invoice Total: $5,840)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "M.E.") to purchase Media advertising on Client's behalf, on terms  and condition agreed to by and between Client and M.E.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B.Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commision for negotiating media varies  according to volume and agreements with networks/stations and/or volume buyers.
Commision amount could be less or more than what the amount shows in this particular invoice. Commision is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____        Date _____
On behalf of Client: National Realty & Investment Advisors, LLC

AIRNTRUST044265



NRIA PARTNERS PORTFOLIO I LLC
1 HARMON PLZ FL 9
SECAUCUS, NJ 07094-2804

1332

PAY TO THE
ORDER OF    Media Effective

Ninety-Seven Thousand Three Hundred Thirty-Nine and 00/100 ****************************

Media Effective
50 Wehrius Road
Woodcliff Lake, NJ 07677

FOXBUSINESS:INV#NRIAFOXBUSTV075-2021:10/

VALLEY NATIONAL BANK
55-138/212

10/28/2021

$ **97,339.00

DOLLARS

AUTHORIZED SIGNATURE

⑆1332⑈    ⑈575601⑆

NRIA PARTNERS PORTFOLIO I LLC
Media Effective

FOXBUSINESS:INV#NRIAFOXBUSTV075-2021:10/    10/28/2021

1332

97,339.00

#7560 - Valley Bank    FOXBUSINESS:INV#NRIAFOXBUSTV075-2021    97,339.00

AIRNTRUST044266

# Media Effective/Media Insertion Invoice

Checks payable to:
"Media Effective"

Mailing Address:
Media Effective
50 Wiermus Road
Woodcliff Lake, NJ
07677

Fm: Javier Torres

**Invoice Date**    11/10/2021

Placement: M.E.

Account: National Realty & Investment Advisors, LLC

Product: RE Investment

Start:    11/15/2021

End:    11/21/2021

Spots NRIA

Invoice Total: 1 week

To Air: Week of  11/15/2021

Invoice # NRIAFOXBUSTV077-2021

Billing Instructions:

All contracts and invoices to be written up as:

Media Effective

Station:

Rate:

**FOX BUSINESS TV NATL**

**Package**

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| FOX BUSINESS TV NATIONAL | | NRIA | National | Financial News | 1 | 30 | 11/15/2021 | M-F 7A-9A | 12 X 675 | 8100 |
| | | | | | 60 | | M-F 7A-9A | 6 X 1350 | 8100 |
| | | | | | 30 | | M-F 9A-5P | 20 X 925 | 18500 |
| | | | | | 60 | | M-F 9A-5P | 10 X 1850 | 18500 |
| | | | | | 30 | | M-F 9A-5P | 10 X 970 | 9700 |
| | | | | | 30 | | M-F 5P-8P | 10 X 1175 | 11750 |
| | | | | | 30 | | M-F 8P-10P | 15 X 85 | 1275 |
| | | | | | 30 | | M-Su 2A-6A | 6 X 335 | 2010 |
| | | | | | 30 | | Sa-Su 6A-9A | 6670 | 6670 |
| | | | | | 60 | | Sa-Su 6A-9A | 6 X 670 | 4020 |
| | | | | | 30 | | Sa-Su 9A-12P | 6 X 345 | 2070 |
| | | | | | 60 | | Sa-Su 9A-12P | 6 X 690 | 4140 |
| | | | | | 30 | | Sa-Su 6P-12A | 4 X 575 | 2300 |
| | | | | | 60 | | Sa-Su 6P-12A | 6 X 1150 | 6900 |
| **TOTAL FOX BUSINESS TV** | | | | | | | | 117 | $97,339 |

Total payable to "Media Effective"...............    $97,339

Media Effective Commission (included already in invoice Total: $5,840)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.

A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME

Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.

B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.

This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.

Please make checks payable to :: "Media Effective". Media Effective Commission for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.

Commission amount could be less or more than what the amount shows in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by:_____

On behalf of Client: National Realty & Investment Advisors, LLC

_____ Date

AIRNTRUST044806



AIRNTRUST044807

# Media Effective/Media Insertion Invoice

Checks payable to:
"Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ
07677

Fm: Javier Torres
Invoice Date 11/17/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 11/22/2021
End: 11/28/2021
Spots NRIA
Invoice Total: 1 week

