

**357 Main Street
2nd Floor
Armonk, NY 10504**



# Invoice

| Date | Invoice # |
|---|---|
| 11/28/2021 | 18236 |

| Bill To |
|---|
| Media Effective<br>50 Werimus Road<br>Woodcliff Lake, NJ 07677 |

| P.O. No. | Terms |
|---|---|
|  |  |

| Item | Description | Amount |
|---|---|---|
| Billing | November TV Advertising for National Realty | 914,910.25 |

| | Total | $914,910.25 |
|---|---|---|

| Phone # | (914) 810-1023 | Fax # | (914) 358-1387 |
|---|---|---|---|

Plaintiff's Ex. 72

HYBRID001202



# Invoice

357 Main Street
2nd Floor
Armonk, NY 10504

| Date | Invoice # |
|---|---|
| 11/28/2021 | 18236 |

**Bill To**

Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

| P.O. No. | Terms |
|---|---|
|  |  |

| Item | Description | Amount |
|---|---|---|
| Billing | November TV Advertising for National Realty | 1,076,365.00 |
| Billing | Less 6% | -64,581.90 |

*Handwritten note:*
2021
November TV Media Buy
Paid w/ check # 1044 on 1/13/22
TD Bank Acc # ..5466
Media Effective

| | Total | $1,011,783.10 |
|---|---|---|

| Phone # | (914) 810-1023 | Fax # | (914) 358-1387 |
|---|---|---|---|

TORRES_000507