

**357 Main Street
2nd Floor
Armonk, NY 10504**



# Invoice

| Date | Invoice # |
|---|---|
| 11/28/2021 | 18175 |

| Bill To |
|---|
| Media Effective<br>50 Werimus Road<br>Woodcliff Lake, NJ 07677 |

| P.O. No. | Terms |
|---|---|
|  |  |

| Item | Description | Amount |
|---|---|---|
|  | National Realty Investors |  |
| Billing | November Advertising on PREMIERE | 164,500.00 |
| Billing | November Advertising on WABC-AM | 24,500.00 |
| Billing | November Advertising on WINS-AM | 28,050.00 |
| Billing | November Advertising on WKXW-FM | 17,600.00 |

**Total** $234,650.00

| Phone # | (914) 810-1023 | | Fax # | (914) 358-1387 |
|---|---|---|---|---|

Plaintiff's Ex. 73

HYBRID001265