

**357 Main Street**
**2nd Floor**
**Armonk, NY 10504**



# Invoice

| Date | Invoice # |
|---|---|
| 11/28/2021 | 18236 |

| Bill To |
|---|
| Media Effective<br>50 Werimus Road<br>Woodcliff Lake, NJ 07677 |

| P.O. No. | Terms |
|---|---|
|  |  |

| Item | Description | Amount |
|---|---|---|
| Billing | November TV Advertising for National Realty | 914,910.25 |
|  | **Total** | **$914,910.25** |

| Phone # | (914) 810-1023 | | Fax # | (914) 358-1387 |
|---|---|---|---|---|

Plaintiff's Ex. 75

HYBRID001317