**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Wed, 12 Jan 2022 10:26:00 -0500
**To:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: Fw: Invcs Week of 1/17/22
**Attachments:**
· NRIA_NJ_WKXW_Week_1_17_2022.pdf *(194 kb)*
· NRIA_WABCRadInvWeek_1_17_2022.pdf *(182 kb)*
· NRIA_WinsRadInvWeek_1_17_2022.pdf *(180 kb)*
· NRIA_FOXBUSTV_NATL_Week_1_17_2022.pdf *(186 kb)*
· NRIA_FOX_NEWS_NATL_Week_1_17_2022.pdf *(194 kb)*

---

**Caution**: External (jtorres@mediaeffective.com)
Sensitive Content Details
Report This Email FAQ TeamLogic IT Email Protection

Hi Patryk;

Commission was not updated on a couple of these invoices.Sorry for that.

The revised number is in the attached invoices now. The gross amount is the same. Only the commission wasn't updated.

Thanks for letting me know. Do you want me to send it to the whole group I usually send as well?

*Javier Torres*

*Director Media Effective*

On Wed, Jan 12, 2022 at 9:41 AM Patryk Golaszewski <pgolaszewski@nria.net> wrote:

> Hey Javier,
>
> Just want to follow up on these invoices. Is your commission/fee reflected accurately to the new rates on the new networks. All our invoices now go through a strict approval process, so I want to make sure that portion is updated.



Best regards,

**Patryk Golaszewski**
**Operations Manager**



**National Realty Investment Advisors, LLC**
1 Harmon Plaza, Floor 9, Secaucus, NJ 07094
T: (201) 210-2727 Ext. 122
C: (201) 655-1071
PGolaszewski@nria.net
NRIA.net

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Important Disclosures for Private Placement / Offering: Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements. Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law. Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Tuesday, January 11, 2022 4:05 PM
**To:** Patryk Golaszewski <pgolaszewski@nria.net>; Kyle Stafirny <kstafirny@nria.net>; Rey Grabato <rey@nria.net>; Natalie Petruic <natalie@nria.net>; Jovic Cobarrubias <jovic@nria.net>
**Subject:** Invcs Week of 1/17/22

Attached are the following invoices for the next week of 1/17/22:
(This is the last week for Radio Invoices for WINS, WABC and WKXW.

This is also the last week for Fox News invoice which has a lower amount due to credits from No Runs during weeks 12/27/21 and 1/3/22

Fox Business Invoice has a reduced amount going forward)

-FOX NEWS week of 1/17/22 for $86,920. Please date check 1/14/22.

-FOX BUSINESS TV week of 1/17/22 for $30,078. Please date check 1/14/22
-WINS NY week of 1/17/22 for $7,500. Please date check 1/14/22

-WABC 770 NY week of 1/17/22 for $4,600. Please date check 1/14/22

-NEW JERSEY WKXW week of 1/17/22 for $2,250.Please date check 1/14/22

I will pick up checks at the office on Friday 1/14.

Thanks,

*Javier Torres*

*Director Media Effective*