# Bergen County Clerk's Office

Public Search

Verified as of 09/19/2022
Search results include verified documents only

Help?

### Search ()    Results ()    **Document ()**

Click **Search** Tab to initiate new search. Click **Results** tab to view search results list.

|  |  |
|---|---|
| Type: | TN |
| Instrument No.: | TN0561391 |
| Date: | 03/19/2012 |
| Book Type: |  |
| Book/Page: | 0/0 |
| Pages: | 1 |
| Consideration: |  |
| Legal: | MARKETING, ADVERTISING, MEDIA BUYING |
| Trade Name: | MEDIA EFFECTIVE |
| Owner: | TORRES JAVIER |

## Images for this document have been restricted.

Copyright © 2022 by NewVision Systems Corporation.

