# NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

### MEDIA EFFECTIVE LLC
### 0450422009

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 09/27/2019 and was assigned identification number 0450422009. Following are the articles that constitute its original certificate.

1. **Name:**
   MEDIA EFFECTIVE LLC

2. **Registered Agent:**
   JAVIER TORRES

3. **Registered Office:**
   50 WERIMUS ROAD
   WOODCLIFF LAKE, NEW JERSEY 07677

4. **Business Purpose:**
   ADVERTISING, MARKETING AND MEDIA PLANNING AND BUYING SERVICES +

5. **Effective Date of this Filing is:**
   10/01/2019

6. **Members/Managers:**
   NATALIA TORRES
   50 WERIMUS ROAD
   WOODCLIFF LAKE, NEW JERSEY 07677-0767

   PAULINA TORRES
   50 WERIMUS ROAD
   WOODCLIFF LAKE, NEW JERSEY 07677-0767

   JAVIER TORRES JR
   50 WERIMUS ROAD
   WOODCLIFF LAKE, NEW JERSEY 07677-0767

7. **Main Business Address:**
   50 WERIMUS ROAD
   WOODCLIFF LAKE, NEW JERSEY 07677-0767

   **Signatures:**
   JAVIER TORRES
   AUTHORIZED REPRESENTATIVE



Plaintiff's Ex. 96

Continued on next page ...

# NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF FORMATION

### MEDIA EFFECTIVE LLC
### 0450422009



Certificate Number : 4087463258
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

*IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
27th day of September, 2019*

*Elizabeth Maher Muoio*
*State Treasurer*