**AIRN Liquidation Trust**
**Transfers to Englewood Spanish Church**

| Transfer Source Account Name | Transfer Source Account Number | Transfer Date | Transfer Amount | Transferee |
|---|---|---|---|---|
| Media Effective LLC | TD Bank Account #0941 | 1/4/2016 | $ 2,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/18/2016 | $ 400.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/22/2016 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/1/2016 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/8/2016 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/14/2016 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/29/2016 | $ 700.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/7/2016 | $ 400.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/12/2016 | $ 1,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/18/2016 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/26/2016 | $ 1,001.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/7/2016 | $ 200.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/6/2016 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/25/2016 | $ 150.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/2/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/15/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/22/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/6/2016 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/6/2016 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/19/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/27/2016 | $ 500.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/4/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/11/2016 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/17/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/27/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/31/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/8/2016 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/14/2016 | $ 275.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/22/2016 | $ 275.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/29/2016 | $ 260.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/7/2016 | $ 275.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/13/2016 | $ 275.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/27/2016 | $ 500.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/4/2017 | $ 275.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/9/2017 | $ 260.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/23/2017 | $ 500.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/30/2017 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/6/2017 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/27/2017 | $ 750.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/7/2017 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/13/2017 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/20/2017 | $ 250.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/6/2017 | $ 650.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/10/2017 | $ 280.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/17/2017 | $ 280.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/24/2017 | $ 280.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/1/2017 | $ 280.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/15/2017 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/30/2017 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/5/2017 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/12/2017 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/28/2017 | $ 610.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/5/2017 | $ 315.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/10/2017 | $ 310.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/17/2017 | $ 315.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/31/2017 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/18/2017 | $ 1,500.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/25/2017 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/3/2017 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/10/2017 | $ 300.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/17/2017 | $ 150.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/23/2017 | $ 150.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/31/2017 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/6/2017 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/13/2017 | $ 200.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/20/2017 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/27/2017 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/4/2017 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/11/2017 | $ 350.00 | Englewood Spanish Church |

Plaintiff's Ex. 97

**AIRN Liquidation Trust**
**Transfers to Englewood Spanish Church**

| Transfer Source Account Name | Transfer Source Account Number | Transfer Date | Transfer Amount | Transferee |
|---|---|---|---|---|
| Media Effective LLC | TD Bank Account #0941 | 12/19/2017 | $ 360.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/27/2017 | $ 360.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/2/2018 | $ 360.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/10/2018 | $ 360.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/16/2018 | $ 360.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/30/2018 | $ 700.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/5/2018 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/14/2018 | $ 350.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/27/2018 | $ 700.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/12/2018 | $ 850.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/19/2018 | $ 465.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/27/2018 | $ 550.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/3/2018 | $ 575.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/10/2018 | $ 575.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/17/2018 | $ 575.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/25/2018 | $ 600.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/30/2018 | $ 615.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/14/2018 | $ 1,280.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/24/2018 | $ 700.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/29/2018 | $ 750.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/5/2018 | $ 800.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/11/2018 | $ 850.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/26/2018 | $ 1,725.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/1/2018 | $ 3,605.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/1/2018 | $ 900.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/21/2018 | $ 2,706.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/30/2018 | $ 903.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/10/2018 | $ 905.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/10/2018 | $ 904.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/1/2018 | $ 2,730.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/9/2018 | $ 907.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/22/2018 | $ 1,820.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/29/2018 | $ 911.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/5/2018 | $ 912.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/16/2018 | $ 1,200.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/19/2018 | $ 1,201.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/26/2018 | $ 1,202.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/3/2018 | $ 1,203.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/11/2018 | $ 1,204.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/19/2018 | $ 1,205.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/26/2018 | $ 1,356.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/3/2019 | $ 1,357.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/7/2019 | $ 1,358.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/17/2019 | $ 1,359.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/22/2019 | $ 1,360.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/28/2019 | $ 1,361.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/11/2019 | $ 1,362.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/25/2019 | $ 4,092.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/4/2019 | $ 1,367.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/11/2019 | $ 1,368.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/18/2019 | $ 1,569.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/25/2019 | $ 1,570.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/8/2019 | $ 3,141.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/16/2019 | $ 1,572.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/22/2019 | $ 1,573.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/8/2019 | $ 3,149.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/13/2019 | $ 1,576.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/20/2019 | $ 1,777.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/29/2019 | $ 1,778.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/3/2019 | $ 1,779.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/10/2019 | $ 1,779.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/17/2019 | $ 1,830.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/24/2019 | $ 1,831.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/15/2019 | $ 1,832.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/15/2019 | $ 1,833.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/22/2019 | $ 3,667.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/29/2019 | $ 1,835.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/12/2019 | $ 3,672.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/19/2019 | $ 1,837.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/26/2019 | $ 1,838.00 | Englewood Spanish Church |

