# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

TORRES JAVIER
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

Page: 1 of 2
Statement Period: Jul 01 2020-Sep 30 2020
Cust Ref #: 7204451146-041-E-0
Primary Account #: ███1146

## TD Beyond Savings

TORRES JAVIER                                   Account # ███1146

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 230,054.66 | Interest Earned This Period | 1,385.62 |
| Electronic Deposits | 1,668,000.00 | Interest Paid Year-to-Date | 1,440.27 |
| Other Credits | 1,385.61 | Annual Percentage Yield Earned | 0.55% |
| | | Days in Period | 92 |
| Ending Balance | 1,899,440.27 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | eTransfer Credit, Online Xfer Transfer from CK 4266880941 | 275,000.00 |
| 07/27 | eTransfer Credit, Online Xfer Transfer from CK 4373425466 | 280,000.00 |
| 08/03 | eTransfer Credit, Online Xfer Transfer from CK 4266880941 | 213,000.00 |
| 08/31 | eTransfer Credit, Online Xfer Transfer from CK 4373425466 | 300,000.00 |
| 09/11 | eTransfer Credit, Online Xfer Transfer from CK 4373425466 | 300,000.00 |
| 09/28 | eTransfer Credit, Online Xfer Transfer from CK 4266880941 | 300,000.00 |
| | Subtotal: | 1,668,000.00 |

*Deposits from the Media Effective - TD Bank x0941 and x5466 Accounts*

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | INTEREST PAID | 317.50 |
| 08/31 | INTEREST PAID | 439.83 |
| 09/30 | INTEREST PAID | 628.28 |
| | Subtotal: | 1,385.61 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                            TD_NRIA_0022083


Plaintiff's Ex. 99


# Bank
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

TORRES JAVIER
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

Page:                          1 of 2
Statement Period:    Oct 01 2020-Dec 31 2020
Cust Ref #:              7204451146-041-E-0
Primary Account #:                    1146

## Upcoming Changes

We are making changes to the way we're managing transaction limits on our non-transactional accounts. All non- transactional savings and money market accounts are allowed six (6) pre-authorized, automatic, electronic (including computer or mobile initiated) telephone withdrawals or transfers, payments by check, draft, debit card, or similar order payable to third parties or made payable to yourself each month. Your account will be charged a $9 fee for the seventh (7th) and each additional transaction for the remainder of the month. Your account will no longer be converted to a transactional account. For more information, please refer to the supplement of the Personal and/or Business Deposit Account Agreement, available at td.com

## TD Beyond Savings
TORRES JAVIER                                                            Account # 00007204451146

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,899,440.27 | Interest Earned This Period | 3,119.50 |
| Electronic Deposits | 2,120,000.00 | Interest Paid Year-to-Date | 4,559.77 |
| Other Credits | 3,119.50 | Annual Percentage Yield Earned | 0.38% |
| | | Days in Period | 92 |
| Ending Balance | 4,022,559.77 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | eTransfer Credit, Online Xfer<br>Transfer from CK 4373425466 | 350,000.00 |
| 10/26 | eTransfer Credit, Online Xfer<br>Transfer from CK 4373425466 | 600,000.00 |
| 11/02 | eTransfer Credit, Online Xfer<br>Transfer from CK 4266880941 | 550,000.00 |
| 11/09 | eTransfer Credit, Online Xfer<br>Transfer from CK 4373425466 | 320,000.00 |
| 12/07 | eTransfer Credit, Online Xfer<br>Transfer from CK 4373425466 | 300,000.00 |
| | Subtotal: | 2,120,000.00 |

*Deposits from the Media Effective - TD Bank x0941 and x5466 Accounts*

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | INTEREST PAID | 985.38 |
| 11/30 | INTEREST PAID | 1,066.13 |
| 12/31 | INTEREST PAID | 1,067.99 |
| | Subtotal: | 3,119.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                             TD_NRIA_0022085



**Bank**
America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

TORRES JAVIER
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

Page: 1 of 2
Statement Period: Jan 01 2021-Mar 31 2021
Cust Ref #: 7204451146-041-E-0
Primary Account #: ▮▮▮▮1146

