

**Plaintiff's Ex. 100**

**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Katey Kana <kkana@nria.net>
**Cc:** Nicholas Salzano <nicholas@nria.net>
**Subject:** Re: confidential discussion just us : scary times
**Date:** Wed, 13 Jan 2021 17:24:35 -0500
**Importance:** Normal
**Inline-Images:** image.png

---

I have requested updated demo info from all major news networks, and also have asked our Research team if we have an updated Simmons run for the top cable networks for both M35+ with $250K+ HHI & Total HHI of $250K+.  I will pass all of these along as soon as I get them.

In the meantime, below is a chart outlining Nielsen All Day Average IMPs for P35+ across all major (& rated) news networks for the past 12 weeks:



It's not surprising to see that CNN, Fox News, and MSNBC are the top 3 networks in terms of impressions.  Ratings for these 3 networks are totally political news driven. See how there is a dramatic increase in November (election), followed by a decrease for about 7 weeks and then back up in January (Georgia elections/DC Events).The difference is who is on top. In November was Fox News, closely followed by CNN and then MSNBC. January is showing a different picture: CNN is on top followed by MSNBC and then Fox News.

*Javier Torres*
*Director Media Effective*


On Wed, Jan 13, 2021 at 1:04 PM Katey Kana <kkana@nria.net> wrote:
> Javier,
>
> Bloomberg TV does not perform for us hence why we cut it but get the numbers anyway - that audience (I did some market research on Bloomberg TV viewers and we come across as very unbelievable to the finance guys so this audience will need different messaging to work for us)
>
> CNN we should get the viewership numbers but we will also need demo data - if our message is not going to be received bc of the ilk of the audience then it is money pissed away so we need all the info we can

get here.

==Please make sure to provide viewership numbers AND demography data of the audience so we can utilize the data to guide us in both placement and messaging.==

Thank you Javier!

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Wednesday, January 13, 2021 12:45 PM
**To:** Nicholas Salzano <nicholas@nria.net>
**Cc:** Katey Kana <kkana@nria.net>
**Subject:** Re: confidential discussion just us : scary times

Will do. Actually CNN has increased viewership dramatically and is #1 in cable news after election and recent events. But a National run is going to be costly.
Bloomberg TV would be the least costly and we are ready to come back at any time. I was thinking maybe to run only :60 spots in Bloomberg TV to see if we can get better response than previous schedule.

I will send more numbers on cable news ratings later.

Thanks,

On Wed, Jan 13, 2021 at 12:28 PM Nicholas Salzano <nicholas@nria.net> wrote:
https://www.zerohedge.com/technology/ron-paul-posts-criticism-censorship-social-media-shortly-facebook-blocks-him?utm_campaign=&utm_content=Zerohedge%3A+The+Durden+Dispatch&utm_medium=email&utm_source=zh_newsletter

It was obviously prescient for us to pull Bill O'Reilly nationally on SIRIUS due to all the backlash now occurring with this ongoing political nightmare /Against any form of free speech /and breaking of "community standards "

in any case it just shows we need to be extra cautious and balanced in media selection

we will need to get something running or perhaps keep something running on Bloomberg or CNN

please run the latest statistics on CNN

they have terminated their airport network which was claimed to be a massive percentage of their viewership historically

I am wondering where they really are now television wise in view of the latest

let's find out


Best regards,

Nicholas Salzano

Senior Independent Executive Advisor & Portfolio Construction Manager
[cid:image001.jpg@01D6E9A7.F1E5AE60]<http://www.nria.net/>
National Realty Investment Advisors, LLC
[cid:image002.png@01D6E9A7.F1E5AE60]
[1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094](#)
[cid:image003.png@01D6E9A7.F1E5AE60]
Office: (201) 210-2727 Ext. 101
[cid:image003.png@01D6E9A7.F1E5AE60]
Cell: 973-689-5482
[cid:image004.png@01D6E9A7.F1E5AE60]
Nicholas@NRIA.net<mailto:Nicholas@NRIA.net>
[cid:image005.png@01D6E9A7.F1E5AE60]
NRIA.net<https://www.nria.net/>

Important Disclosures for Private Placement shared deeded property:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

--
Javier Torres
Media Effective

AIRNTRUST034014