



## Angela Solk (She/Her) · 3rd

Tech, Brand, Media & Strategic Change Agent/Building & Growing/Founding Member Chief/AI Strategic Advisor/Ad Tech Board Member/Until there are 9 mentor

Miami, Florida, United States · Contact info

https://www.principalpost.com/in-brief/angela-solk

5,423 followers · 500+ connections

Followed by Aneca Lasley

Follow Message More

## Activity

5,423 followers

+ Follow

Posts Comments Images

Angela Solk posted this • 1d

**Premier Tech Conference + Expo**

i.snoball.it • 1 min read

8

Angela Solk reposted this • 1mo

Transformation is taking the Media & Entertainment (M&E) industry by storm. From shifting content consumption patterns to M&A activity, businesses are s ...show more

**Mergers, Acquisitions and Cost-Optimization in the Media & Entertai...**

alvarezandmarsal.com • 1 min read

65 1 comment

Angela Solk reposted this • 1mo

Yes team! Well deserved

**Best Consulting Firms to Work For**

vault.com • 1 min read

8

Show all posts →

## About

Plaintiff's Ex. 101

Lead, develop & grow teams for Fortune 100 Brands, Global Agencies, Streaming, SaaS Platforms, Ad tech and Start-ups

A change agent who has a passion for growing individuals, teams & busin ...see more


**Top skills**
Digital Media • Media Strategy • Sales Management • Strategic Leadership • Revenue & Profit Growth

## Experience


**Managing Director - Media and Entertainment**
Alvarez & Marsal · Full-time
May 2023 - Present · 1 yr


**Blippar**
Full-time · 1 yr 8 mos

**Managing Director/President**
Jul 2022 - Feb 2023 · 8 mos

Key member of the executive team owning all P&L responsibility for Sales, Customer Success, Creative, Dev, FP&A and Marketing, culture, s ...see more

**Chief Commercial Officer (CCO)**
Jul 2021 - Feb 2023 · 1 yr 8 mos

Serve as a key member of the executive team and an essential contributor to Blippar's overall strategy and direction for global growth and ma ...see more


**Head of Global Clients**
Shuttlerock · Contract
Nov 2020 - Jun 2021 · 8 mos

Worked as Sales and Strategy consultant for client growth and partnership development into the America's for Fortune 100 brands, social ar ...see more


**Brand Partnerships - Americas**
DoubleVerify · Contract
Mar 2020 - Nov 2020 · 9 mos
Americas

Contracted pre-IPO to diversify and transform the paths to growth beyond agencies to brand direct partnerships. Developed a holistic plan ...see more


**Global Head Agency Partnerships**
Spotify · Full-time
Jun 2017 - Mar 2020 · 2 yrs 10 mos
New York, New York

Cultivate a collaborative high-performing team culture for growth, profitability and innovation for Spotify and client success by lead ...see more

Show all 14 experiences →

## Education


**Syracuse University**
BS, Marketing/Consumer Studies


**The University of Texas at Austin**
Master's degree

## Volunteering



**Volunteer and Workshop Host**
Dress for Success Worldwide
Jan 2016 - Present · 8 yrs 4 mos
Economic Empowerment

Dress for Success is an international not-for-profit organization that empowers women to achieve economic independence by provid  ...see more



**Marketing, Events and Fundraising**
Asthma and Allergy Foundation of America
Jan 2005 - Dec 2014 · 10 yrs
Health

AAFA is dedicated to improving the quality of life for people with asthma and allergic diseases through education, advocacy and research.

Show all 5 volunteer experiences →

## Skills

**Digital Media**

**Strategic Leadership**

Show all 52 skills →

## Recommendations

**Received**   Given



**Raja Das, MBA, CFP®** · 3rd
Senior Research Leader at Vanguard
January 22, 2012, Angela was senior to Raja but didn't manage Raja directly

Angela is an extremely bright and inspiring consumer insight specialist. Her amazing ability to transform primary research data into business insights really sets her apart and puts her among the best few researchers in the industry. She is also a great leader who can inspire her team to work hard and achieve great things!



