**From:** Graham Keenan <graham@hybridadv.com>
**To:** Javier Torres <jtorres@mediaeffective.com>
**Subject:** Re: Can you check this email before i sent? Add/correct or ideas?
**Date:** Wed, 05 Aug 2020 17:40:19 +0000

---

Hi Javier,

See below: I think you want to make sure you are staying close to all the buys and not totally relying on the network of buyers. You had all the good points covered. Just wanted to tighten it up a bit.

I'll call you in about 30 minutes.

G

Hi Katey,

Over the years I have found that I get much better information and lower rates over-all by working with my network of media buyers directly. The top most important benefit here is we gain rate leverage. My team of buyers routinely place millions and millions with all the major media vendors.

Media reps are responsible for selling their inventory at the highest unit rate possible. My team of buyers gets me the lowest unit rate possible.

For example, the buyer we are dealing with right now for Fox Business, negotiates media buys for Walmart and Craftsman among many more national buys. Same with my radio buyers.

They all have rate history, over many many years, not only from NRIA buys, but from all the other many clients they place for since they are on the air 52 weeks a year. ( Plus we have access to over and above added value and bonus spots and national qualitative research that help our buys become more efficient)

For that reason some of my buys talke a few more days to come through. I always research numbers in the marketplace to make sure we are getting very competitive rates before I request quotes. I am also the main contact between client and media to ensure acceptable numbers and exact delivery on quoted schedules.
After hearing from you yesterday on the plans for CNBC TV for the fall, I requested information and numbers from some of the buyers I believe can help. These guys are buying MSNBC, CNBC, USA, Bravo and Telemundo from NBC/Universal. I should be getting information soon on this. I also believe that we could use the same source to request numbers for your cnbc.com digital buy. We would have more leverage because we are negotiating national TV plus digital and use the buyers already established purchase power with CNBC/Universal.

Thanks,

**PLAINTIFF'S EXHIBIT 105**

On Wed, Aug 5, 2020 at 12:26 PM Javier Torres <jtorres@mediaeffective.com> wrote:
> Hello Katey;
> I really dont work directly with reps at any of the media companies I buy media from. My approach is different from the regular direct media buys.
> I always try to build leverage by using a network of buyers I have been part of for more than ten years now. My buyers have relationships with all the major media outlets and are constantly buying media for major advertisers. For example, the buyer we are dealing with right now for Fox Business, negotiates media buys for Walmart and Craftsman among many more national buys. Same with my radio buyers.

TORRES_MEDIAEFFECTIVE041531

Being part of these media buyers' network gives us tremendous leverage in any negotiation, as even before we request rates we already know what good rates are at the moment. I also have access to see what kind of bonuses and add ons are other clients getting and request them for us.

For that reason some of my buys talke a few more days to come through. I always research numbers in the marketplace to make sure we are getting very competitive rates before I request quotes. I am also the main contact between client and media to ensure acceptable numbers and exact delivery on quoted schedules.

After hearing from you yesterday on the plans for CNBC TV for the fall, I requested information and numbers from some of the buyers I believe can help. These guys are buying MSNBC, CNBC, USA, Bravo and Telemundo from NBC/Universal. I should be getting information soon on this. I also believe that we could use the same source to request numbers for your [cnbc.com](cnbc.com) digital buy. We would have more leverage because we are negotiating national TV plus digital and use the buyers already established purchase power with CNBC/Universal.

Thanks,


*Javier Torres*
*Director Media Effective*

TORRES_MEDIAEFFECTIVE041532