**From:** Graham Keenan <graham@hybridadv.com>
**To:** Javier Torres <jtorres@mediaeffective.com>
**Subject:** Re: LWD billing
**Date:** Thu, 06 Aug 2020 15:59:13 +0000

---

Yes  Please do.

On Thu, Aug 6, 2020 at 11:13 AM Javier Torres <jtorres@mediaeffective.com> wrote:
> Can I forward this emails to Jessica so she sees that you are in the loop and ok with this?
> (So they can change the number too)
>
> Thanks,
>
> *Javier Torres*
> *Director Media Effective*
>
>
> On Thu, Aug 6, 2020 at 10:32 AM Graham Keenan <graham@hybridadv.com> wrote:
>> Hi Javier,
>>
>> This is perfectly fine with me.  GO ahead and have her add in your commission.  We can handle with Serena
>> to make sure your $$$ is forwarded  right to you...that is very simple to do.
>>
>> Thx and sorry for the horrible cell phone service.
>>
>> GK
>>
>> On Thu, Aug 6, 2020 at 10:21 AM Javier Torres <jtorres@mediaeffective.com> wrote:
>>> Hi Graham;
>>> I spoke with Jessica and Rachel about digital media this morning and after the meeting I talked about the quote they are sending
>>> me on this (digital).
>>> Their gross for this proposal for example is $50k, which includes their cost, their commission and Hybrid's commission, But not
>>> mine. She asked me if I wanted to add my commission and if you were ok with that. I told her that when I buy from you I always
>>> add my commission.
>>>
>>> I have no problem just adding my commission the way I have been doing with you for years, but I am trying to anticipate that if
>>> there is a direct contact between my client and LWD (because of the digital buy) , they are talking about CPM, total cost, or any
>>> number, that my client gets from LWD the same cost I have give them when I presented.
>>>
>>> I am still trying to handle everything myself, but as you mentioned yesterday, if it comes to a point in which it is necessary to
>>> connect them directly, I need clarity with the numbers.
>>> What do you think?
>>>
>>> Thanks,
>>>
>>> *Javier Torres*
>>> *Director Media Effective*

PLAINTIFF'S
EXHIBIT

**106**

TORRES_MEDIAEFFECTIVE041555