**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Jessica Davis <jdavis@havasmediadirect.com>
**Cc:** Graham Keenan <graham@hybridadv.com>, Rachel Kaplowitz <rwilders@lwdirect.com>
**Subject:** Re: CNN / spot approval
**Date:** Wed, 06 Oct 2021 19:15:02 +0000

---

Jessica:
Please work the following for us:
Local Markets on the Cable interconnect for the major 5 to 10 TV markets for CNN and MSNBC.
DO NOT propose the NY Market for MSNBC and DO NOT propose the GA Market for CNN.
If we go with the local markets instead of National the approval process will be super easy until we resolve the issue with the SEC.
(This is by the way an isolated issue from 3 years ago in which one salesperson showed some documents he was not supposed to use to a prospective investor. No losses of money to anyone.)

Thanks,

*Javier Torres*
*Director Media Effective*


On Wed, Oct 6, 2021 at 2:49 PM Jessica Davis <jdavis@havasmediadirect.com> wrote:
> Hi Javier,
>
> We sent over the buys and the spots to CNN, however, they will not approve the creative. They did a search as part of the approval process and it seems there is pending government action (an SEC complaint) against National Realty Advisors. They will not be able to approve creative while this complaint is open.
>
> Unfortunately there's nothing we can do to push this through at this time.
>
> Please let me know if you have any questions.
>
> Thanks,
> Jess
> --
> Jessica Davis
> Senior Account Supervisor
> Havas Media Direct
>
> e  jdavis@havasmediadirect.com
> t  914 250 3280
> a  2 Bridge Street - Suite 200, Irvington, NY 10533
>
> 



TORRES_MEDIAEFFECTIVE045183