**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** graham@hybridadv.com
**Subject:** Re: Podcast Info. No Logo
**Date:** Fri, 22 Nov 2019 21:01:50 +0000
**Inline-Images:** image001.jpg

---

Thanks. I forwarded to client.
(I think I sent your logo by mistake. I hope they don't start snooping around)

On Fri, Nov 22, 2019 at 12:32 PM <graham@hybridadv.com> wrote:

> Hey Javier,
>
> Here you go.  Not logos and grossed up rates.
>
> Info on Motley Fool offerings too in the second tab.
>
> GK
>
> 
>
> **Graham Keenan | SVP**
>
> graham@hybridadv.com
>
> 357 Main Street
>
> Armonk, NY 10504


PLAINTIFF'S EXHIBIT 112

TORRES_MEDIAEFFECTIVE035606

P. 914 810-1031 | C. 914 299-1108

[www.hybridmediaservices.com](www.hybridmediaservices.com)

--
Javier Torres
Media Effective

TORRES_MEDIAEFFECTIVE035607