**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Glenn La Mattina <glamattina@nria.net>
**Cc:** Katey Kana <kkana@nria.net>
**Subject:** Re: Invoices Week of 3/22
**Date:** Wed, 17 Mar 2021 17:02:59 -0400
**Importance:** Normal

---

Will do.

Thanks,

*Javier Torres*
*Director Media Effective*

On Wed, Mar 17, 2021 at 4:21 PM Glenn La Mattina <glamattina@nria.net> wrote:

> Moving forward please remove Nicholas Salzano from the email chain
>
> **From:** Javier Torres <jtorres@mediaeffective.com>
> **Sent:** Wednesday, March 17, 2021 4:06 PM
> **To:** Jovic <jovic@nria.net>; Katey Kana <kkana@nria.net>; Natalie Petruic <natalie@nria.net>; Nicholas Salzano <nicholas@nria.net>; Patryk Golaszewski <pgolaszewski@nria.net>; Rey Grabato <rey@nria.net>
> **Subject:** Invoices Week of 3/22
>
> Attached are the following invoices for the next week of 3/22/21:
>
> -FOX BUSINESS TV week of 3/22/21 for $48,669. Please date check 3/19/21
> -KNX LA radio week of 3/22/21 for $3,875. Please date check 3/19/21
> -WINS NY week of 3/22/21 for $5,675. Please date check 3/19/21
>
> -WABC 770 NY week of 3/22/21 for $3,858. Please date check 3/19/21
> -BOSTON WBZ week of 3/22/21 for $3,307. Please date check 3/19/21
> -DALLAS KRLD radio week of 3/22/21 for $1,400. Please date check 3/19/21
>
> -NEW JERSEY WKXW week of 3/22/21 for $2,500.Please date check 3/19/21
> -HOUSTON KPRC week of 3/22/21 for $450. Please date check 3/19/21
>
> I will pick up checks at office Friday 3/19/21 at 2:30p


PLAINTIFF'S EXHIBIT 113

Thanks,

*Javier Torres*

*Director Media Effective*

--

Javier Torres
Media Effective