**AIRN Liquidation Trust**
**Media Effective: Radio and TV Mark-Up Analysis Summary**

| # | Advertiser / Agency | Advertisement Type | Total Paid to Advertiser / Agency | Mark-Up % [1] | Mark-Up |
|---|---|---|---|---|---|
| 1 |  | Radio | $ 8,827,196 | 8% | $ 9,594,778 |
| 2 | Hybrid Media Services | TV | 13,197,321 | 7% | 14,190,668 |
| 3 |  | Digital | 196,523 | 8% | 213,612 |
| 4 | Emerging Networks | TV | 799,146 | 7% | 859,297 |
| 5 | Asia TV USA | TV | 313,750 | 7% | 337,366 |
| 6 | EBC Music | Radio | 81,600 | 8% | 88,696 |
| 7 | AAA Broadcasting LLC | Radio | 46,200 | 8% | 50,217 |
| 8 | Chief Media | TV | 43,295 | 7% | 46,554 |
| 9 | Dhoom Media LLC | Radio | 33,600 | 8% | 36,522 |
| 10 | Asia Star Broadcast | TV | 8,400 | 7% | 9,032 |
| 11 | Total |  | $ 23,547,031 |  | $ 25,426,741 |

|  |  |
|---|---|
| Mark-Up | $ 1,879,710 |
| Mark-Up (%) | 7.4% |

**Note**

[1] In a October 21, 2021 email from Javier Torres to NRIA, Torres stated: "*A good indicator could be about 8% for radio buys and 7% for TV buys* ". Advertising agency invoices to Media Effective (i.e. Hybrid Media) were reviewed and the applicable commission percentages were applied to the radio (8%) and TV (7%) advertising buys. Two Hybrid Media invoices list "*Digital Advertising for National Realty* ". For these items, the higher 8% mark-up was applied to digital advertising in the above analysis to be conservative.



EXHIBIT 116