**AIRN Liquidation Trust**
**Media Effective: Radio and TV Mark-Up Analysis**

Sourced from Hybrid Invoices and Media Effective Bank Detail

| # | Advertiser | Invoice # | Invoice Date | Invoice Amount | Amount Paid | Ad Type | Mark-Up % [1] | Mark-Up | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Hybrid Media Services | 10216 | 4/24/2016 | $ 7,815.00 | $ 27,900.00 | Radio | 8% | $ 30,326.09 | |
| 2 | Hybrid Media Services | 10294 | 5/29/2016 | $ 24,500.00 | $ 26,415.00 | Radio | 8% | $ 28,711.96 | |
| 3 | Hybrid Media Services | 10634 | 8/28/2016 | $ 44,000.00 | $ 11,000.00 | Radio | 8% | $ 11,956.52 | |
| 4 | Hybrid Media Services | 10746 | 9/25/2016 | $ 43,250.00 | $ 42,000.00 | Radio | 8% | $ 45,652.17 | |
| 5 | Hybrid Media Services | 10884 | 10/30/2016 | $ 49,600.00 | $ 32,038.02 | Radio | 8% | $ 34,823.93 | |
| 6 | Hybrid Media Services | 10952 | 11/27/2016 | $ 43,175.00 | $ 72,775.00 | Radio | 8% | $ 79,103.26 | |
| 7 | Hybrid Media Services | 11054 | 12/25/2016 | $ 33,000.00 | $ 33,000.00 | Radio | 8% | $ 35,869.57 | |
| 8 | Hybrid Media Services | 11232 | 1/29/2017 | $ 54,775.00 | $ 54,775.00 | Radio | 8% | $ 59,538.04 | |
| 9 | Hybrid Media Services | 11324 | 2/26/2017 | $ 43,550.00 | $ 43,550.00 | Radio | 8% | $ 47,336.96 | |
| 10 | Hybrid Media Services | 11422 | 3/26/2017 | $ 39,225.00 | $ 39,225.00 | Radio | 8% | $ 42,635.87 | |
| 11 | Hybrid Media Services | 11544 | 4/30/2017 | $ 43,150.00 | $ 43,150.00 | Radio | 8% | $ 46,902.17 | |
| 12 | Hybrid Media Services | 11672 | 5/28/2017 | $ 30,450.00 | $ 30,450.00 | Radio | 8% | $ 33,097.83 | |
| 13 | Hybrid Media Services | 11796 | 6/25/2017 | $ 32,175.00 | $ 32,175.00 | Radio | 8% | $ 34,972.83 | |
| 14 | Hybrid Media Services | 11929 | 7/30/2017 | $ 52,750.00 | $ 52,750.00 | Radio | 8% | $ 57,336.96 | |
| 15 | Hybrid Media Services | 12063 | 8/27/2017 | $ 45,275.00 | $ 45,275.00 | Radio | 8% | $ 49,211.96 | |
| 16 | Hybrid Media Services | 18131 | 9/24/2017 | $ 45,750.00 | $ 45,750.00 | Radio | 8% | $ 49,728.26 | |
| 17 | Hybrid Media Services | 12265 | 10/29/2017 | $ 39,125.00 | $ 39,125.00 | Radio | 8% | $ 42,527.17 | |
| 18 | Hybrid Media Services | 12405 | 11/26/2017 | $ 26,225.00 | $ 26,225.00 | Radio | 8% | $ 28,505.43 | |
| 19 | Hybrid Media Services | 12526 | 12/31/2017 | $ 28,650.00 | $ 28,650.00 | Radio | 8% | $ 31,141.30 | |
| 20 | Hybrid Media Services | 12692 | 1/28/2018 | $ 28,500.00 | $ 28,500.00 | Radio | 8% | $ 30,978.26 | |
| 21 | Hybrid Media Services | 12805 | 2/25/2018 | $ 29,050.00 | $ 29,050.00 | Radio | 8% | $ 31,576.09 | |
| 22 | Hybrid Media Services | 12872 | 3/25/2018 | $ 28,275.00 | $ 28,275.00 | Radio | 8% | $ 30,733.70 | |
| 23 | Hybrid Media Services | 13002 | 4/29/2018 | $ 63,675.00 | $ 63,675.00 | Radio | 8% | $ 69,211.96 | |
| 24 | Hybrid Media Services | 13254 | 5/27/2018 | $ 26,460.00 | $ 26,460.00 | Radio | 8% | $ 28,760.87 | |
| 25 | Hybrid Media Services | 13294 | 6/24/2018 | $ 56,135.00 | $ 56,135.00 | Radio | 8% | $ 61,016.30 | |
| 26 | Hybrid Media Services | 13479 | 7/29/2018 | $ 97,075.00 | $ 97,075.00 | Radio | 8% | $ 105,516.30 | |
| 27 | Hybrid Media Services | 13601 | 8/26/2018 | $ 68,690.00 | $ 68,690.00 | Radio | 8% | $ 74,663.04 | |
| 28 | Hybrid Media Services | 13748 | 9/30/2018 | $ 79,875.00 | $ 79,875.00 | Radio | 8% | $ 86,820.65 | |
| 29 | Hybrid Media Services | 13836 | 10/28/2018 | $ 73,640.00 | $ 73,640.00 | Radio | 8% | $ 80,043.48 | |
