**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Graham Keenan <graham@hybridadv.com>
**Subject:** Fwd: Additional Financial Podcasts
**Date:** Thu, 05 Dec 2019 21:10:06 +0000
**Attachments:** NRIA-Business-Finance_-Additional_Podcasts.xlsx
**Inline-Images:** image001.jpg

---

Hi Graham;

I'm looking at **Bigger Pockets** and in the email you sent yesterday the cost per episode is $7,500.
On your last email today with only 4 podcasts the price per episode is $1,900.
Can you double check rates per episode on all 4 podcasts and that they are gross, so I can send to client with my 15% commission included?

Thanks,
*Javier Torres*
*Director Media Effective*


---------- Forwarded message ---------
From: <graham@hybridadv.com>
Date: Wed, Dec 4, 2019 at 2:38 PM
Subject: Additional Financial Podcasts
To: Javier Torres <jtorres@mediaeffective.com>


Hi Javier,


Attached are a couple more viable podcast for NRIA.


These are all net costs to us so if you need me to gross up again, let me know and I can do that.


GK



TORRES_MEDIAEFFECTIVE036043



**Graham Keenan | SVP**

graham@hybridadv.com

357 Main Street

Armonk, NY 10504

P. 914 810-1031 | C. 914 299-1108

www.hybridmediaservices.com

TORRES_MEDIAEFFECTIVE036044