**From:** Javier Torres <jtorres@mediaeffective.com>
**To:** Graham Keenan <graham@hybridadv.com>
**Subject:** Re: [EXTERNAL] NRIA Spot
**Date:** Wed, 18 Aug 2021 13:42:12 +0000

---

Graham;
On the edited table, can you just put the Gross/Total Amount (including my 15% commision) and not the actual amount of the commission?
I usually dont break down the total amounts, so they only see one number.

Thanks,

*Javier Torres*
*Director Media Effective*

On Wed, Aug 18, 2021 at 9:18 AM Graham Keenan <graham@hybridadv.com> wrote:
> Be right there,....just getting off cc...GK

> On Wed, Aug 18, 2021 at 9:02 AM Javier Torres <jtorres@mediaeffective.com> wrote:
>> Hi Graham;
>> Can we talk now? If not, after 12 noon. I have an appointment...
>>
>> Thanks,
>>
>> *Javier Torres*
>> *Director Media Effective*
>>
>> On Tue, Aug 17, 2021 at 5:32 PM Graham Keenan <graham@hybridadv.com> wrote:
>>> I'll give you a shout Javier.
>>>
>>>
>>> Begin forwarded message:
>>>
>>> **From:** "Palmieri, Lisa" <LisaPalmieri@iheartmedia.com>
>>> **Date:** August 17, 2021 at 5:09:50 PM EDT
>>> **To:** Graham Keenan <graham@hybridadv.com>
>>> **Cc:** "Hansen, Emily" <EmilyHansen@iheartmedia.com>, "Gusick, Erica" <EricaGusick@iheartmedia.com>
>>> **Subject: RE: [EXTERNAL] NRIA Spot**
>>>
>>> Hi Graham,
>>>
>>> Please see the attached media plan, we would need order approval by EOD tomorrow to start next week. I tried to negotiate rates but due to demand we had no room on this to budge. I am showing you max inventory we have in Sean Hannity so let me know if you want me to adjust.


EXHIBIT 133

TORRES_MEDIAEFFECTIVE045125

As a reminder these units are not being held out of avails.

**Lisa Palmieri**

Network Sales

iHeartMedia | Premiere Networks | Total Traffic & Weather Network

125 W 55th Street

NY, NY 10019

o 212.377.1210

c 347.200.0193

**America's #1 Audio Company**

*Reaching 9 out of 10 Americans Every Month*

Radio | Podcasts | Digital | Social | Influencers | Data | Events

**From:** Graham Keenan <graham@hybridadv.com>
**Sent:** Tuesday, August 17, 2021 4:29 PM
**To:** Palmieri, Lisa <LisaPalmieri@iheartmedia.com>
**Subject:** [EXTERNAL] NRIA Spot

Here are the spots they have been running locally Lisa.

G

--

TORRES_MEDIAEFFECTIVE045126

Graham J Keenan

SVP, Business Development

Phone: 914-810-1031

Mobile: 914-299-1108

Email: Graham@hybridadv.com

357 Main St.

Armonk, NY 10504

www.hybridmediaservices.com

CAUTION: This message originated from outside of the company. Please take all precautions when opening attachments or links from outside sources.

--

Graham J Keenan

SVP, Business Development

Phone: 914-810-1031

Mobile: 914-299-1108

Email: Graham@hybridadv.com

357 Main St.

Armonk, NY 10504

www.hybridmediaservices.com

TORRES_MEDIAEFFECTIVE045127