## Media Effective/Media Insertion Invoice

Checks payable to: "Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

Fm: Javier Torres
**Invoice Date** 4/26/2018
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: 4/30/2018
End: 5/4/2018
Spots NRIA
Invoice Total: 1 week

To Air: Week of 4/30/18
Invoice # NRIARAD0018-2018
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: WINS
Rate: Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 4/30/2018 | M-F 6A-7P | 25 | |
| | | | | | | 4/30/2018 | M-F 6A-12A | 15 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | | | | | | | | 40 | $ 11,350 |

Total payable to "Media Effective"...................$11,350

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week on either station.
A. Client authorizes Media Effective Advertising , a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME. Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client. This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Radio station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period. Media to provide daily spot times if requested by client. Checks payable to : "Media Effective".

Accepted by: _____ Date_____
On behalf of Client: National Realty & Investment Advisors, LLC

TORRES_MEDIAEFFECTIVE003244


EXHIBIT 134

## Media Effective/Media Insertion Invoice

Checks payable to: "Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

Fm: Javier Torres
**Invoice Date**    4/26/2018
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start:    5/7/2018
End:    5/11/2018
Spots NRIA
Invoice Total: 1 week

To Air: Week of 5/7/18
Invoice # **NRIARAD0019-2018**
Billing Instructions:
All contracts and invoices to be written up as: Media Effective

Station:    **WINS**
Rate:    **Package**

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 5/7/2018 | M-F 6A-7P | 25 | |
| | | | | | | 5/7/2018 | M-F 6A-12A | 15 | |
| Total | | | | | | | | 40 | $ 11,350 |

Total payable to "Media Effective"..................$11,350

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week on either station.
A. Client authorizes Media Effective Advertising, a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME. Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client. This Discounted Rate Media Schedule is to be pre-paid for the scheduled period.
Radio station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period. Media to provide daily spot times if requested by client. Checks payable to : "Media Effective".

Accepted by: _____ Date_____
On behalf of Client: National Realty & Investment Advisors, LLC

TORRES_MEDIAEFFECTIVE003228

## Media Effective/Media Insertion Invoice

| | | |
|---|---|---|
| Checks payable to: "Media Effective" | Fm: Javier Torres | To Air: Week of 5/14/18 |
| | Invoice Date    5/9/2018 | Invoice # NRIARAD0020-2018 |
| Mailing Address: | Placement: M.E. | Billing Instructions: |
| Media Effective | Account: National Realty & Investment Advisors, LLC | All contracts and invoices to be written up as: |
| 50 Werimus Road | Product: RE Investment | Media Effective |
| Woodcliff Lake, NJ 07677 | Start:    5/14/2018 | |
| | End:    5/18/2018 | |
| | Spots NRIA | Station:    WINS |
| | Invoice Total: 1 week | Rate:    Package |

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 5/14/2018 | M-F 6A-7P | 25 | |
| | | | | | | 5/14/2018 | M-F 6A-12A | 15 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | | | | | | | | 40 | $    11,350 |

Total payable to "Media Effective"..................$11,350

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week on either station.
A. Client authorizes Media Effective Advertising, a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME. Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client. This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Radio station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period. Media to provide daily spot times if requested by client. Checks payable to : "Media Effective".

Accepted by: _____ Date_____
On behalf of Client: National Realty & Investment Advisors, LLC

TORRES_MEDIAEFFECTIVE003481

## Media Effective/Media Insertion Invoice

Checks payable to: "Media Effective"

Mailing Address:
Media Effective
50 Werimus Road
Woodcliff Lake, NJ 07677

Fm: Javier Torres
**Invoice Date** 5/9/2018
Placement: M.E.
Account: National Realty & Investment Advisors, LLC
Product: RE Investment
Start: **5/21/2018**
End: **5/25/2018**
Spots NRIA
Invoice Total: 1 week

**To Air: Week of 5/21/18**
**Invoice # NRIARAD0021-2018**
Billing Instructions:
All contracts and invoices to be written up as:
Media Effective

Station: WINS
Rate: Package

| Media | ID | Market | Format | Wks | Len | Week Of | Daypart | # spots/week | Cost/Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1010 WINS | NRIA | NY | News | 1 | 60 | 5/21/2018 | M-F 6A-7P | 25 | |
| | | | | | | 5/21/2018 | M-F 6A-12A | 15 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | | | | | | | | 40 | $ 11,350 |

Total payable to "Media Effective"..................$11,350

Terms and Conditions: Two week notice for cancellation. Make good spots can run following week on either station.
A. Client authorizes Media Effective Advertising, a NJ company, dba "Media Effective" ("hereinafter "ME") to purchase Media advertising on Client's behalf, on terms and conditions agreed to by and between Client and ME. Client assumes all liability for media purchased by ME on Client's behalf and hereby guarantees payment of any such media bills. Client shall sign a payment application and be approved by the Media provider prior to any media being purchased by ME.
B. Client agrees to hold ME harmless from, defend ME and indemnify ME, its agents and employees, from any legal action taken by the Media provider against ME to collect a bill for media services provided which has not been paid for by Client. This Discounted Rate Media Schedule is to be pre-paid for the scheduled period. Radio station has to be paid to clear schedule. In case spots may not fall as ordered station will make good at equivalent time period. Media to provide daily spot times if requested by client. Checks payable to : "Media Effective".

Accepted by: _____ Date_____
On behalf of Client: National Realty & Investment Advisors, LLC

TORRES_MEDIAEFFECTIVE00346: