**EXHIBIT 136**

## Foreclosure Case Summary

**Case Number:** SWC F-001463-15
**Case Caption:** Investors Bank Vs Torres Javier
**Court:** General Equity           **Venue:** Bergen           **Case Initiation Date:** 01/13/2015
**Case Type:** Residential Mortgage Foreclosure    **Case Status:** Defaulted
**Case Track:**                                    **Judge:** Gerald C Escala

### Plaintiffs
#### Investors Bank
**Party Description:** Bank                                           **Attorney Name:** Sarah E Powers
**Address Line 1:**              **Address Line 2:**                  **Attorney Bar ID:** 030501994
**City:**       **State:**       **Zip:** 00000                       **Phone:**
**Attorney Email:** JEFIS@POWERSKIRN.COM

### Defendants
#### Javier Torres
**Party Description:** Individual                                     **Attorney Name:** Adam L Deutsch
**Address Line 1:**              **Address Line 2:**                  **Attorney Bar ID:** 016542010
**City:**       **State:**       **Zip:** 00000                       **Phone:**
**Attorney Email:** ADAM@NORTHEASTLAWGROUP.COM

#### Mrs Torres
**Party Description:** Fictitious Spouse                              **Attorney Name:**
**Address Line 1:**              **Address Line 2:**                  **Attorney Bar ID:**
**City:**       **State:**       **Zip:** 00000                       **Phone:**
**Attorney Email:**

#### Dora M Dillman
**Party Description:** Individual                                     **Attorney Name:** Adam L Deutsch
**Address Line 1:**              **Address Line 2:**                  **Attorney Bar ID:** 016542010
**City:**       **State:**       **Zip:** 00000                       **Phone:**
**Attorney Email:** ADAM@NORTHEASTLAWGROUP.COM

### Properties
**Block:** 1302    **Lot:** 10
**Street Address:** 50 Werimus Road    **County:** Bergen    **Municipality:** 0268 - Woodcliff Lake Boro
**Property Type:** Foreclosed Property

### Case Proceeding

| Created Date | Actual Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 03/25/2015 | 11:30 | 417 |  | CASE MANAGEMENT CONFERENCE |  | COMPLETED |  |
| 07/24/2015 | 09:00 | 417 |  | MOTION HEARING | MOTION FOR SUMMARY JUDGMENT | ADJOURNED | AJ |
| 08/07/2015 | 09:00 | 417 |  | MOTION HEARING | MOTION FOR SUMMARY JUDGMENT | COMPLETED | CM |
| 09/02/2015 | 09:00 | 417 |  | TRIAL |  | CANCEL |  |
| 01/20/2017 | 09:00 | 503 | EDWARD A JEREJIAN | MOTION HEARING | MISCELLANEOUS MOTION | COMPLETED | CM |
| 01/22/2021 | 09:00 | 421 | EDWARD A JEREJIAN | MOTION HEARING | MOTION FOR ADDITIONAL SUMS | COMPLETED | CM |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 11/19/2016 | Foreclosure Dismissal Warning Notice submitted by Case Management | CHC2016145871 | 11/19/2016 |
| 12/15/2016 | Motion For Final Judgment submitted by R. SCHWARTZ of MILSTEAD & ASSOCIATES, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC2016211635 | 12/15/2016 |
| 12/21/2016 | Objection To Amount Due submitted by J. DENBEAUX of DENBEAUX & DENBEAUX on behalf of JAVIER TORRES against INVESTORS BANK | CHC2016230582 | 12/21/2016 |
| 12/23/2016 | Order Signed-ADMINISTRATIVE TRANSFER ORDER submitted by Court | CHC2016235449 | 12/23/2016 |

