| | | |
|---|---|---|
| **John S. Hogan**<br>**Bergen County Clerk**<br><br>**Bergen County Clerk**<br>One Bergen County Plaza<br>Hackensack, NJ 07601<br>(201) 336-7000<br>www.bergencountyclerk.org/ |  | <br><br>INSTRUMENT# 2022035174<br><br>V 4631   1139<br><br>RECORDED DATE: 03/24/2022 |

| | |
|---|---|
| **Document Type:** SATISFACTION OF MORTGAGE | Transaction #: 1803218<br>Document Page Count: 2<br>Operator Id: ERECORD |
| **RETURN TO:**<br>2701 WELLS FARGO WAY<br>MAC N9408-04L<br>MINNEAPOLIS, MN 55467 | **SUBMITTED BY:**<br>CSC / INGEO SYSTEMS<br>919 N. 1000 WEST<br><br>LOGAN ,UT 84341 |
| **PRIMARY NAME**<br>WELLS FARGO BANK NA | **SECONDARY NAME**<br>TORRES JAVIER |
| **ADDITIONAL PRIMARY NAMES**<br>WACHOVIA BANK NA | **ADDITIONAL SECONDARY NAMES**<br>DILLMAN DORA |
| **MARGINAL REFERENCES:** File Number: 33724    Volume: 16638    Page: 230 | |

| | | |
|---|---|---|
| **DOCUMENT DATE:** 03/17/2022<br>**MUNICIPALITY:**<br>**LOT:**<br>**BLOCK:** | | **INSTRUMENT#:** 2022035174<br>**Recorded Date:** 03/24/2022<br><br>I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey.<br><br>*[signature]*<br>**John S. Hogan**<br>**Bergen County Clerk** |
| **FEES/ TAXES:** | | |
| RECORDING FEE | $20.00 | |
| STATE RECORDING FEE | $5.00 | |
| COUNTY RECORDING FEE | $5.00 | |
| MARGINAL NOTATION-COUNTY | $5.00 | |
| MARGINAL NOTATION-STATE | $5.00 | |
| HOMELESSNESS TRUST FUND | $3.00 | |
| HOMELESS CODE BLUE | $2.00 | |
| | | |
| NPNR | $0.00 | |
| Basic County | $0.00 | |
| Basic State | $0.00 | |
| PHPF | $0.00 | |
| Extra-Aide | $0.00 | Recording Fees:  $45.00 |
| Gen-Purpose | $0.00 | Realty Transfer Tax Fees:  $0.00 |
| Mansion-Tax | $0.00 | Consideration: $ 0.00 |
| **Total: $45.00** | | |

### OFFICIAL RECORDING COVER PAGE

Page 1 of **2**

## PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL IN[...]
V11.23.21


EXHIBIT 138

LRCACMT@WELLSFARGO.COM
RECORDING REQUESTED BY:
WELLS FARGO BANK, N.A.
JOSHUA JOHN LUNDHOLM
2701 WELLS FARGO WAY
MAC N9408-04L
MINNEAPOLIS MN 55467 800-288-3212
800-288-3212

AND WHEN RECORDED MAIL TO:
T7408-01Y AU 0233287
LIEN RELEASE DEPT
WELLS FARGO BANK, N.A.
P.O. BOX 659250
SAN ANTONIO, TX 78265-5150
Loan #: 68195045311998

# MORTGAGE RELEASE SATISFACTION AND DISCHARGE

IN CONSIDERATION of the payment and full satisfaction of all indebtedness secured by that certain Mortgage described below, **WELLS FARGO BANK, N.A. successor by merger to WACHOVIA BANK, NATIONAL ASSOCIATION**, being the holder of said mortgage, does hereby discharge said Mortgage in full and does hereby consent that the same be canceled and discharged of record.

Borrower(s): **JAVIER TORRES AND DORA DILLMAN**
Original Mortgagee: **WACHOVIA BANK, NATIONAL ASSOCIATION**
Amount of Note: **250000.00**
Date of Mortgage: **02/26/2007** Recording Date: **03/22/2007** Instrument No: **33724** Book: **16638** Page: **230**
Property Address: **219 TEANECK ROAD RIDGEFIELD PARK, NJ 07660**

and recorded in the official records of **Bergen** County, State of **NJ** affecting Real Property and more particular, described on said Mortgage referred to herein.
IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of **03/17/2022**.

**WELLS FARGO BANK, N.A. successor by merger to
WACHOVIA BANK, NATIONAL ASSOCIATION**

*[signature]*

**JOSHUA JOHN LUNDHOLM, Vice President Loan Documentation**

STATE OF MN } s.s.
COUNTY OF Hennepin

On 03/17/2022, before me, TERENCE LYNN JUTILA, a Notary Public, personally appeared JOSHUA JOHN LUNDHOLM as Vice President Loan Documentation of WELLS FARGO BANK, N.A. successor by merger to WACHOVIA BANK, NATIONAL ASSOCIATION, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*[signature]*            [SEAL: TERENCE LYNN JUTILA
Notary Public: **TERENCE LYNN JUTILA**    NOTARY PUBLIC - MINNESOTA
My Commission Expires: **01/31/2026**    MY COMMISSION EXPIRES 01/31/26]

Drafted By: JOSHUA JOHN LUNDHOLM
Version: 9eed305e