# DEFENDANTS' EXHIBIT 30



Javier Torres <jtorres@mediaeffective.com>

## Re: South Asian TV and Radio 2021
1 message

K        na <kkana@nria.net>                                                                                  Tue,
T.        Torres <jtorres@mediaeffective.com>
Cc:    atryk Golaszewski <pgolaszewski@nria.net>, Nicholas Salzano <nicholas@nria.net>

Nicholas,

    1. Do we have approval to flight Kulraaj's show on EBC in addition to Radio Mirchi?
    2. Do we have approval to flight this schedule with all :60

- Previous buy under Tanvi - 24,060
- Javier negotiated to - 21,275
- Please note we did include Sony - that was handled

Thank you

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Tuesday, February 23, 2021 2:07 PM
**To:** Katey Kana <kkana@nria.net>
**Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: South Asian TV and Radio 2021

Hello Katey;
After speaking with all South Asian Media below and attached is the weekly schedule with all spots now with a **:60 duration. TV and Radio.**
(Bolly Radio in San Francisco matched the number of :30s with :60s so we got a great deal there.)
EBC will rebroadcast the one hour show 5 days per week from their 1170 AM radio signal. The time they have available is from 2pm-3pm M-F. They will need a link from Kulraaj. (They know him as he used to w
same show can run on the two different stations. Their weekly cost for the show, including 80X spots plus added values is $3,625.
Please review and let me know about spots and flight date.

| TV Channel/Radio Station | Market Coverage | Spots per Week | Spots Length | Cost Week | Cost Past Campaign | Added Value | Details/Additional Sponsorships/Comments |
|---|---|---|---|---|---|---|---|
| Zee TV | National | 54X | :60 | $6,000 | $7,750 | Zee News 50X | Title Sponsorship of a daily show on ZEE TV in prime time |
| | | | | | | Zee Cinema 40X | Co - Powered by Sponsorship of reality show on ZEE TV |
| | | | | | | ETC Punjabi 30X | Associate Sponsorship of 1 Daily Show on ZEE Telegu |
| | | | | | | Zee Kannada 35X | Presenting Sponsorship of 1 daily soap on ETC Punjabi |
| | | | | | | Zee Telegu 30X | Movie Festival specially for NRIA on Zee Cinema |
| | | | | | | Zee Tamil 30X | Associate Sponsorship of 1 Big ticket movie sponsorship on Zee T |
| | | | | | | Zee Bangla 30X | Powered By Sponsorship of Zee Rishte Awards sponsorship on Ze |
| | | | | | | | Associate Sponsorship of 1 Reality Show on ZEE Telegu & Zee Kar |
| | | | | | | | Associate Sponsorship of 1 Daily Show on ZEE Kannada |
| | | | | | | | 1 Aston Band for NRIA which would run on Zee TV USA during N |
| Sony TV (SET) | National | 50X | :60 | $3,400 | $4,375 | | |
| TV Asia | National | 50X | :60 | $2,000 | $2,235 | | |
| Bolly Radio | San Francisco | 80X | :60 | $4,250 | $5,000 | | 20X M-F Morning Drive. 20X M-F Evening Drive. 20X M-F Midday |
| | | | | | | | Additional 5X (:15) Feature AnnouncementsM-F Morning Drive |
| | | | | | | | Additional 5X (:15) Feature AnnouncementsM-F Evening Drive |
| | | | | | | | All ads above also to be streamed on the Bolly 92.3FM Mobile A |
| | | | | | | | Rotating Banner with Link on www.bolly923fm.com |
| Fun Asia Radio | Dallas | 49X | :60 | $2,000 | $2,500 | | 5 segments per week M-F (1 per day/3 min each) |
| | | | | | | | 1 Weekly Interview (10 min) |
| | | | | | | | 14 RJ Mentions/week (2 per day M-Su) |
| | | | | | | | Premium Web Listing at www.funasia.net |
| EBC Radio | NY/NJ | 80X | :60 | $3,625 | $2,200 | | 20X M-F Morning Drive. 20X M-F Evening Drive. 20X M-F Midday |
| | | | | | | | **One Hour Daily NRIA Show M-F (5 per week)** |
| | | | | | | | 10 RJ Mentions/week (2 per day M-F) |
| | | | | | | | 2 (3 min) Interviews per week pre-recorded |
| | | | | | | | Banner/Link at www.ebcmusic.com |
| Totals | | | | $21,275 | $24,060 | | |

Thanks,
*Javier Torres*
*Director Media Effective*

On Mon, Feb 22, 2021 at 6:51 PM Javier Torres <jtorres@mediaeffective.com> wrote:
  Ok. Got it.
  I will confirm with networks/stations and let you know tomorrow.

  Thanks,

  *Javier Torres*
  *Director Media Effective*

  On Mon, Feb 22, 2021 at 6:43 PM Katey Kana <kkana@nria.net> wrote:
    HI Javi,

    PG and I are thinking we test all :60s for tv and radio - thank you

    **From:** Javier Torres <jtorres@mediaeffective.com>
    **Sent:** Monday, February 22, 2021 6:41 PM

**To:** Katey Kana <kkana@nria.net>
**Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: South Asian TV and Radio 2021

Understood.
Is this only for TV?
For radio I would have to double check if all stations take :60s.

anks,

, Mon, Feb 22, 2021 at 6:29 PM Katey Kana <kkana@nria.net> wrote:
HI Javier,

Let's cut the frequency in half please - if we find this to not be performing then we can revisit a different flight pattern.

Thanks!

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Monday, February 22, 2021 6:22 PM
**To:** Katey Kana <kkana@nria.net>
**Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: South Asian TV and Radio 2021

Not really. It is actually a good idea based on the impact of :60's.
Now, that move will cut our frequency in half or double the cost of the schedule...
Do you want the same number of spots but all :60s?


*Javier Torres*
*Director Media Effective*


On Mon, Feb 22, 2021 at 6:14 PM Katey Kana <kkana@nria.net> wrote:
Hey Javier,

Pat and I were discussing and we think we should have all :60s for SEA media.
Will it be terribly difficult to re-work this based on that?

Thank you.

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Monday, February 15, 2021 10:39 AM
**To:** Katey Kana <kkana@nria.net>; Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** South Asian TV and Radio 2021

Hello Katey;
Attached please see excel with what I have negotiated with all the requested and recommended stations.
Please note:
I have included all the networks you requested.
All the schedules are very, very similar if not better than what you were buying last year.
I am adding EBC Radio which has a real radio signal/frequency that can be heard in cars/homes radios in the NY/NJ area and could carry the show you have been running on Radio Mirchi. (I understar
signal a while ago)
On Sony TV: These are the numbers I had before the back and forth last week. I dont see value in buying their other movie and game shows channels as 95% of their viewers mostly watch SET. They (
channels as added value as Zee TV does.
I am comparing the costs of these schedules with what you were paying last year as well. Please keep in mind that Renascent invoices show the net value of the station as one value and at the end of t
their regular agency service fee. You have to add that fee to get the final amount you are paying per channel/station.


Please let me know if you have questions/comments.

Thanks,

*Javier Torres*
*Director Media Effective*

--
Javier Torres
Media Effective

**South Asian TV and Radio 2021 ALL 60s.xlsx**
13K