# **DEFENDANTS' EXHIBIT 44**

**Renascent Enterprises Inc.**
61 Nathan Drive
d Bridge, NJ  08857 US
anvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1596 | 08/28/2020 | $7,331.25 | 08/28/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Radio Campaign Period**<br>August 31, 2020 to September 06, 2020 | | | |
| lly Radio CA<br>8.3FM, San Francisco | | | 4,250.00 |
| **Fun Asia Radio**<br>104.9FM, Dallas | | | 2,125.00 |
| **Agency fees**<br>Service fees 15% | | | 956.25 |

BALANCE DUE  **$7,331.25**

**Renascent Enterprises Inc.**
61 Nathan Drive
'd Bridge, NJ  08857 US
.anvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1597 | 08/28/2020 | $15,503.43 | 08/28/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>August 31, 2020 to September 06, 2020 | | | |
| **JS Punjabi**<br>JS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE                                                **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
 d Bridge, NJ  08857 US
 anvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1598 | 09/04/2020 | $15,503.43 | 09/04/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>September 7, 2020 to September 13, 2020 | | | |
| **JS Punjabi**<br>JS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE                                              **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
ld Bridge, NJ  08857 US
anvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1599 | 09/04/2020 | $7,331.25 | 09/04/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Radio Campaign Period**<br>September 7, 2020 to September 13, 2020 | | | |
| olly Radio CA<br>3.3FM, San Francisco | | | 4,250.00 |
| **Fun Asia Radio**<br>104.9FM, Dallas | | | 2,125.00 |
| **Agency fees**<br>Service fees 15% | | | 956.25 |

BALANCE DUE **$7,331.25**

**Renascent Enterprises Inc.**
61 Nathan Drive
d Bridge, NJ  08857 US
anvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1601 | 09/11/2020 | $15,503.43 | 09/11/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>September 14, 2020 to September 20, 2020 | | | |
| **'S Punjabi**<br>JS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE    **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
'd Bridge, NJ  08857 US
.anvi@renascententerprises.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1602 | 09/11/2020 | $7,331.25 | 09/11/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Radio Campaign Period**<br>September 14, 2020 to September 20, 2020 | | | |
| ›lly Radio CA<br>J8.3FM, San Francisco | | | 4,250.00 |
| **Fun Asia Radio**<br>104.9FM, Dallas | | | 2,125.00 |
| **Agency fees**<br>Service fees 15% | | | 956.25 |

BALANCE DUE  **$7,331.25**

**Renascent Enterprises Inc.**
61 Nathan Drive
'd Bridge, NJ  08857 US
.anvi@renascententerprises.com

# Invoice


RENASCENT MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1603 | 09/18/2020 | $15,503.43 | 09/18/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>September 21, 2020 to September 27, 2020 | | | |
| **JS Punjabi**<br>JS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
'd Bridge, NJ  08857 US
.anvi@renascententerprises.com

# Invoice



RENASCENT MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1604 | 09/18/2020 | $7,331.25 | 09/18/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Radio Campaign Period**<br>September 21, 2020 to September 27, 2020 | | | |
| lly Radio CA<br>ɔ.3FM, San Francisco | | | 4,250.00 |
| **Fun Asia Radio**<br>104.9FM, Dallas | | | 2,125.00 |
| **Agency fees**<br>Service fees 15% | | | 956.25 |
| | | BALANCE DUE | **$7,331.25** |

**Renascent Enterprises Inc.**
61 Nathan Drive
d Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1605 | 09/25/2020 | $15,503.43 | 09/25/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>September 28, 2020 to October 4, 2020 | | | |
| JUS Punjabi<br>JUS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE  **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
d Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1606 | 09/25/2020 | $7,331.25 | 09/25/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Radio Campaign Period**<br>September 28, 2020 to October 4, 2020 | | | |
| lly Radio CA<br>98.3FM, San Francisco | | | 4,250.00 |
| **Fun Asia Radio**<br>104.9FM, Dallas | | | 2,125.00 |
| **Agency fees**<br>Service fees 15% | | | 956.25 |

BALANCE DUE  **$7,331.25**

**Renascent Enterprises Inc.**
61 Nathan Drive
'd Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1608 | 10/02/2020 | $15,503.43 | 10/02/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>October 5, 2020 to October 11, 2020 | | | |
| **JS Punjabi**<br>JUS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
␣ Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1609 | 10/02/2020 | $7,331.25 | 10/02/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Radio Campaign Period**<br>October 5, 2020 to October 11, 2020 | | | |
| ␣lly Radio CA<br>␣8.3FM, San Francisco | | | 4,250.00 |
| **Fun Asia Radio**<br>104.9FM, Dallas | | | 2,125.00 |
| **Agency fees**<br>Service fees 15% | | | 956.25 |

BALANCE DUE  $7,331.25

**Renascent Enterprises Inc.**
61 Nathan Drive
d Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road, 2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1608 | 10/02/2020 | $15,503.43 | 10/02/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>October 5, 2020 to October 11, 2020 | | | |
| **'S Punjabi**<br>JUS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE   **$15,503.43**

**Renascent Enterprises Inc.**
61 Nathan Drive
d Bridge, NJ  08857 US
tanvi@renascententerprises.com

# Invoice



RENASCENT
MEDIA

| BILL TO | SHIP TO |
|---|---|
| Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA | Mr. Nicholas Salzano<br>National Realty Investment Advisors LLC<br>1325 Paterson Plank Road,<br>2nd Floor<br>Secaucus, New Jersey  07094<br>USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1608 | 10/02/2020 | $15,503.43 | 10/02/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **TV Campaign period**<br>October 5, 2020 to October 11, 2020 | | | |
| **JS Punjabi**<br>JUS Punjabi (USA) | | | 1,275.00 |
| **Zee TV Campaign**<br>Zee TV (USA) | | | 6,587.50 |
| **Sony TV Campaign**<br>Sony TV (USA) | | | 3,718.75 |
| **TV Asia Campaign**<br>TV Asia (USA) | | | 1,900.00 |
| **Agency fees**<br>Service fees 15% | | | 2,022.18 |

BALANCE DUE  $15,503.43