# **DEFENDANTS' EXHIBIT 57**

**George, Edmond**

| | |
|---|---|
| **From:** | Javier Torres <jtorres@mediaeffective.com> |
| **Sent:** | Monday, April 1, 2024 12:29 PM |
| **To:** | George, Edmond; Vagnoni, Michael; erin arend |
| **Subject:** | Fwd: Historical Card Rates |
| **Categories:** | Red Category |



---------- Forwarded message ---------
From: **Kevin Mannix** <kevin@hybridadv.com>
Date: Mon, Apr 1, 2024 at 11:59 AM
Subject: RE: Historical Card Rates
To: Javier Torres <jtorres@mediaeffective.com>

Javier

Based on our history w/ the stations and networks you requested rates for, its our estimate that you are buying 50% off the rate card at the stations.

So if a rate on WINS-FM is $150 from us, its safe to say the rate card is $300+

Thanks

Kevin

1