# **DEFENDANTS' EXHIBIT 58**

| Year/Station/Daypart | Actual Clearance (:30s) | | | Market Clearance (:30s) | | | % Variance on Spend |
|---|---|---|---|---|---|---|---|
| | Gross Spend | # of Units | NRIA CPM | MARKET TVHH CPM | MARKET Spend | | |
| **2020** | | | | | | | |
| **Fox News** | $384,350 | 32 | $5.70 | $9.09 | $613,402 | | -37% |
| DAY | $16,150 | 2 | $3.37 | $3.58 | $17,148 | | -6% |
| EF | $7,800 | 1 | $3.41 | $8.75 | $20,002 | | -61% |
| EM | $23,000 | 7 | $1.58 | $4.25 | $61,718 | | -63% |
| LF | $145,000 | 3 | $9.55 | $13.40 | $203,531 | | -29% |
| LN | $43,500 | 12 | $3.34 | $11.93 | $155,304 | | -72% |
| OVN | $5,500 | 2 | $3.11 | $9.41 | $16,651 | | -67% |
| PA | $50,000 | 1 | $21.49 | $10.01 | $23,285 | | 115% |
| PRIME | $93,400 | 4 | $6.89 | $8.54 | $115,764 | | -19% |
| **2021** | | | | | | | |
| **Fox News** | $2,056,975 | 551 | $4.17 | $7.08 | $3,461,190 | | -41% |
| DAY | $362,500 | 58 | $6.48 | $4.60 | $257,437 | | 41% |
| EF | $26,300 | 4 | $5.60 | $6.38 | $29,974 | | -12% |
| EM | $174,400 | 29 | $5.74 | $3.50 | $106,355 | | 64% |
| LF | $3,800 | 2 | $1.88 | $12.35 | $25,002 | | -85% |
| LN | $216,725 | 164 | $2.65 | $10.33 | $843,567 | | -74% |
| OVN | $44,300 | 111 | $1.18 | $8.09 | $303,899 | | -85% |
| PA | $68,050 | 10 | $5.28 | $6.58 | $84,820 | | -20% |
| PRIME | $1,134,400 | 149 | $4.46 | $6.75 | $1,716,321 | | -34% |
| WKD DAY | $0 | 4 | $0.00 | $8.64 | $0 | | |
| WKD EVE | $26,500 | 20 | $2.74 | $9.71 | $93,815 | | -72% |
| **2022 (1Q ONLY)** | | | | | | | |
| **Fox News** | $215,225 | 90 | $3.11 | $9.45 | $654,393 | | -67% |
| LN | $31,775 | 29 | $2.13 | $11.93 | $178,007 | | -82% |
| OVN | $7,800 | 27 | $0.86 | $9.41 | $85,089 | | -91% |
| PRIME | $168,000 | 26 | $4.07 | $8.54 | $352,692 | | -52% |
| WKD EVE | $7,650 | 8 | $1.92 | $9.71 | $38,605 | | -80% |
| **Grand Total** | $2,656,550 | 673 | $4.24 | $7.56 | $4,728,986 | | -44% |

(c) 2024 Competitive Media Reporting, LLC d/b/a Vivvix
Copyright 2024. The Nielsen Company.

| Year/Station/Daypart | Actual Clearance (:30s) | | | | Market Clearance (:30s) | | |
|---|---|---|---|---|---|---|---|
| | Gross Spend | # of Units | NRIA CPM | | MARKET TVHH CPM | MARKET Spend | |
| **2021** | | | | | | | |
| **Fox News** | $2,056,975 | 551 | $4.17 | | $7.08 | $3,461,190 | -41% |
| DAY | $362,500 | 58 | $6.48 | | $4.60 | $257,437 | 41% |
| EF | $26,300 | 4 | $5.60 | | $6.38 | $29,974 | -12% |
| EM | $174,400 | 29 | $5.74 | | $3.50 | $106,355 | 64% |
| LF | $3,800 | 2 | $1.88 | | $12.35 | $25,002 | -85% |
| LN | $216,725 | 164 | $2.65 | | $10.33 | $843,567 | -74% |
| OVN | $44,300 | 111 | $1.18 | | $8.09 | $303,899 | -85% |
| PA | $68,050 | 10 | $5.28 | | $6.58 | $84,820 | -20% |
| PRIME | $1,134,400 | 149 | $4.46 | | $6.75 | $1,716,321 | -34% |
| WKD DAY | $0 | 4 | $0.00 | | $8.64 | $0 | |
| WKD EVE | $26,500 | 20 | $2.74 | | $9.71 | $93,815 | -72% |
| **2022 (1Q ONLY)** | | | | | | | |
| **Fox News** | $215,225 | 90 | $3.11 | | $9.45 | $654,393 | -67% |
| LN | $31,775 | 29 | $2.13 | | $11.93 | $178,007 | -82% |
| OVN | $7,800 | 27 | $0.86 | | $9.41 | $85,089 | -91% |
| PRIME | $168,000 | 26 | $4.07 | | $8.54 | $352,692 | -52% |
| WKD EVE | $7,650 | 8 | $1.92 | | $9.71 | $38,605 | -80% |
| **Grand Total** | $2,272,200 | 641 | $4.04 | | $7.37 | $4,115,584 | -45% |

(c) 2024 Competitive Media Reporting, LLC d/b/a Vivvix
Copyright 2024. The Nielsen Company.