# **DEFENDANTS' EXHIBIT 62**

# #{listitemno}

# Filename: EX 54 55 ANSWR Jan 22 2021 info to Lou Dobbs from NRIA for 10_.pdf

Javier Torres <jtorres@mediaeffective.com>

# F   Lou Dobbs Script #3
1 message

**Katey Kana** <kkana@nria.net>    Fri, Jan 22, 2021 at 12:44 PM
To: Javier Torres <jtorres@mediaeffective.com>
Cc: Patryk Golaszewski <pgolaszewski@nria.net>, Katey Kana <kkana@nria.net>

HI Javier,

The table attached should visualize the 10% payout - if you need more than let me know and I will ask Nick to write something out for us if the attached does not suffice.

For 800-800-1695 we are waiting for the stress test to be conducted before we can go this route and record for all which will be completed by COB today.

Thanks Javier.

---

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thursday, January 21, 2021 1:09 PM
**To:** Katey Kana <kkana@nria.net>
**Cc:** Patryk Golaszewski <pgolaszewski@nria.net>
**Subject:** Re: Lou Dobbs Script #3

Hello Katey,
  Lou Dobbs:
  we using the 1-800-800- 1695 that is in the script for the final recording? Please confirm as Lou Dobbs is hard to get for recordings.
- Don't forget the explanation of the 10% returns for the second script.

Thanks,

On Wed, Jan 20, 2021 at 2:44 PM Katey Kana <kkana@nria.net> wrote:
> Hi javi,
>
> I will have an answer for you on this this evening - stay tuned
>
> **From:** Javier Torres <jtorres@mediaeffective.com>
> **Sent:** Wednesday, January 20, 2021 2:38 PM
> **To:** Katey Kana <kkana@nria.net>; Patryk Golaszewski <pgolaszewski@nria.net>
> **Subject:** Lou Dobbs Script #3
>
> Hi Katey;
> To go ahead with the second script (#3) Lou Dobbs wants to see if we can provide him with an explanation of how the guaranteed 10% works:
>
> - Please have someone provide me a written explanation of what the 10% annualized payout reference means. I am not comfortable without an understanding of what they are saying and how that works. For example, is that the return on investment they guarantee? If so, for how long? Or are they guaranteeing 10% return of capital each month? And if so, is that an absolute guarantee?
>
> Can you please provide? Maybe it is already explained in some of your collateral?

The first script (approved), is being recorded soon for your review and we will start with that one and then add this second script (in case this one is not ready by 2/1.)

Thanks,

*Javier Torres*
*Director Media Effective*
--
Javier Torres
Media Effective
--
Javier Torres
Media Effective

**NRIA Annual Targeted Returns Calculated 1.21.21.pdf**
66K