To Air: Week of 11/22/2021
Invoice # NRIAFOXBUSTV078-2021
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: FOX BUSINESS TV NATL
Rate: Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| FOX BUSINESS TV NATIONAL | NRIA | National | Financial News | 1 | 30 | 11/22/2021 | M-F 7A-9A | 12 x 675 | 8100 |
| | | | | | 60 | | M-F 7A-9A | 6 x 1350 | 8100 |
| | | | | | 30 | | M-F 9A-5P | 20 x 925 | 18500 |
| | | | | | 60 | | M-F 9A-5P | 10 x 1850 | 18500 |
| | | | | | 30 | | M-F 5P-8P | 10 x 970 | 9700 |
| | | | | | 30 | | M-F 8P-10P | 10 x 1175 | 11750 |
| | | | | | 30 | | M-Su 2A-6A | 15 x 85 | 1275 |
| | | | | | 30 | | Sa-Su 6A-9A | 6 x 335 | 2010 |
| | | | | | 60 | | Sa-Su 6A-9A | 6 670 | 4020 |
| | | | | | 30 | | Sa-Su 9A-12P | 6 x 345 | 2070 |
| | | | | | 60 | | Sa-Su 9A-12P | 6 x 690 | 4140 |
| | | | | | 30 | | Sa-Su 6P-12A | 4 x 575 | 2300 |
| | | | | | 60 | | Sa-Su 6P-12A | 6 x 1150 | 6900 |
| TOTAL FOX BUSINESS TV | | | | | | | | 117 | $97,339 |

Total payable to "Media Effective" .............................. $97,339

Media Effective Commision (Included already) in Invoice Total: $5,840)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms  and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by ME.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commision for negotiating media varies  according to volume and agreements with networks/stations and/or volume buyers.
Commision amount could be less or more than what the amount shows in this particular invoice. Commision is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____ Date _____
On behalf of Client: National Realty & Investment Advisors, LLC

AIRNTRUST044894



AIRNTRUST044895

# Media Effective/Media Insertion Invoice

Checks payable to: "Media Effective"

Mailing Address:
Media Effective
50 Wermus Road
Woodcliff Lake, NJ
07677

Fm: Javier Torres

**Invoice Date** 11/3/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 11/8/2021
End: 11/14/2021
Invoice Total: 1 week

Spots NRIA

To Air: Week of 11/8/2021
Invoice # NRIAFOXBUSTV076-2021
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station:   FOX BUSINESS TV NATL
Rate:   Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| FOX BUSINESS TV NATIONAL | NRIA | National | Financial News | 1 | 30 | 11/8/2021 | M-F 7A-9A | 12 x 675 | 8100 |
| | | | | | 60 | | M-F 7A-9A | 6 x 1350 | 8100 |
| | | | | | 30 | | M-F 9A-5P | 20 x 925 | 18500 |
| | | | | | 60 | | M-F 9A-5P | 10 x 1850 | 18500 |
| | | | | | 30 | | M-F 5P-8P | 10 x 970 | 9700 |
| | | | | | 30 | | M-F 8P-10P | 10 x 1175 | 11750 |
| | | | | | 30 | | M-Su 2A-6A | 15 x 85 | 1275 |
| | | | | | 30 | | Sa-Su 6A-9A | 6 x 335 | 2010 |
| | | | | | 60 | | Sa-Su 6A-9A | 6 x 670 | 4020 |
| | | | | | 30 | | Sa-Su 9A-12P | 6 x 345 | 2070 |
| | | | | | 60 | | Sa-Su 9A-12P | 6 x 690 | 4140 |
| | | | | | 30 | | Sa-Su 6P-12A | 4 x 575 | 2300 |
| | | | | | 60 | | Sa-Su 6P-12A | 6 x 1150 | 6900 |
| TOTAL FOX BUSINESS TV | | | | | | | | 117 | $97,339 |

Total payable to "Media Effective".............. $97,339

Media Effective Commsion (Included already in Invoice Total: $5,840)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.

A. Client NRIA authorizes Media Effective Advertising, a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.

Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.

B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.

This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.

Please make checks payable to : "Media Effective". Media Effective Commsion for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.

Commsion amount could be less or more than what the amount shows in this particular invoice. Commsion is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____
On behalf of Client: National Realty & Investment Advisors, LLC

Date _____

AIRNTRUST044624



#7560 - Valley Bank    FOXBUSINESS:INV/#NRIAFOXBUSTV076-2021

**NRIA PARTNERS PORTFOLIO I LLC**
1 HARMON PLZ FL 9
SECAUCUS, NJ 07094-2804

1452

PAY TO THE
ORDER OF    Media Effective

Ninety-Seven Thousand Three Hundred Thirty-Nine and 00/100

Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

**VALLEY NATIONAL BANK**
55-138/212

11/5/2021

$**97,339.00

DOLLARS

AUTHORIZED SIGNATURE

Security features. Details on back.

No.