**AIRN Liquidation Trust**
**Transfers to Englewood Spanish Church**

| Transfer Source Account Name | Transfer Source Account Number | Transfer Date | Transfer Amount | Transferee |
|---|---|---|---|---|
| Media Effective LLC | TD Bank Account #0941 | 9/9/2019 | $ 3,678.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/17/2019 | $ 1,840.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/23/2019 | $ 1,840.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/30/2019 | $ 1,950.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/7/2019 | $ 1,951.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/15/2019 | $ 1,952.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/21/2019 | $ 1,953.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/28/2019 | $ 2,033.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/18/2019 | $ 6,325.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/25/2019 | $ 2,283.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/9/2019 | $ 4,568.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/16/2019 | $ 2,286.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/24/2019 | $ 2,287.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/30/2019 | $ 2,488.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/6/2020 | $ 2,689.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/13/2020 | $ 2,890.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/22/2020 | $ 2,891.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/28/2020 | $ 2,892.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/3/2020 | $ 2,893.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/10/2020 | $ 2,894.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/18/2020 | $ 2,895.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/26/2020 | $ 2,896.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/3/2020 | $ 2,897.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/27/2020 | $ 550.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/27/2020 | $ 8,144.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/3/2020 | $ 2,899.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/20/2020 | $ 8,900.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/27/2020 | $ 3,001.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/11/2020 | $ 3,351.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/11/2020 | $ 3,352.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/26/2020 | $ 3,554.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/26/2020 | $ 3,553.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/1/2020 | $ 3,555.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/15/2020 | $ 7,411.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/26/2020 | $ 3,707.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/6/2020 | $ 3,709.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/13/2020 | $ 3,710.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/21/2020 | $ 3,753.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/21/2020 | $ 3,751.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/27/2020 | $ 3,759.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/10/2020 | $ 3,769.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/10/2020 | $ 3,770.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/20/2020 | $ 3,780.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/24/2020 | $ 3,782.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/1/2020 | $ 3,785.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/14/2020 | $ 3,788.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/14/2020 | $ 3,790.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/21/2020 | $ 3,792.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/28/2020 | $ 3,893.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/7/2020 | $ 3,899.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/29/2020 | $ 5,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/29/2020 | $ 8,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/5/2020 | $ 7,500.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/12/2020 | $ 4,895.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/30/2020 | $ 7,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/30/2020 | $ 1,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/10/2020 | $ 6,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/18/2020 | $ 3,550.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/28/2020 | $ 3,551.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/19/2021 | $ 7,105.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/25/2021 | $ 3,555.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/8/2021 | $ 3,556.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/10/2021 | $ 3,557.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/16/2021 | $ 3,558.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 2/24/2021 | $ 3,559.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/4/2021 | $ 3,560.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/10/2021 | $ 3,561.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/15/2021 | $ 3,562.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/22/2021 | $ 2,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 3/29/2021 | $ 2,763.00 | Englewood Spanish Church |

**AIRN Liquidation Trust**
**Transfers to Englewood Spanish Church**

| Transfer Source Account Name | Transfer Source Account Number | Transfer Date | Transfer Amount | Transferee |
|---|---|---|---|---|
| Media Effective LLC | TD Bank Account #0941 | 4/7/2021 | $ 2,764.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 4/26/2021 | $ 5,500.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/3/2021 | $ 5,501.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/10/2021 | $ 2,252.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/17/2021 | $ 2,253.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 5/24/2021 | $ 5,503.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/1/2021 | $ 5,504.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/7/2021 | $ 5,505.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/21/2021 | $ 8,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 6/28/2021 | $ 4,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/12/2021 | $ 4,002.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/12/2021 | $ 4,001.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 7/19/2021 | $ 4,003.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/9/2021 | $ 8,007.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 8/17/2021 | $ 4,004.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/7/2021 | $ 12,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 9/13/2021 | $ 8,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 10/12/2021 | $ 16,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 11/9/2021 | $ 16,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/7/2021 | $ 17,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 12/20/2021 | $ 18,000.00 | Englewood Spanish Church |
| Media Effective LLC | TD Bank Account #0941 | 1/19/2022 | $ 12,750.00 | Englewood Spanish Church |
| | | | | |
| **Total Transfers:** [1][2] | | | **$ 554,481.00** | |

**Notes**
**[1]** The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.
**[2]** Transfers dated on or after January 1, 2016, were sourced from Media Effective LLC - TD Bank x0941 bank records.