## TD Beyond Savings

TORRES JAVIER

Account # ▮▮▮▮1146

### Upcoming Changes Effective April 1, 2021

We are making changes to the way we're managing transaction limits on our non-transactional accounts. All non-transactional savings and money market accounts are allowed six (6) pre-authorized, automatic, electronic (including computer or mobile initiated) telephone withdrawals or transfers, payments by check, draft, debit card, or similar order payable to third parties or made payable to yourself each month. Your account will be charged a $9 fee for the seventh (7th) and each additional transaction for the remainder of the month. Your account will no longer be converted to a transactional account. For more information, please refer to the supplement of the Business Deposit Account Agreement or Personal Deposit Account Agreement, both available at td.com

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,022,559.77 | Interest Earned This Period | 2,242.43 |
| Electronic Deposits | 200,000.00 | Interest Paid Year-to-Date | 2,242.43 |
| Other Credits | 2,242.43 | Annual Percentage Yield Earned | 0.22% |
| | | Days in Period | 90 |
| Ending Balance | 4,224,802.20 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | eTransfer Credit, Online Xfer Transfer from CK 4266880941 | 200,000.00 |
| | Subtotal: | 200,000.00 |

*Deposit from the Media Effective - TD Bank x0941 account*

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | INTEREST PAID | 859.58 |
| 02/28 | INTEREST PAID | 809.97 |
| 03/31 | INTEREST PAID | 572.88 |
| | Subtotal: | 2,242.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL

TD_NRIA_0022087



**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

TORRES JAVIER
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Apr 01 2021-Jun 30 2021 |
| Cust Ref #: | 7204451146-041-E-0 |
| Primary Account #: | ▮▮▮▮1146 |

We have revised your Account Agreement to provide the clarification below on how overdraft and returned item fees may be assessed

In the event that there are insufficient funds in your account to pay an item, we may return it unpaid. Third parties sometimes re-submit items that we return unpaid; each resubmission constitutes a separate item.

If any transaction is submitted for payment again after having previously been returned unpaid by us, an overdraft fee or return item fee may be assessed each time the transaction is submitted for payment and your available balance is insufficient to pay the item.

### TD Beyond Savings

TORRES JAVIER                               Account # 00007204451146

**Upcoming Changes Effective April 1, 2021**
We are making changes to the way we're managing transaction limits on our non-transactional accounts. All non- transactional savings and money market accounts are allowed six (6) pre-authorized, automatic, electronic (including computer or mobile initiated) telephone withdrawals or transfers, payments by check, draft, debit card, or similar order payable to third parties or made payable to yourself each month. Your account will be charged a $9 fee for the seventh (7th) and each additional transaction for the remainder of the month. Your account will no longer be converted to a transactional account. For more information, please refer to the supplement of the Business Deposit Account Agreement or Personal Deposit Account Agreement, both available at td.com

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 4,224,802.20 | Interest Earned This Period | 1,209.04 |
| Electronic Deposits | 700,000.00 | Interest Paid Year-to-Date | 3,451.47 |
| Other Credits | 1,209.04 | Annual Percentage Yield Earned | 0.12% |
| | | Days in Period | 91 |
| Electronic Payments | 1,000.00 | | |
| Other Withdrawals | 1,602,316.53 | | |
| Ending Balance | 3,322,694.71 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---:|---|
| 06/07 | eTransfer Credit, Online Xfer Transfer from CK 4373425466 | 350,000.00 | **Deposits from the Media Effective - TD Bank x5466 account** |
| 06/28 | eTransfer Credit, Online Xfer Transfer from CK 4373425466 | 350,000.00 | |
| | Subtotal: | 700,000.00 | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                          TD_NRIA_0022089



**STATEMENT OF ACCOUNT**

TORRES JAVIER

Page: 3 of 3
Statement Period: Apr 01 2021-Jun 30 2021
Cust Ref #: 7204451146-041-E-0
Primary Account #: ▮▮▮▮▮▮▮1146

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | INTEREST PAID | 520.87 |
| 05/31 | INTEREST PAID | 538.29 |
| 06/30 | INTEREST PAID | 149.88 |
| | Subtotal: | 1,209.04 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | eTransfer Debit, Online Xfer Transfer to CK 3450027948 | 1,000.00 |
| | Subtotal: | 1,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | WIRE OUTGOING, All Ahead Title Ag | 1,602,286.53 |
| 06/09 | WIRE FEE | 30.00 |
| | Subtotal: | 1,602,316.53 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                              TD_NRIA_0022091