**Cindy Hoffmann** · 3rd
Global Account Lead at Morning Consult
February 16, 2010, Cindy worked with Angela but they were at different companies

While at Millward Brown, I had the privilege of working with Angela as a research supplier. However, Angela doesn't have mere suppliers; she makes them true business partners. She involved us in every aspect of not only the research, but the initiatives after the research as well. We worked side-by-side throughout the entire process.

Ang exudes knowledge and confidence. She knows the questions that need answering and is determined to deliver results. She is extremely f  ...see more

Show all 3 received →

## Languages

**Spanish**
Limited working proficiency

## Organizations

**Cohley**
Strategic Advisor · Jan 2020 - Present

 

**Angela Solk** (She/Her)
Tech, Brand, Media & Strategic Change Agent/...

More    Message    Follow

## Experience

 **Managing Director - Media and Entertainment**
Alvarez & Marsal · Full-time
May 2023 - Present · 1 yr

 **Blippar**
Full-time · 1 yr 8 mos

**Managing Director/President**
Jul 2022 - Feb 2023 · 8 mos

Key member of the executive team owning all P&L responsibility for Sales, Customer Success, Creative, Dev, FP&A and Marketing, culture, staffing and strategy to lead the studio business to Fortune 1000 clients globally. Blippar is the world's leading AR/Metaverse company with over 20,000 experiences through bespoke creative and saas solutions.

**Chief Commercial Officer (CCO)**
Jul 2021 - Feb 2023 · 1 yr 8 mos

Serve as a key member of the executive team and an essential contributor to Blippar's overall strategy and direction for global growth and market leadership by taking full ownership of commercial market strategy and business development, reporting in to the CEO. Responsible for new logo acquisition, top line growth, retaining customers, profitability and building a team to achieve these objectives with measurable and quantifiable metrics and goals. Grew revenue by 171% YOY
Accountable for budgets, talent and strategy for market expansion, brand building and thought leadership. Develop and coach the sales, customer success, sales enablement and marketing support teams

 **Head of Global Clients**
Shuttlerock · Contract
Nov 2020 - Jun 2021 · 8 mos

Worked as Sales and Strategy consultant for client growth and partnership development into the America's for Fortune 100 brands, social and e-commerce platforms and start-up partners. Kicked them off with scalable partnerships with L'Oreal, Diageo, J&J, RB and P&G to increase average deal size 10x. Providing globally scaled solutions across social and e-commerce developing creative and execution strategy for Tik Tok, Snap, Facebook, Instagram, Google, Hulu, Amazon, Twitter, Pinterest, LinkedIn and multiple e-commerce sites

 **Brand Partnerships - Americas**
DoubleVerify · Contract
Mar 2020 - Nov 2020 · 9 mos
Americas

Contracted pre-IPO to diversify and transform the paths to growth beyond agencies to brand direct partnerships. Developed a holistic plan for sustainable growth for brand direct sales and relationships including; brand direct strategy, brand value proposition, global organization structure, sales and marketing pitch deck, sales and marketing sales support collateral, needs/product opportunity assessments and role of a client council and brand direct forecasting model.

 **Global Head Agency Partnerships**
Spotify · Full-time
Jun 2017 - Mar 2020 · 2 yrs 10 mos
New York, New York

https://www.linkedin.com/in/angela-solk-a5a2651a/details/experience/

Cultivate a collaborative high-performing team culture for growth, profitability and innovation for Spotify and client success by leading agency partnerships, trading, strategy and reporting functions for the global sales and agency teams.

Responsible for 70% + of the free business revenue globally $800M. Delivered YOY growth of 30%+ for 3 years. Lead a team of 47 members with 7 direct reports

Created partnerships, strategy, automation/programmatic development, global and local commercial terms, SVA's, partnership pillars, client mapping, KPI's and relationship development for Spotify to accurately track and forecast revenue and investments.