| 30 | Hybrid Media Services | 13990 | 11/25/2018 | $ 57,985.00 | $ 57,985.00 | Radio | 8% | $ 63,027.17 | |
| 31 | Hybrid Media Services | 14110 | 12/30/2018 | $ 81,675.00 | $ 81,675.00 | Radio | 8% | $ 88,777.17 | |
| 32 | Hybrid Media Services | 14910 | 1/27/2019 | $ 80,085.00 | $ 80,085.00 | Radio | 8% | $ 87,048.91 | |
| 33 | Hybrid Media Services | 14950 | 2/24/2019 | $ 75,425.00 | $ 75,425.00 | Radio | 8% | $ 81,983.70 | |
| 34 | Hybrid Media Services | 15059 | 3/31/2019 | $ 103,078.00 | $ 103,078.00 | Radio | 8% | $ 112,041.30 | |
| 35 | Hybrid Media Services | 15186 | 4/28/2019 | $ 99,366.00 | $ 99,366.00 | Radio | 8% | $ 108,006.52 | |
| 36 | Hybrid Media Services | 15400 | 5/26/2019 | $ 93,080.00 | $ 93,080.00 | Radio | 8% | $ 101,173.91 | |
| 37 | Hybrid Media Services | 15447 | 6/30/2019 | $ 150,170.00 | $ 150,170.00 | Radio | 8% | $ 163,228.26 | |
| 38 | Hybrid Media Services | 15621 | 7/28/2019 | $ 126,391.00 | $ 126,391.00 | Radio | 8% | $ 137,381.52 | |
| 39 | Hybrid Media Services | 15733 | 8/25/2019 | $ 123,953.00 | $ 123,953.00 | Radio | 8% | $ 134,731.52 | |
| 40 | Hybrid Media Services | 15838 | 9/29/2019 | $ 118,773.00 | $ 118,773.00 | Radio | 8% | $ 129,101.09 | |
| 41 | Hybrid Media Services | 15896 | 10/27/2019 | $ 131,438.00 | $ 131,438.00 | Radio | 8% | $ 142,867.39 | |
| 42 | Hybrid Media Services | 16050 | 11/24/2019 | $ 128,762.00 | $ 128,762.00 | Radio | 8% | $ 139,958.70 | |
| 43 | Hybrid Media Services | 16129 | 11/24/2019 | $ 13,912.00 | $ 13,912.00 | TV | 7% | $ 14,959.14 | |
| 44 | Hybrid Media Services | 16152 | 12/29/2019 | $ 189,393.00 | $ 189,393.00 | Radio | 8% | $ 205,861.96 | |
| 45 | Hybrid Media Services | 16212 | 12/29/2019 | $ 34,709.00 | $ 34,709.00 | TV | 7% | $ 37,321.51 | |
| 46 | Hybrid Media Services | 16277 | 1/26/2020 | $ 192,512.00 | $ 192,512.00 | Radio | 8% | $ 209,252.17 | |
| 47 | Hybrid Media Services | 16321 | 1/26/2020 | $ 57,636.75 | $ 57,636.75 | TV | 7% | $ 61,975.00 | |
| 48 | Hybrid Media Services | 16353 | 2/23/2020 | $ 187,669.00 | $ 187,669.00 | Radio | 8% | $ 203,988.04 | |
| 49 | Hybrid Media Services | 16445 | 2/23/2020 | $ 57,925.00 | $ 57,925.00 | TV | 7% | $ 62,284.95 | [2] |
| 50 | Hybrid Media Services | 16472 | 3/29/2020 | $ 238,047.00 | $ 238,047.00 | Radio | 8% | $ 258,746.74 | |
| 51 | Hybrid Media Services | 16523 | 3/29/2020 | $ 67,980.00 | $ 67,980.00 | TV | 7% | $ 73,096.77 | |
| 52 | Hybrid Media Services | 16543 | 4/26/2020 | $ 108,920.00 | $ 108,920.00 | Radio | 8% | $ 118,391.30 | |
| 53 | Hybrid Media Services | 16600 | 5/31/2020 | $ 188,723.00 | $ 188,723.00 | Radio | 8% | $ 205,133.70 | |
| 54 | Hybrid Media Services | 16613 | 5/31/2020 | $ 432,125.69 | $ 432,125.00 | TV | 7% | $ 464,650.54 | |
| 55 | Hybrid Media Services | 16548 | 4/26/2020 | $ 208,401.00 | $ 209,991.00 | TV | 7% | $ 225,796.77 | [3] |
| 56 | Hybrid Media Services | 16550 | 4/26/2020 | $ 1,590.00 | | | | | |
| 57 | Hybrid Media Services | 16668 | 6/28/2020 | $ 165,332.00 | $ 165,332.00 | Radio | 8% | $ 179,708.70 | |
| 58 | Hybrid Media Services | 16674 | 6/28/2020 | $ 607,574.00 | $ 607,574.00 | TV | 7% | $ 653,305.38 | |
| 59 | Hybrid Media Services | 16703 | 7/26/2020 | $ 149,659.00 | $ 149,659.00 | Radio | 8% | $ 162,672.83 | |
| 60 | Hybrid Media Services | 16745 | 7/26/2020 | $ 528,013.00 | $ 528,013.00 | TV | 7% | $ 567,755.91 | |
| 61 | Hybrid Media Services | 16769 | 8/30/2020 | $ 191,419.00 | $ 191,419.00 | Radio | 8% | $ 208,064.13 | |