| Date | Description | Doc ID | Date |
|---|---|---|---|
| 12/24/2016 | Objection Filed Notice submitted by Case Management | CHC2016237949 | 12/24/2016 |
| 01/05/2017 | CLERK NOTICE: re: OBJECTION TO AMOUNT DUE [CHC2016230582] -objection to amount due scheduled for 1-20-17 | CHC20179833 | 01/05/2017 |
| 01/10/2017 | Objection/Opposition submitted by M. HERRERA of MILSTEAD & ASSOCIATES, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC201721105 | 01/10/2017 |
| 01/17/2017 | Miscellaneous Document - Supplemental Letter Brief in Opposition to Plaintiff's MFJ submitted by J. DENBEAUX of DENBEAUX & DENBEAUX on behalf of JAVIER TORRES against INVESTORS BANK | CHC201742255 | 01/17/2017 |
| 01/23/2017 | Order Signed-MISCELLANEOUS ORDER submitted by Court | CHC201760830 | 01/23/2017 |
| 01/25/2017 | Uncontested Order For Final Judgment submitted by Court | CHC201772846 | 01/25/2017 |
| 01/25/2017 | Writ of Execution submitted by Court | CHC201772860 | 01/25/2017 |
| 01/25/2017 | Miscellaneous Document-Taxed Costs submitted by Court | CHC201772914 | 01/25/2017 |
| 01/26/2017 | Foreclosure Writ Notice Notice submitted by Case Management | CHC201778726 | 01/26/2017 |
| 01/26/2017 | Foreclosure Judgment Notice Notice submitted by Case Management | CHC201778730 | 01/26/2017 |
| 03/10/2017 | Proof Of Mailing submitted by SCHWARTZ, RHONDI, L of MILSTEAD & ASSOCIATES, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC2017211951 | 03/10/2017 |
| 10/31/2017 | SUBSTITUTION OF ATTORNEY submitted by MARKS, DANA, N of PHELAN HALLINAN DIAMOND & JONES LLP on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC2017775695 | 10/31/2017 |
| 02/22/2019 | CERTIFICATION - COURT MANDATED CERT submitted by YODER, BRIAN, J of PHELAN HALLINAN DIAMOND & JONES PC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC201984229 | 02/22/2019 |
| 07/06/2020 | Writ Return submitted by Court | CHC2020172154 | 07/06/2020 |
| 11/10/2020 | SUBSTITUTION OF ATTORNEY submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN, MRS TORRES | CHC2020259783 | 11/10/2020 |
| 12/28/2020 | MOTION FOR ADDITIONAL SUMS submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN *LINKED FILING* | CHC2020292668 | 12/28/2020 |
| 01/04/2021 | OBJECTION TO MOTION submitted by DEUTSCH, ADAM, L of NORTHEAST LAW GROUP LLC on behalf of JAVIER TORRES, DORA M DILLMAN, MRS TORRES against INVESTORS BANK *LINKED FILING* | CHC20211081 | 01/04/2021 |
| 01/05/2021 | Order Signed-ADMINISTRATIVE TRANSFER ORDER submitted by Court | CHC20211472 | 01/05/2021 |
| 01/05/2021 | The motion filed on 12/28/2020 will be decided on 01/22/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR ADDITIONAL SUMS [CHC2020292668] | CHC20211507 | 01/05/2021 |
| 01/05/2021 | SUBSTITUTION OF ATTORNEY submitted by DEUTSCH, ADAM, L of NORTHEAST LAW GROUP LLC on behalf of JAVIER TORRES, DORA M DILLMAN, MRS TORRES against INVESTORS BANK | CHC20211977 | 01/05/2021 |
| 01/18/2021 | REPLY BRIEF submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN *LINKED FILING* | CHC202110743 | 01/18/2021 |
| 01/19/2021 | PROOF OF MAILING submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC202111014 | 01/19/2021 |
| 01/21/2021 | Miscellaneous Order-Order Granting Motion submitted by Court | CHC202113258 | 01/21/2021 |
| 01/21/2021 | PROOF OF MAILING submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC202113518 | 01/21/2021 |
| 08/05/2021 | ALIAS WRIT submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC2021153460 | 08/05/2021 |
| 08/18/2021 | Alias Writ submitted by Court | CHC2021161594 | 08/18/2021 |
| 08/19/2021 | Foreclosure Writ Notice Notice submitted by Case Management | CHC2021162379 | 08/19/2021 |
| 11/01/2021 | PROOF OF MAILING submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC2021216249 | 11/01/2021 |
| 11/02/2021 | SUBSTITUTION OF ATTORNEY submitted by DEUTSCH, ADAM, L of NORTHEAST LAW GROUP LLC on behalf of JAVIER TORRES, DORA M DILLMAN, MRS TORRES against INVESTORS BANK | CHC2021216680 | 11/02/2021 |
| 01/21/2022 | MOTION FOR ADDITIONAL SUMS submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC202216116 | 01/21/2022 |
| 02/04/2022 | ORDER FOR ADDITIONAL SUMS-Granted by Judge OFFICE OF FORECLOSURE re: MOTION FOR ADDITIONAL SUMS [CHC202216116] | CHC202226969 | 02/04/2022 |
| 02/07/2022 | OBJECTION/OPPOSITION submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES | CHC202228157 | 02/07/2022 |
| 02/07/2022 | PROOF OF MAILING submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES | CHC202228159 | 02/07/2022 |
| 02/07/2022 | WITHDRAWAL OF MOTION submitted by POWERS, SARAH, E of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES | CHC202228167 | 02/07/2022 |
| 05/10/2022 | WRIT OF POSSESSION submitted by MCNEIL, MICHAEL, BRIAN of POWERS KIRN, LLC on behalf of INVESTORS BANK against JAVIER TORRES, DORA M DILLMAN | CHC2022104911 | 05/10/2022 |
| 05/20/2022 | Writ of Possession submitted by Court | CHC2022117123 | 05/20/2022 |
| 05/21/2022 | Foreclosure Writ Notice Notice submitted by Case Management | CHC2022117326 | 05/21/2022 |
| 09/01/2022 | Writ Return submitted by Court | CHC2022205070 | 09/01/2022 |
| 09/21/2022 | Writ Return submitted by Court | CHC2022222653 | 09/21/2022 |