FOXBUSINESS:INV/#NRIAFOXBUSTV076-2021:11/

⑈⑊⑊⑊    5756⑈

**NRIA PARTNERS PORTFOLIO I LLC**

Media Effective

FOXBUSINESS:INV/#NRIAFOXBUSTV076-2021:11/

11/5/2021

97,339.00

1452

97,339.00

AIRNTRUST044625

# Media Effective/Media Insertion Invoice

Checks payable to:
"Media Effective"

Mailing Address:
Media Effective
50 Weirimus Road
Woodcliff Lake, NJ
07677

Frm: Javier Torres

**Invoice Date** 11/3/2021

Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 11/8/2021
End: 11/14/2021
Spots NRIA
Invoice Total: 1 week

To Air: Week of 11/8/2021
**Invoice # NRIAFOXNEWS025-2021**
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: **FOX NEWS TV NATL**
Rate: **Package**

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| FOX NEWS TV NATIONAL | NRIA | National | News | 1 | 30 | 11/8/2021 | Mon-Fri 8:00 PM-9:00 PM | 5 | $8,600 x 5 | $43,000 |
| | | | | | 60 | | Mon-Fri 8:00 PM-9:00 PM | 5 | $17,200 x 5 | $86,000 |
| | | | | | 30 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $8,600 x 5 | $43,000 |
| | | | | | 60 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $17,200 x 5 | $86,000 |
| | | | | | 60 | | Mon-Fri 10:00 PM-11:00 PM | 5 | $15,990 x 5 | $79,950 |
| | | | | | 60 | | Mon-Fri 11:00 PM-12:00 AM | 5 | $6,700 x 5 | $33,500 |
| | | | | | 30 | | Mon-Fri 12:00 AM-2:00 AM | 10 | $720x10 | $7,200 |
| | | | | | | | | | |
| Total Cost | | | | | | | Total Cost | | $378,650 |
| Discount/Bonuses | | | | | | | Discount/Bonuses | | ($3,650) |
| | | | | | | | | | $375,000 |
| **Minus NO RUNs week of 10/25** | | | | | | | | | $120,400 |
| | | | | | | | | | |
| **TOTAL FOX NEWS TV NATL** | | | | | | | | 40 | $254,600 |

Total payable to "Media Effective" ............................ $254,600

Media Effective Commission (included already in Invoice Total: $22,500)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station and at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising, a NJ company, dba "Media Effective" (hereinafter "MET") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commission for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.
Commission amount could be less or more than what the amount shown in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____
On behalf of Client: National Realty & Investment Advisors, LLC

Date _____



#7560 - Valley Bank    FOX NEWS-INV#NRIAFOXNEWS025-2021;11/    254,600.00

AIRNTRUST044627

# Media Effective/Media Insertion Invoice

Checks payable to:
"Media Effective"

Mailing Address:
Media Effective
50 Veramus Road
Woodcliff Lake, NJ
07677

Frm: Javier Torres
Invoice Date 11/10/2021
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 11/15/2021
End: 11/21/2021
Spots: NRIA
Invoice Total: 1 week

To Air: Week of 11/15/2021
Invoice # NRIAFOXNEWS026-2021
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: FOX NEWS TV NATL
Rate: Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots | |
|---|---|---|---|---|---|---|---|---|---|---|
| FOX NEWS TV NATIONAL | NRIA | National | News | 1 | 30 | 11/15/2021 | Mon-Fri 8:00 PM-9:00 PM | 5 | $8,600 x 5 | $43,000 |
| | | | | | 60 | | Mon-Fri 8:00 PM-9:00 PM | 5 | $17,200 x 5 | $86,000 |
| | | | | | 30 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $8,600 x 5 | $43,000 |
| | | | | | 60 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $17,200 x 5 | $86,000 |
| | | | | | 60 | | Mon-Fri 10:00 PM-11:00 PM | 5 | $15,990 x 5 | $79,950 |
| | | | | | 60 | | Mon-Fri 11:00 PM-12:00 AM | 5 | $6,700 x 5 | $33,500 |
| | | | | | 30 | | Mon-Fri 12:00 AM-2:00 AM | 10 | $720x10 | $7,200 |
| Total Cost | | | | | | | Total Cost | | | $378,650 |
| Discount/Bonuses | | | | | | | Discount/Bonuses | | | |
| Minus NO RUNS/Credit week of 11/1 | | | | | | | | | | ($3,650) |
| | | | | | | | | | | $375,000 |
| | | | | | | | | | | $81,680 |
| TOTAL FOX NEWS TV NATL | | | | | | | | 40 | | $293,320 |

Total payable to "Media Effective" ............................................. $293,320

Media Effective Commission (included already) in Invoice Total: $22,500)
Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station and at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commission for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.
Commission amount could be less or more than what the amount shows in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____ Date _____
On behalf of Client: National Realty & Investment Advisors, LLC

AIRNTRUST044804



NRIA PARTNERS PORTFOLIO I LLC
1 HARMON PLZ FL 9
SECAUCUS, NJ 07094-2804

1581

PAY TO THE
ORDER OF   Media Effective

Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

Two Hundred Ninety-Three Thousand Three Hundred Twenty and 00/100************

VALLEY NATIONAL BANK
55-138/212

11/11/2021

$**293,320.00

DOLLARS

MEMO  FOX NEWS-INV#NRIAFOXNEWS026-2021;11/10/2

AUTHORIZED SIGNATURE

Security features. Details on back.