**Bank**
America's Most Convenient Bank®     E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

Page:                   1 of 5
Statement Period:       Jul 01 2020-Jul 31 2020
Cust Ref #:             4266880941-719-E-***
Primary Account #:      ▮0941

### Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

### TD Business Premier Checking
MEDIA EFFECTIVE                                              Account # ▮0941

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 952,441.28 | Average Collected Balance | 781,015.31 |
| Deposits | 834,162.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 662,482.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 275,000.00 | Days in Period | 31 |
| Ending Balance | 849,121.28 | | |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 07/06 | DEPOSIT | 278,054.00 | |
| 07/13 | DEPOSIT | 278,054.00 | **Deposits from NRIA** |
| 07/21 | DEPOSIT | 278,054.00 | |
| | Subtotal: | 834,162.00 | |

**Checks Paid**   No. Checks: 12   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/17 | 748 | 900.00 | 07/13 | 771 | 5,513.00 |
| 07/06 | 766* | 3,709.00 | 07/21 | 772 | 5,513.00 |
| 07/06 | 767 | 5,513.00 | 07/21 | 773 | 3,751.00 |
| 07/06 | 768 | 188,723.00 | 07/21 | 774 | 3,753.00 |
| 07/13 | 769 | 3,710.00 | 07/27 | 775 | 3,759.00 |
| 07/13 | 770 | 432,125.00 | 07/27 | 776 | 5,513.00 |
| | | | | Subtotal: | 662,482.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 07/06 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 275,000.00 | **Transfer to the Javier Torres - TD Bank x1146 account** |
| | Subtotal: | 275,000.00 | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                        TD_NRIA_0004554



## Bank
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE
50 WERIMUS RD
WOODCLIFF LAKE NJ  07677

Page:                                             1 of 4
Statement Period:    Aug 01 2020-Aug 31 2020
Cust Ref #:                  4266880941-719-E-***
Primary Account #:                          0941

### TD Business Premier Checking
MEDIA EFFECTIVE                                                                 Account #       0941

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 849,121.28 | Average Collected Balance | 819,814.21 |
| Deposits | 1,175,988.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 864,783.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 263,000.00 | Days in Period | 31 |
| Ending Balance | 897,326.28 | | |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | DEPOSIT | 293,997.00 |
| 08/10 | DEPOSIT | 293,997.00 |
| 08/18 | DEPOSIT | 293,997.00 |
| 08/24 | DEPOSIT | 293,997.00 |
| | Subtotal: | 1,175,988.00 |

*Deposits from NRIA*

**Checks Paid**    No. Checks: 10    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | 777 | 165,332.00 | 08/18 | 782 | 607,574.00 |
| 08/03 | 778 | 19,194.00 | 08/18 | 783 | 19,194.00 |
| 08/10 | 779 | 3,769.00 | 08/20 | 784 | 3,780.00 |
| 08/10 | 780 | 3,770.00 | 08/24 | 785 | 3,782.00 |
| 08/10 | 781 | 19,194.00 | 08/24 | 786 | 19,194.00 |
| | | | | Subtotal: | 864,783.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 213,000.00 |
| 08/07 | eTransfer Debit, Online Xfer Transfer to CK 4378435197 | 50,000.00 |
| | Subtotal: | 263,000.00 |

*Transfer to the Javier Torres - TD Bank x1146 account*

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured; TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                                                              TD_NRIA_0004560

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MEDIA EFFECTIVE
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

Page: 1 of 4
Statement Period: Sep 01 2020-Sep 30 2020
Cust Ref #: 4266880941-719-E-***
Primary Account #: ▮941

## TD Business Premier Checking
MEDIA EFFECTIVE

Account # ▮0941

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 897,326.28 | Average Collected Balance | 701,257.44 |
| Deposits | 1,095,991.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 792,690.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 300,000.00 | Days in Period | 30 |
| Ending Balance | 900,627.28 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | DEPOSIT | 293,997.00 |
| 09/14 | DEPOSIT | 293,997.00 |
| 09/28 | DEPOSIT | 507,997.00 |
| | Subtotal: | 1,095,991.00 |