Industry thought leader/speaker/panelist across data, platforms, culture, digital, audio, streaming technology, podcasting, brands/campaign successes at events (Cannes, CES, DMexco, SXSW, Female Quotient, Ad Week, client and brand events)



**MediaCom**
3 yrs 4 mos

### WPP - Mediacom/GroupM - EVP Global Head of Partnership Integration
Jan 2016 - Apr 2017 · 1 yr 4 mos

Leading the global development, integration and execution of data & technology partnerships for GroupM. Key data partners under my leadership: Facebook, Twitter, AOL/VZ/Yahoo, Spotify & Snapchat

Created globally scalable products and solutions with media partners for client ROI, unique GroupM offerings and white space opportunities for innovation, holistic measurement, media planning, buying and optimization

Led global GroupM pitches for P&G, Coke, Sony, Mars, Volkswagen Group

### WPP- Global Account Lead Kantar P&G & Global Head of Integration @Mediacom
Jan 2014 - Dec 2015 · 2 yrs

Lead P&G global client relationship as an integrated leader of data, media, strategy and research contributing to being the #1 Agency partner while exceeding expectations and client ratings for all years under my leadership. Expert at connecting WPP partners creating a unique offering for the client to drive business growth through media, PR, digital, data and shopper marketing.

Designed new agency product and solution offerings combining WPP companies, assets and data into media buying and planning and other key agency processes that allowed P&G to continually deliver against global sales and revenue goals while WPP retained high profitability, and organic revenue growth.



**Consulting by Kantar**
4 yrs 9 mos

### WPP - Director Global Accounts P&G
Jul 2013 - Dec 2014 · 1 yr 6 mos

Head of the P&G account for Kantar globally leading all insight, comms development, marketing and product strategy, data and digital elements.

Designed new agency product and solution offerings combining WPP companies, assets and data into media buying and planning and other key agency processes that allowed P&G to continually deliver against global sales and revenue goals while WPP retained high profitability, and organic revenue growth.

### WPP - Global Head Strategic Foundations and Global P&G Lead
Feb 2012 - Jul 2013 · 1 yr 6 mos

Pioneering for Kantar and WPP how to bring holistic solutions to clients by understanding their needs and aligning our wheel-house of offers to those needs. While some are across Kantar, to only offer that would be too limiting to clients. There is real value in putting insights into what the other agencies provide and using that as a springboard for creative development, campaign development, design, media planning, media optimization, in-market understanding and many more opportunities.

It's about breaking the mold of thinking "our solutions" and having the confidence, know-how and understanding to pull multiple companies, parts of companies and elements of solutions to together to create the ideal.

### WPP - SVP

Apr 2010 - Jan 2012 · 1 yr 10 mos

Lead a team of 135+ employees with 6 VP direct reports. Turned around an unprofitable practice by integrating into WPP to integrate all aspects of data through media planning, buying, MMM, ROI, advertising through creative effectiveness and measurement, shopper marketing and digital. Charged with creating a unified team collaborating with operations, marketing sciences and business development teams to be more client and growth focused. Spearheaded redefining our value, profitability, offerings & pricing. Lead P&L, budgeting, staffing and KPI development.



### Global SVP P&G - Communication Planning, Strategy and Consumer Insights

Spark Foundry

2007 - May 2010 · 3 yrs 5 mos

Leading the global efforts for P&G's Oral Care category to enrich collective brand building efforts and holistic communications to fully leveraging the interrelationship between the consumer, the brand, and contact touch points, to inspire how points of contact with the consumer can best frame, amplify and empower content to fuel the brand message.



### Director Consumer Insights and Strategy

Nokia

2005 - 2006 · 1 yr

Responsible for driving growth and brand awareness. Created Nokia's first consumer and market segmentation to drive user acquisition, establish consumer trust, re-invigorate the brand and effectively launch product and marketing activities against the segments. Worked with ad and media agencies for creative and media implementation and development. Lead a team of 30 covering data, strategy, budgeting, media planning and marketing activation for product marketing, brand marketing, product development, events/sponsorships and retail experiences.

### Director Global Strategic Development and Research

Avaya

2000 - 2005 · 5 yrs

Worked on the launch of Avaya from the spin-off from Lucent Technologies. Liaison with media, ad and PR agencies. Structured and hired a global research team, regional brand strategy teams and media support team. Lead the Avaya brand roll-out globally in emerging and established markets, developing the brand segmentation, brand positioning, messaging strategies, B2B media strategy and ad effectiveness program. Developed critical metrics against all marketing efforts and reports for C-level.