EXHIBIT 117 — ALL-STATE LEGAL

**AIRN Liquidation Trust**
**Media Effective: Radio and TV Mark-Up Analysis**

| # | Advertiser | Invoice # | Invoice Date | Invoice Amount | Amount Paid | Ad Type | Mark-Up % [1] | Mark-Up | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 62 | Hybrid Media Services | 16819 | 8/30/2020 | $ 703,844.00 | $ 703,844.00 | TV | 7% | $ 756,821.51 | |
| 63 | Hybrid Media Services | 16825 | 9/27/2020 | $ 148,181.00 | $ 148,181.00 | Radio | 8% | $ 161,066.30 | |
| 64 | Hybrid Media Services | 16937 | 9/27/2020 | $ 443,382.10 | $ 443,382.00 | TV | 7% | $ 476,754.84 | |
| 65 | Hybrid Media Services | 16949 | 10/25/2020 | $ 242,945.00 | $ 242,945.00 | Radio | 8% | $ 264,070.65 | |
| 66 | Hybrid Media Services | 17013 | 10/25/2020 | $ 737,574.16 | $ 737,574.00 | TV | 7% | $ 793,090.32 | |
| 67 | Hybrid Media Services | 17069 | 11/29/2020 | $ 720,658.00 | $ 720,658.00 | Radio | 8% | $ 783,323.91 | |
| 68 | Hybrid Media Services | 17099 | 11/29/2020 | $ 299,759.91 | $ 299,759.91 | TV | 7% | $ 322,322.48 | |
| 69 | Hybrid Media Services | 17100 | 11/29/2020 | $ 153,987.40 | $ 153,987.40 | Digital | 8% | $ 167,377.61 | [4] |
| 70 | Hybrid Media Services | 17171 | 12/27/2020 | $ 467,495.00 | $ 467,495.00 | Radio | 8% | $ 508,146.74 | |
| 71 | Hybrid Media Services | 17186 | 12/27/2020 | $ 252,305.00 | $ 252,305.00 | TV | 7% | $ 271,295.70 | |
| 72 | Hybrid Media Services | 17187 | 12/27/2020 | $ 42,535.45 | $ 42,535.45 | Digital | 8% | $ 46,234.18 | [4] |
| 73 | Hybrid Media Services | 17233 | 1/31/2021 | $ 624,908.00 | $ 624,908.00 | Radio | 8% | $ 679,247.83 | |
| 74 | Hybrid Media Services | 17282 | 1/31/2021 | $ 286,454.43 | $ 286,454.43 | TV | 7% | $ 308,015.52 | |
| 75 | Hybrid Media Services | 17330 | 2/28/2021 | $ 529,598.00 | $ 529,598.00 | Radio | 8% | $ 575,650.00 | |
| 76 | Hybrid Media Services | 17371 | 2/28/2021 | $ 229,820.00 | $ 229,820.00 | TV | 7% | $ 247,118.28 | |
| 77 | Hybrid Media Services | 17413 | 3/28/2021 | $ 318,515.00 | $ 318,515.00 | Radio | 8% | $ 346,211.96 | |
| 78 | Hybrid Media Services | 17460 | 3/28/2021 | $ 165,670.00 | $ 165,670.00 | TV | 7% | $ 178,139.78 | |
| 79 | Hybrid Media Services | 17509 | 4/25/2021 | $ 119,783.00 | $ 119,783.00 | Radio | 8% | $ 130,198.91 | |
| 80 | Hybrid Media Services | 17558 | 4/25/2021 | $ 250,220.00 | $ 250,220.00 | TV | 7% | $ 269,053.76 | |