**JEFIS Case Actions**

| Created Date | Document Type | Description | Attorney Name | Firm Name |
|---|---|---|---|---|
| 01/13/2015 | Complaint | Complaint | Nelson Diaz | Milstead & Associates LLC |

| Date | Type | Description | Attorney | Firm |
|---|---|---|---|---|
| 01/14/2015 | CMPost | NTC: FORECLOSURE DKT # ASGN | | |
| 03/10/2015 | Answer | Answer | Joshua Denbeaux | Denbeaux & Denbeaux |
| 03/12/2015 | CMPost | NTC: CSE MNG CF PROCEEDING | | |
| 03/12/2015 | CMPost | NTC: CSE MNG CF PROCEEDING | | |
| 03/12/2015 | CMPost | NTC: ANSWER FILED | | |
| 03/17/2015 | Return-Service | Return-Service | Nelson Diaz | Milstead & Associates LLC |
| 03/17/2015 | Return-Service | Return-Service | Nelson Diaz | Milstead & Associates LLC |
| 03/28/2015 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 03/28/2015 | CMPost | NTC: TRIAL TRIAL SCHD | | |
| 03/30/2015 | Orders-Signed | CMO 3/25/15 | | |
| 06/23/2015 | Motion | SUMMARY JUDGMENT | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | SUMMARY JUDGMENT | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | Motion | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | Motion | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | SUMMARY JUDGMENT | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | Motion | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | Motion | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | Motion | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | Motion | Mark E Herrera | Milstead & Associates LLC |
| 06/23/2015 | Motion | SUMMARY JUDGMENT | Mark E Herrera | Milstead & Associates LLC |
| 07/28/2015 | Obj-Motion | Obj-Motion SJ | Adam Deutsch | Denbeaux & Denbeaux |
| 08/03/2015 | Obj-Motion | LETTER BRIEF OPP | David H Lipow | Milstead & Associates LLC |
| 08/10/2015 | Orders-Signed | Order striking answer | | |
| 11/11/2015 | Stips-Sett-Disml | NOTICE OF PARTIAL DISMISSAL | David H Lipow | Milstead & Associates LLC |