⑆ 1581⑆

NRIA PARTNERS PORTFOLIO I LLC
Media Effective

FOX NEWS-INV#NRIAFOXNEWS026-2021;11/10/2

FOX NEWS-INV#NRIAFOXNEWS026-2021;11/10/2

11/11/2021
293,320.00

1581

#7560-Valley Bank

FOX NEWS-INV#NRIAFOXNEWS026-2021;11/

293,320.00

AIRNTRUST044805

# Media Effective/Media Insertion Invoice

Checks payable to:
"Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ
07677

Frm: Javier Torres

**Invoice Date**
11/17/2021

Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start:     11/22/2021   /
End:       11/28/2021   /
Spots NRIA

Invoice Total: 1 week

To Air: Week of  11/22/2021  /
Invoice # NRIAFOXNEWS027-2021  /
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station:         FOX NEWS TV NATL  /
Rate:            Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| FOX NEWS TV NATIONAL | NRIA | National | News | 1 | 30 | 11/22/2021 | Mon-Fri 8:00 PM-9:00 PM | 5 | $8,600 x 5   $43,000 |
| | | | | | 60 | | Mon-Fri 8:00 PM-9:00 PM | 5 | $17,200 x 5   $86,000 |
| | | | | | 30 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $8,600 x 5   $43,000 |
| | | | | | 60 | | Mon-Fri 9:00 PM-10:00 PM | 5 | $17,200 x 5   $86,000 |
| | | | | | 60 | | Mon-Fri 10:00 PM-11:00 PM | 5 | $15,990 x 5   $79,950 |
| | | | | | 60 | | Mon-Fri 11:00 PM-12:00 AM | 5 | $6,700 x 5   $33,500 |
| | | | | | 30 | | Mon-Fri 12:00 AM-2:00 AM | 10 | $720x10   $7,200 |
| Total Cost | | | | | | | Total Cost 3 DAYS WEEK (Thanksgiving) | | $228,650 |
| Discount/Bonuses | | | | | | | Discount/Bonuses | | ($3,650) |
| | | | | | | | | | $225,000 |
| Minus NO RUNS/Credit week of 11/8 | | | | | | | | | $73,600 |
| TOTAL FOX NEWS TV NATL | | | | | | | | 40 | $151,400 |

Total payable to "Media Effective" ..................................    $151,400

Media Effective Commission (included already) in Invoice Total: $22,500)

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week(s) on station and at different times. Packaged rates for this particular schedule. Bonus spots are subject to availability and may not run.
A. Client NRIA authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME.
Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B.Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client.
This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period.
Please make checks payable to : "Media Effective". Media Effective Commision for negotiating media varies according to volume and agreements with networks/stations and/or volume buyers.
Commission amount could be less or more than what the amount shows in this particular invoice. Commission is usually shared, but not in every case/buy with volume buyers to access media buying volume discounts.

Accepted by: _____
On behalf of Client: National Realty & Investment Advisors, LLC

Date _____



NRIA PARTNERS PORTFOLIO I LLC
1 HARMON PLZ FL 9
SECAUCUS, NJ 07094-2804

2243

11/18/2021

PAY TO THE
ORDER OF        Media Effective

One Hundred Fifty-One Thousand Four Hundred and 00/100*********************

$ **151,400.00

DOLLARS

Media Effective
50 Wehrimus Road
Woodcliff Lake, NJ 07677

VALLEY NATIONAL BANK
55-138/212

MEMO
FOX NEWS-INV/#NRIAFOXNEWS027-2021;11/17/2

AUTHORIZED SIGNATURE

⑆2243⑆  ⑆131⑆  5 7 5 6 0⑆

#7560-Valley Bank

FOX NEWS-INV/#NRIAFOXNEWS027-2021;11/

151,400.00

NRIA PARTNERS PORTFOLIO I LLC
Media Effective

FOX NEWS-INV/#NRIAFOXNEWS027-2021;11/17/2

11/18/2021

151,400.00

2243

Security features. Details on back.

AIRNTRUST044897