*Deposits from NRIA*

**Checks Paid**  No. Checks: 12   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | 787 | 19,194.00 | 09/14 | 793 | 3,790.00 |
| 09/01 | 788 | 149,659.00 | 09/14 | 794 | 19,194.00 |
| 09/01 | 789 | 3,785.00 | 09/21 | 795 | 3,792.00 |
| 09/09 | 790 | 19,194.00 | 09/21 | 796 | 19,194.00 |
| 09/09 | 791 | 528,013.00 | 09/28 | 797 | 3,893.00 |
| 09/14 | 792 | 3,788.00 | 09/28 | 798 | 19,194.00 |
| | | | | Subtotal: | 792,690.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 300,000.00 |
| | Subtotal: | 300,000.00 |

*Transfer to the Javier Torres - TD Bank x1146 account*

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 897,326.28 | 09/14 | 738,703.28 |
| 09/01 | 724,688.28 | 09/21 | 715,717.28 |
| 09/09 | 471,478.28 | 09/28 | 900,627.28 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL

TD_NRIA_0004564



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MEDIA EFFECTIVE
50 WERIMUS RD
WOODCLIFF LAKE NJ 07677

Page: 1 of 5
Statement Period: Nov 01 2020-Nov 30 2020
Cust Ref #: 4266880941-719-E-***
Primary Account #: 0941

## TD Business Premier Checking
MEDIA EFFECTIVE

Account # 0941

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 856,084.28 | Average Collected Balance | 596,390.38 |
| Deposits | 1,398,644.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 882,468.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 550,000.00 | Days in Period | 30 |
| Ending Balance | 822,260.28 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEPOSIT | 633,652.00 |
| 11/17 | DEPOSIT | 139,934.00 |
| 11/24 | DEPOSIT | 312,529.00 |
| 11/30 | DEPOSIT | 312,529.00 |
| | Subtotal: | 1,398,644.00 |

*Deposits from NRIA*

**Checks Paid** No. Checks: 12  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/02 | 808 | 5,513.00 | 11/17 | 814 | 5,513.00 |
| 11/05 | 809 | 7,500.00 | 11/24 | 815 | 242,945.00 |
| 11/05 | 810 | 148,181.00 | 11/24 | 816 | 5,513.00 |
| 11/09 | 811 | 5,513.00 | 11/30 | 817 | 7,000.00 |
| 11/12 | 812 | 4,895.00 | 11/30 | 818 | 5,513.00 |
| 11/12 | 813 | 443,382.00 | 11/30 | 819 | 1,000.00 |
| | | | | Subtotal: | 882,468.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 550,000.00 |
| | Subtotal: | 550,000.00 |

*Transfer to the Javier Torres - TD Bank x1146 account*

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured| TD Bank, N.A. | Equal Housing Lender



| | | | STATEMENT OF ACCOUNT | |
|---|---|---|---|---|
| MEDIA EFFECTIVE | | Page: | | 1 of 3 |
| 50 WERIMUS RD | | Statement Period: | Dec 01 2020-Dec 31 2020 | |
| WOODCLIFF LAKE NJ 07677 | | Cust Ref #: | 4266880941-719-E-*** | |
| | | Primary Account #: | | 0941 |

**TD Business Premier Checking**
MEDIA EFFECTIVE                                                                  Account #            0941

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 822,260.28 | Average Collected Balance | 697,637.79 |
| Deposits | 487,121.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 300,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 761,701.00 | Days in Period | 31 |
| Ending Balance | 847,680.28 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 12/14 | DEPOSIT | 312,529.00 | **Deposits from NRIA** |
| 12/22 | DEPOSIT | 174,592.00 | |
| | Subtotal: | 487,121.00 | |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 12/09 | eTransfer Credit, Online Xfer Transfer from CK 4373425466 | 300,000.00 | **Transfer to the Media Effective - TD Bank x5466 account** |
| | Subtotal: | 300,000.00 | |