| 81 | Hybrid Media Services | 17545 | 4/25/2021 | $ 18,250.00 | $ 18,250.00 | Radio | 8% | $ 19,836.96 | |
| 82 | Hybrid Media Services | 17603 | 5/30/2021 | $ 139,765.00 | $ 139,765.00 | Radio | 8% | $ 151,918.48 | |
| 83 | Hybrid Media Services | 17662 | 5/30/2021 | $ 470,000.00 | $ 470,000.00 | TV | 7% | $ 505,376.34 | |
| 84 | Hybrid Media Services | 17714 | 6/27/2021 | $ 88,382.00 | $ 88,382.00 | Radio | 8% | $ 96,067.39 | |
| 85 | Hybrid Media Services | 17767 | 6/27/2021 | $ 390,435.00 | $ 390,435.00 | TV | 7% | $ 419,822.58 | |
| 86 | Hybrid Media Services | 17781 | 7/25/2021 | $ 132,458.00 | $ 132,458.00 | Radio | 8% | $ 143,976.09 | |
| 87 | Hybrid Media Services | 17872 | 7/25/2021 | $ 859,650.00 | $ 859,650.00 | TV | 7% | $ 924,354.84 | |
| 88 | Hybrid Media Services | 17852 | 8/29/2021 | $ 148,516.00 | $ 148,516.00 | Radio | 8% | $ 161,430.43 | |
| 89 | Hybrid Media Services | 17927 | 8/29/2021 | $ 1,009,585.00 | $ 1,009,585.00 | TV | 7% | $ 1,085,575.27 | |
| 90 | Hybrid Media Services | 17983 | 9/26/2021 | $ 117,213.00 | $ 117,213.00 | Radio | 8% | $ 127,405.43 | |
| 91 | Hybrid Media Services | 18023 | 9/26/2021 | $ 620,460.00 | $ 620,460.00 | TV | 7% | $ 667,161.29 | |
| 92 | Hybrid Media Services | 18120 | 10/31/2021 | $ 155,401.00 | $ 155,401.00 | Radio | 8% | $ 168,914.13 | |
| 93 | Hybrid Media Services | 18152 | 10/31/2021 | $ 1,318,573.74 | $ 1,318,573.74 | TV | 7% | $ 1,417,821.23 | |
| 94 | Hybrid Media Services | 18175 | 11/28/2021 | $ 234,650.00 | $ 234,650.00 | Radio | 8% | $ 255,054.35 | |
| 95 | Hybrid Media Services | 18236 | 11/28/2021 | $ 914,910.25 | $ 1,011,783.10 | TV | 7% | $ 1,087,938.82 | |
| 96 | Hybrid Media Services | 18242 | 12/26/2021 | $ 299,390.00 | $ 299,390.00 | Radio | 8% | $ 325,423.91 | |
| 97 | Hybrid Media Services | 18327 | 1/30/2022 | $ 1,273,779.85 | $ 1,176,907.00 | TV | 7% | $ 1,265,491.40 | |
| 98 | Hybrid Media Services | 18373 | 1/30/2022 | $ 61,630.00 | $ 61,630.00 | Radio | 8% | $ 66,989.13 | |
| 99 | Hybrid Media Services | 18442 | 1/30/2022 | $ 961,032.00 | $ 961,032.00 | TV | 7% | $ 1,033,367.74 | |
| **Subtotal Payments Sourced from Hybrid Invoices** | | | | **$ 22,221,252.73** | **$ 22,221,039.80** | | | **$ 23,999,057.74** | |
| | | | *Variance* | | *$ 212.93* | *immaterial* | | | |