**Checks Paid**   No. Checks: 6   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/07 | 820 | 5,513.00 | 12/14 | 823 | 5,513.00 |
| 12/08 | 821 | 737,574.00 | 12/18 | 824 | 3,550.00 |
| 12/10 | 822 | 6,000.00 | 12/28 | 825 | 3,551.00 |
| | | | | Subtotal: | 761,701.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 822,260.28 | 12/14 | 680,189.28 |
| 12/07 | 816,747.28 | 12/18 | 676,639.28 |
| 12/08 | 79,173.28 | 12/22 | 851,231.28 |
| 12/09 | 379,173.28 | 12/28 | 847,680.28 |
| 12/10 | 373,173.28 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured; TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                                                                      TD_NRIA_0004578



| | | STATEMENT OF ACCOUNT | |
|---|---|---|---|
| MEDIA EFFECTIVE | | Page: | 1 of 3 |
| 50 WERIMUS RD | | Statement Period: | Jan 01 2021-Jan 31 2021 |
| WOODCLIFF LAKE NJ 07677 | | Cust Ref #: | 4266880941-719-E-*** |
| | | Primary Account #: | 0941 |

## TD Business Premier Checking
MEDIA EFFECTIVE                                        Account #          0941

### ACCOUNT SUMMARY

| Beginning Balance | 847,680.28 | Average Collected Balance | 818,091.57 |
|---|---|---|---|
| | | Interest Earned This Period | 0.00 |
| Checks Paid | 10,660.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 200,000.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 637,020.28 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 01/19 | 826 | 7,105.00 |
| 01/25 | 827 | 3,555.00 |
| | Subtotal: | 10,660.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 200,000.00 |
| | Subtotal: | 200,000.00 |

*Transfer to the Javier Torres - TD Bank x1146 account*

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 847,680.28 | 01/25 | 837,020.28 |
| 01/19 | 840,575.28 | 01/28 | 637,020.28 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                                TD_NRIA_0004582



# TD Bank
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ  07677-8226

Page:                               1 of 2
Statement Period:    Jul 01 2020-Jul 31 2020
Cust Ref #:              4373425466-719-E-***
Primary Account #:                      5466

## Upcoming REG CC Changes Effective July 1, 2020

Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                       Account #            5466

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 993,605.22 | Average Collected Balance | 993,273.69 |
| Deposits | 278,054.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 280,045.61 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 991,613.61 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---:|---|
| 07/27 | DEPOSIT | 278,054.00 | **Deposit from NRIA** |
| | Subtotal: | 278,054.00 | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---:|---|
| 07/20 | DEBIT CARD PURCHASE, AUT 071720 VISA DDA PUR  OUTBACK 3155   SECAUCUS   * NJ  4085404024412862 | 45.61 | |
| 07/27 | eTransfer Debit, Online Xfer  Transfer to SV 00007204451146 | 280,000.00 | **Transfer to the Javier Torres - TD Bank x1146 account** |
| | Subtotal: | 280,045.61 | |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 06/30 | 993,605.22 | 07/27 | 991,613.61 |
| 07/20 | 993,559.61 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ  07677-8226

Page:                               1 of 2
Statement Period:    Aug 01 2020-Aug 31 2020
Cust Ref #:                4373425466-719-E-***
Primary Account #:                      5466

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                            Account # 5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 991,613.61 | Average Collected Balance | 981,921.11 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 300,042.50 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 691,571.11 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/21 | DEBIT CARD PURCHASE, AUT 082020 VISA DDA PUR BELLISSIMO RISTORANTE    MONTVALE    * NJ 4085404024412862 | | 42.50 |
| 08/31 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | | 300,000.00 |
| | | Subtotal: | 300,042.50 |

*Transfer to the Javier Torres - TD Bank x1146 account*

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 991,613.61 | 08/31 | 691,571.11 |
| 08/21 | 991,571.11 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                                                        TD_NRIA_0017466



# TD Bank
### America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ 07677-8226

Page: 1 of 2
Statement Period: Sep 01 2020-Sep 30 2020
Cust Ref #: 4373425466-719-E-***
Primary Account #: ████5466