AIRN Liquidation Trust
Media Effective: Radio and TV Mark-Up Analysis

**Sourced from Media Effective Buy Schedule**

| # | Advertiser | Check # | Payment Date | Payment Amount | Ad Type | Mark-Up % | Mark-Up | Notes |
|---|---|---|---|---|---|---|---|---|
| 100 | AAA Broadcasting LLC | 508 | 6/8/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 101 | AAA Broadcasting LLC | 517 | 6/22/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 102 | AAA Broadcasting LLC | 524 | 7/6/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 103 | AAA Broadcasting LLC | 529 | 7/23/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 104 | AAA Broadcasting LLC | 536 | 8/2/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 105 | AAA Broadcasting LLC | 545 | 8/20/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 106 | AAA Broadcasting LLC | 552 | 8/31/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 107 | AAA Broadcasting LLC | 562 | 9/13/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 108 | AAA Broadcasting LLC | 568 | 9/28/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 109 | AAA Broadcasting LLC | 577 | 10/11/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 110 | AAA Broadcasting LLC | 584 | 10/25/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 111 | AAA Broadcasting LLC | 593 | 11/19/2018 | $ 3,600.00 | Radio | 8% | $ 3,913.04 | |
| 112 | AAA Broadcasting LLC | 602 | 11/26/2018 | $ 3,000.00 | Radio | 8% | $ 3,260.87 | |
| 113 | Asia Star Broadcast | wire | 1/1/2016 | $ 4,200.00 | TV | 7% | $ 4,516.13 | |
| 114 | Asia Star Broadcast | wire | 1/14/2016 | $ 4,200.00 | TV | 7% | $ 4,516.13 | |
| 115 | Asia TV USA | 298 | 1/25/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 116 | Asia TV USA | 299 | 1/29/2016 | $ 10,350.00 | TV | 7% | $ 11,129.03 | |
| 117 | Asia TV USA | 302 | 2/15/2016 | $ 3,450.00 | TV | 7% | $ 3,709.68 | |
| 118 | Asia TV USA | 311 | 3/26/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 119 | Asia TV USA | 316 | 4/8/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 120 | Asia TV USA | 320 | 4/21/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 121 | Asia TV USA | 323 | 5/6/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 122 | Asia TV USA | 324 | 5/20/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 123 | Asia TV USA | 327 | 6/5/2016 | $ 6,900.00 | TV | 7% | $ 7,419.35 | |
| 124 | Asia TV USA | 387 | 3/29/2017 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 125 | Asia TV USA | 392 | 4/13/2017 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 126 | Asia TV USA | 396 | 4/24/2017 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 127 | Asia TV USA | 399 | 5/9/2017 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 128 | Asia TV USA | 402 | 5/23/2017 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 129 | Asia TV USA | 410 | 6/14/2017 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 130 | Asia TV USA | 471 | 3/1/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 131 | Asia TV USA | 472 | 3/12/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 132 | Asia TV USA | 475 | 3/16/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 133 | Asia TV USA | 476 | 3/23/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 134 | Asia TV USA | 481 | 3/30/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 135 | Asia TV USA | 480 | 3/30/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 136 | Asia TV USA | 486 | 4/13/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 137 | Asia TV USA | 485 | 4/13/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 138 | Asia TV USA | 491 | 4/26/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 139 | Asia TV USA | 492 | 4/30/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 140 | Asia TV USA | 496 | 5/14/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 141 | Asia TV USA | 497 | 5/18/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 142 | Asia TV USA | 500 | 5/25/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 143 | Asia TV USA | 501 | 5/31/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 144 | Asia TV USA | 505 | 6/8/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 145 | Asia TV USA | 506 | 6/14/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 146 | Asia TV USA | 513 | 6/22/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 147 | Asia TV USA | 514 | 6/29/2018 | $ 4,150.00 | TV | 7% | $ 4,462.37 | |
| 148 | Asia TV USA | 525 | 7/6/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 149 | Asia TV USA | 530 | 7/23/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 150 | Asia TV USA | 537 | 8/2/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 151 | Asia TV USA | 546 | 8/20/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 152 | Asia TV USA | 551 | 8/31/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 153 | Asia TV USA | 560 | 9/13/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 154 | Asia TV USA | 566 | 9/28/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 155 | Asia TV USA | 578 | 10/11/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 156 | Asia TV USA | 585 | 10/25/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 157 | Asia TV USA | 594 | 11/19/2018 | $ 8,300.00 | TV | 7% | $ 8,924.73 | |
| 158 | Asia TV USA | 1028 | 10/29/2021 | $ 8,000.00 | TV | 7% | $ 8,602.15 | |
| 159 | Asia TV USA | 1031 | 11/12/2021 | $ 8,000.00 | TV | 7% | $ 8,602.15 | |