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                         Account # ████5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 691,571.11 | Average Collected Balance | 883,474.56 |
| Deposits | 587,994.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 300,226.54 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 979,338.57 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 09/01 | DEPOSIT | 293,997.00 | **Deposits from NRIA** |
| 09/21 | DEPOSIT | 293,997.00 | |
| | Subtotal: | 587,994.00 | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 09/04 | DEBIT CARD PURCHASE, AUT 090320 VISA DDA PUR BELLISSIMO RISTORANTE    MONTVALE   * NJ 4085404024412862 | 40.25 | |
| 09/11 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 300,000.00 | **Transfer to the Javier Torres - TD Bank x1146 account** |
| 09/17 | DEBIT CARD PURCHASE, AUT 091520 VISA DDA PUR LEWIS DRUGS INC    WESTWOOD   * NJ 4085404024412862 | 34.95 | |
| 09/21 | DEBIT CARD PURCHASE, AUT 091920 VISA DDA PUR VARKA    RAMSEY    * NJ 4085404024412862 | 106.63 | |
| 09/28 | DEBIT CARD PURCHASE, AUT 092520 VISA DDA PUR CHEESECAKE HACKENSACK    HACKENSACK   * NJ 4085404024412862 | 44.71 | |
| | Subtotal: | 300,226.54 | |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 691,571.11 | 09/17 | 685,492.91 |
| 09/01 | 985,568.11 | 09/21 | 979,383.28 |
| 09/04 | 985,527.86 | 09/28 | 979,338.57 |
| 09/11 | 685,527.86 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                TD_NRIA_0017468



# TD Bank
America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ  07677-8226

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4373425466-719-E-***
Primary Account #: ▮▮▮▮5466

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                    Account # ▮▮▮▮5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 979,338.57 | Average Collected Balance | 956,397.03 |
| Deposits | 990,431.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 975,525.48 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 994,244.09 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 10/06 | DEPOSIT | 327,902.00 | Deposits from NRIA |
| 10/26 | DEPOSIT | 662,529.00 | |
| | Subtotal: | 990,431.00 | |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 10/05 | eTransfer Debit, Online Xfer<br>Transfer to SV 00007204451146 | 350,000.00 | |
| 10/05 | DEBIT CARD PURCHASE, AUT 100320 VISA DDA PUR<br>SEGOVIA TAVERN      OAKLAND      * NJ<br>4085404024412862 | 405.86 | Transfers to the Javier Torres - TD Bank x1146 account |
| 10/22 | ACH DEBIT, CHECK WORKS CHECK CHGS 0292028740 | 62.83 | |
| 10/26 | eTransfer Debit, Online Xfer<br>Transfer to SV 00007204451146 | 600,000.00 | |
| 10/26 | eTransfer Debit, Online Xfer<br>Transfer to CK 4378435197 | 25,000.00 | |
| 10/28 | DEBIT POS, AUT 102820 DDA PURCHASE<br>MARSHALLS 550 KINDERKA    EMERSON     * NJ<br>4085404024412862 | 56.79 | |
| | Subtotal: | 975,525.48 | |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 979,338.57 | 10/22 | 956,771.88 |
| 10/05 | 628,932.71 | 10/26 | 994,300.88 |
| 10/06 | 956,834.71 | 10/28 | 994,244.09 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank

America's Most Convenient Bank®   E   STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ  07677-8226

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2020-Nov 30 2020 |
| Cust Ref #: | 4373425466-719-E-*** |
| Primary Account #: | 5466 |

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                    Account # 5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 994,244.09 | Average Collected Balance | 988,725.35 |
| Deposits | 312,529.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 320,100.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 986,673.09 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/09 | DEPOSIT | | 312,529.00 |
| | | Subtotal: | 312,529.00 |

*Deposit from NRIA*

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/09 | eTransfer Debit, Online Xfer<br>Transfer to SV 00007204451146 | | 320,000.00 |
| 11/19 | DEBIT CARD PURCHASE, AUT 111820 VISA DDA PUR<br>TESLA          188 85183752  * CA<br>4085404024412862 | | 100.00 |
| | | Subtotal: | 320,100.00 |

*Transfer to the Javier Torres - TD Bank x1146 account*

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 994,244.09 | 11/19 | 986,673.09 |
| 11/09 | 986,773.09 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                                                    TD_NRIA_0017472



**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ 07677-8226

Page: 1 of 4
Statement Period: Dec 01 2020-Dec 31 2020
Cust Ref #: 4373425466-719-E-***
Primary Account #: ▆▆▆▆5466