**AIRN Liquidation Trust**
Media Effective: Radio and TV Mark-Up Analysis

| # | Advertiser | Check # | Payment Date | Payment Amount | Ad Type | Mark-Up % | Mark-Up | Notes |
|---|---|---|---|---|---|---|---|---|
| 160 | Asia TV USA | 1034 | 11/29/2021 | $ 8,000.00 | TV | 7% | $ 8,602.15 | |
| 161 | Asia TV USA | 1036 | 12/10/2021 | $ 8,000.00 | TV | 7% | $ 8,602.15 | |
| 162 | Asia TV USA | 1041 | 12/23/2021 | $ 8,000.00 | TV | 7% | $ 8,602.15 | |
| 163 | Chief Media | 290 | 1/1/2016 | $ 14,305.00 | TV | 7% | $ 15,381.72 | |
| 164 | Chief Media | 297 | 1/18/2016 | $ 13,250.00 | TV | 7% | $ 14,247.31 | |
| 165 | Chief Media | 315 | 4/7/2016 | $ 3,700.00 | TV | 7% | $ 3,978.49 | |
| 166 | Chief Media | 314 | 4/7/2016 | $ 340.00 | TV | 7% | $ 365.59 | |
| 167 | Chief Media | 318 | 4/12/2016 | $ 11,700.00 | TV | 7% | $ 12,580.65 | |
| 168 | Dhoom Media LLC | 531 | 7/23/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 169 | Dhoom Media LLC | 535 | 8/2/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 170 | Dhoom Media LLC | 544 | 8/20/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 171 | Dhoom Media LLC | 553 | 8/31/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 172 | Dhoom Media LLC | 563 | 9/13/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 173 | Dhoom Media LLC | 567 | 9/28/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 174 | Dhoom Media LLC | 576 | 10/11/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 175 | Dhoom Media LLC | 583 | 10/25/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 176 | Dhoom Media LLC | 592 | 11/9/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | [5] |
| 177 | Dhoom Media LLC | 601 | 11/26/2018 | $ 3,000.00 | Radio | 8% | $ 3,260.87 | |
| 178 | EBC Music | 507 | 6/8/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 179 | EBC Music | 515 | 6/22/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 180 | EBC Music | 523 | 7/6/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 181 | EBC Music | 528 | 7/23/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 182 | EBC Music | 538 | 8/2/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 183 | EBC Music | 547 | 8/20/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 184 | EBC Music | 550 | 8/31/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 185 | EBC Music | 561 | 9/13/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 186 | EBC Music | 569 | 9/28/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 187 | EBC Music | 579 | 10/11/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 188 | EBC Music | 586 | 10/25/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 189 | EBC Music | 595 | 11/19/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 190 | EBC Music | 600 | 11/26/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 191 | EBC Music | 606 | 12/7/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 192 | EBC Music | 611 | 12/20/2018 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 193 | EBC Music | 618 | 1/8/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 194 | EBC Music | 624 | 1/22/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 195 | EBC Music | 628 | 2/5/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 196 | EBC Music | 632 | 2/19/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 197 | EBC Music | 637 | 3/6/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 198 | EBC Music | 642 | 3/19/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 199 | EBC Music | 645 | 4/3/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 200 | EBC Music | 649 | 4/16/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 201 | EBC Music | 655 | 4/30/2019 | $ 3,400.00 | Radio | 8% | $ 3,695.65 | |
| 202 | Emerging Networks | 295 | 1/14/2016 | $ 4,000.00 | TV | 7% | $ 4,301.08 | |
| 203 | Emerging Networks | 509 | 6/8/2018 | $ 7,225.00 | TV | 7% | $ 7,768.82 | |
| 204 | Emerging Networks | 516 | 6/22/2018 | $ 7,225.00 | TV | 7% | $ 7,768.82 | |
| 205 | Emerging Networks | 522 | 7/6/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 206 | Emerging Networks | 527 | 7/23/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 207 | Emerging Networks | 534 | 8/2/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 208 | Emerging Networks | 543 | 8/20/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 209 | Emerging Networks | 554 | 8/31/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 210 | Emerging Networks | 564 | 9/13/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 211 | Emerging Networks | 565 | 9/28/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 212 | Emerging Networks | 575 | 10/11/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 213 | Emerging Networks | 582 | 10/25/2018 | $ 15,385.00 | TV | 7% | $ 16,543.01 | |
| 214 | Emerging Networks | 591 | 11/19/2018 | $ 11,305.00 | TV | 7% | $ 12,155.91 | |
| 215 | Emerging Networks | 599 | 11/26/2018 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 216 | Emerging Networks | 607 | 12/17/2018 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 217 | Emerging Networks | 612 | 12/20/2018 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 218 | Emerging Networks | 617 | 1/4/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 219 | Emerging Networks | 623 | 1/18/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 220 | Emerging Networks | 629 | 2/1/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |

**AIRN Liquidation Trust**
Media Effective: Radio and TV Mark-Up Analysis

| # | Advertiser | Check # | Payment Date | Payment Amount | Ad Type | Mark-Up % | Mark-Up | Notes |
|---|---|---|---|---|---|---|---|---|
| 221 | Emerging Networks | 633 | 2/15/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 222 | Emerging Networks | 638 | 3/4/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 223 | Emerging Networks | 641 | 3/15/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 224 | Emerging Networks | 646 | 3/29/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 225 | Emerging Networks | 650 | 4/12/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 226 | Emerging Networks | 654 | 4/26/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 227 | Emerging Networks | 659 | 5/14/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 228 | Emerging Networks | 661 | 5/24/2019 | $ 8,540.00 | TV | 7% | $ 9,182.80 | |
| 229 | Emerging Networks | 665 | 6/7/2019 | $ 7,840.00 | TV | 7% | $ 8,430.11 | |
| 230 | Emerging Networks | 670 | 6/24/2019 | $ 11,140.00 | TV | 7% | $ 11,978.49 | |
| 231 | Emerging Networks | 674 | 7/8/2019 | $ 11,140.00 | TV | 7% | $ 11,978.49 | |
| 232 | Emerging Networks | 677 | 7/22/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 233 | Emerging Networks | 679 | 8/9/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 234 | Emerging Networks | 682 | 8/16/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 235 | Emerging Networks | 686 | 9/3/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 236 | Emerging Networks | 691 | 9/17/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 237 | Emerging Networks | 694 | 9/27/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 238 | Emerging Networks | 701 | 10/15/2019 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 239 | Emerging Networks | 705 | 10/25/2019 | $ 21,225.00 | TV | 7% | $ 22,822.58 | |
| 240 | Emerging Networks | 708 | 11/8/2019 | $ 16,730.00 | TV | 7% | $ 17,989.25 | |
| 241 | Emerging Networks | 710 | 11/22/2019 | $ 16,730.00 | TV | 7% | $ 17,989.25 | |
| 242 | Emerging Networks | 714 | 12/9/2019 | $ 16,730.00 | TV | 7% | $ 17,989.25 | |
| 243 | Emerging Networks | 717 | 12/23/2019 | $ 16,730.00 | TV | 7% | $ 17,989.25 | |
| 244 | Emerging Networks | 721 | 1/3/2020 | $ 16,730.00 | TV | 7% | $ 17,989.25 | |
| 245 | Emerging Networks | 725 | 1/21/2020 | $ 16,730.00 | TV | 7% | $ 17,989.25 | |
| 246 | Emerging Networks | 728 | 1/31/2020 | $ 7,140.00 | TV | 7% | $ 7,677.42 | |
| 247 | Emerging Networks | 732 | 2/14/2020 | $ 3,570.00 | TV | 7% | $ 3,838.71 | |
| 248 | Emerging Networks | 735 | 2/28/2020 | $ 3,570.00 | TV | 7% | $ 3,838.71 | |
| 249 | Emerging Networks | 740 | 3/13/2020 | $ 3,570.00 | TV | 7% | $ 3,838.71 | |
| 250 | Emerging Networks | 744 | 4/3/2020 | $ 3,570.00 | TV | 7% | $ 3,838.71 | |
| 251 | Emerging Networks | 767 | 7/6/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 252 | Emerging Networks | 771 | 7/13/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 253 | Emerging Networks | 772 | 7/21/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 254 | Emerging Networks | 776 | 7/27/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 255 | Emerging Networks | 778 | 8/3/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 256 | Emerging Networks | 781 | 8/10/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 257 | Emerging Networks | 783 | 8/18/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 258 | Emerging Networks | 786 | 8/24/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 259 | Emerging Networks | 787 | 9/1/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 260 | Emerging Networks | 790 | 9/9/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 261 | Emerging Networks | 794 | 9/14/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 262 | Emerging Networks | 796 | 9/21/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 263 | Emerging Networks | 798 | 9/28/2020 | $ 19,194.00 | TV | 7% | $ 20,638.71 | |
| 264 | Emerging Networks | 799 | 10/6/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 265 | Emerging Networks | 802 | 10/13/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 266 | Emerging Networks | 804 | 10/19/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 267 | Emerging Networks | 805 | 10/26/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 268 | Emerging Networks | 808 | 11/2/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 269 | Emerging Networks | 811 | 11/9/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 270 | Emerging Networks | 814 | 11/17/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 271 | Emerging Networks | 816 | 11/24/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 272 | Emerging Networks | 818 | 11/30/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 273 | Emerging Networks | 820 | 12/7/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 274 | Emerging Networks | 823 | 12/14/2020 | $ 5,513.00 | TV | 7% | $ 5,927.96 | |
| 275 | Emerging Networks | 1029 | 10/29/2021 | $ 10,200.00 | TV | 7% | $ 10,967.74 | |
| 276 | Emerging Networks | 1032 | 11/12/2021 | $ 10,200.00 | TV | 7% | $ 10,967.74 | |
| 277 | Emerging Networks | 1035 | 11/29/2021 | $ 10,200.00 | TV | 7% | $ 10,967.74 | |