## TD Business Premier Checking

MEDIA EFFECTIVE LLC    Account # ▆▆▆▆5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 986,673.09 | Average Collected Balance | 627,538.74 |
| Deposits | 449,935.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 300,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 720,658.00 | Days in Period | 31 |
| Electronic Payments | 642,495.85 | | |
| Ending Balance | 373,454.24 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 12/07 | DEPOSIT | 312,529.00 | **Deposits from** |
| 12/28 | DEPOSIT | 137,406.00 | **NRIA** |
| | Subtotal: | 449,935.00 | |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | eTransfer Credit, Online Xfer Transfer from CK 3451987317 | 300,000.00 |
| | Subtotal: | 300,000.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/22 | 1001 | 720,658.00 |
| | Subtotal: | 720,658.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 12/04 | ACH DEBIT, TESLA MOTORS TESLA MOTO 2M7HA7M1PIN12HX | 42,470.85 | **Transfer to the** |
| 12/07 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | 300,000.00 | **Javier Torres** |
| 12/09 | eTransfer Debit, Online Xfer Transfer to CK 4266880941 | 300,000.00 | **- TD Bank** |
| 12/22 | ELECTRONIC PMT-WEB, ST JUDE INTERNET 043000094374852 | 25.00 | **x1146 account** |
| | Subtotal: | 642,495.85 | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL    TD_NRIA_0017474

 

E    STATEMENT OF ACCOUNT

MEDIA EFFECTIVE LLC
50 WERIMUS ROAD
WOODCLIFF LAKE NJ 07677-8226

Page: 1 of 4
Statement Period: Jun 01 2021-Jun 30 2021
Cust Ref #: 4373425466-719-E-***
Primary Account #: 5466

## TD Business Premier Checking

MEDIA EFFECTIVE LLC                                                     Account # 5466

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 763,611.08 | Average Collected Balance | 944,524.82 |
| Deposits | 1,335,104.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 389,985.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 899,523.12 | Days in Period | 30 |
| Ending Balance | 809,206.96 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 06/01 | DEPOSIT | 333,776.00 | |
| 06/07 | DEPOSIT | 333,776.00 | Deposits from NRIA |
| 06/14 | DEPOSIT | 333,776.00 | |
| 06/28 | DEPOSIT | 333,776.00 | |
| | Subtotal: | 1,335,104.00 | |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/11 | 1016 | 250,220.00 |
| 06/30 | 1017 | 139,765.00 |
| | Subtotal: | 389,985.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 06/01 | eTransfer Debit, Online Xfer<br>Transfer to CK 4378435197 | 99,000.00 | Transfer to the Javier Torres - TD Bank x1146 account |
| 06/07 | eTransfer Debit, Online Xfer<br>Transfer to SV 00007204451146 | 350,000.00 | |
| 06/14 | eTransfer Debit, Online Xfer<br>Transfer to CK 3451987317 | 100,000.00 | |
| 06/16 | DEBIT POS, AUT 061621 DDA PURCHASE<br>THE HOME DEPOT 0904    PARAMUS    * NJ<br>4085404024412862 | 418.18 | |
| 06/16 | DEBIT POS, AUT 061621 DDA PURCHASE<br>THE HOME DEPOT 0904    PARAMUS    * NJ<br>4085404024412862 | 62.91 | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

**MEDIA EFFECTIVE LLC**

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Jun 01 2021-Jun 30 2021 |
| Cust Ref #: | 4373425466-719-E-*** |
| Primary Account #: | ▮▮▮▮▮▮5466 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/16 | ELECTRONIC PMT-WEB, ST JUDE GIFT DONATIONS | 8-119012439 | 25.00 |
| 06/16 | DEBIT POS, AUT 061621 DDA PURCHASE THE HOME DEPOT 0904     PARAMUS    * NJ 4085404024412862 | | 17.03 |
| 06/28 | eTransfer Debit, Online Xfer Transfer to SV 00007204451146 | | 350,000.00 |
| | | Subtotal: | 899,523.12 |

*Transfer to the Javier Torres - TD Bank x1146 account* (annotation next to 350,000.00)

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 763,611.08 | 06/14 | 965,719.08 |
| 06/01 | 998,387.08 | 06/16 | 965,195.96 |
| 06/07 | 982,163.08 | 06/28 | 948,971.96 |
| 06/11 | 731,943.08 | 06/30 | 809,206.96 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

CONFIDENTIAL                                                                                                  TD_NRIA_0017500