**AIRN Liquidation Trust**
Media Effective: Radio and TV Mark-Up Analysis

| # | Advertiser | Check # | Payment Date | Payment Amount | Ad Type | Mark-Up % | Mark-Up | Notes |
|---|---|---|---|---|---|---|---|---|
| 278 | Emerging Networks | 1038 | 12/10/2021 | $ 10,200.00 | TV | 7% | $ 10,967.74 | |
| 279 | Emerging Networks | 1040 | 12/23/2021 | $ 10,200.00 | TV | 7% | $ 10,967.74 | |
| **Subtotal Payments Sourced from Torres Schedule** | | | | **$ 1,325,991.00** | | | **$ 1,427,683.17** | |

|  |  |  |
|---|---|---|
| Total | $ | 23,547,030.80 |
| Total Per Analysis | | 23,547,030.80 |
| Variance | $ | - |
| Mark-Up | $ | 1,879,710.11 |
| Mark-Up (%) | | 7.4% |

$ 25,426,740.91

**Notes**
[1] In an October 21, 2021 email from Javier Torres to NRIA regarding Media Effective's commission percentage for radio and television advertisements, Torres stated *"a good indicator could be about 8% for radio buys and 7% for TV buys."*
[2] Did not locate invoice #16445 in the production received from Hybrid. However, details above agree to the Media Effective invoice accounting detail received from Hybrid Media.
[3] Invoices 16548 and 16550 were paid in one lump sum payment totaling $209,991.
[4] Invoices 17100 and 17187 list "Digital Advertising for National Realty." The commission percentage for digital advertising is unclear per Torres' October 2021 email (refer to Footnote 1). For these items, the higher 8% mark-up was applied to digital advertising in the above analysis to be conservative.
[5] The transfer was not included in the Media Buy Schedule included in Javier Torres' document production. However, it was confirmed per review of Media Effective's TD Bank x0941 account detail that check #592 for $3,400 was paid to Dhoom Media LLC on 11/9/2018 for "weeks 11/12 + 11/19" per check memo. It is assumed that the services provided are related to Dhoom Radio consistent with all other payment descriptions (i.e. radio advertising).