# **DEFENDANTS' EXHIBIT 63**

#{listitemno}

Filename: EX 54 55 ANSWR Jan 22 2021 Katey and Javier on Lou Dobbs 10_.pdf

Javier Torres <jtorres@mediaeffective.com>

## Dobbs Recording for Approval to start 2.1

1. ssage

**Javier Torres** <jtorres@mediaeffective.com>  Fri, Jan 22, 2021 at 1:13 PM
To: Katey Kana <kkana@nria.net>, Patryk Golaszewski <PGolaszewski@nria.net>

Katey;
Attached is Lou Dobbs recording. I just received your email about the 1-800-800-1695 phone number.
This recording was done with that number. We'll wait to see if your test is successful and you're ok to start running on 2/1.

Also, for the second script, I see the table you sent on Targeted Returns and I think it will help, but I think what he needs is an example/explanation in very simple words of how the guaranteed 10% returns work.
Maybe something like the below perhaps on company letterhead or something official.

**If a client invests $100,000 with NRIA then:**
**-Client will receive at least $10,000 in returns.**
**-This $10,000 is the result of an annualized 10% return.**
**-The $10,000 will be paid to the client in advance every month in equal payments according to the duration of the investment project.**
**-For Example: If a client invests $100,000 and the duration of the project is 20 months, the client will receive $500 every month. $500 x 20 months equals $10,000 or 10% of the $100,000 investment.**
**-The client will begin receiving his $500 every month at the date determined in the contract and ahead of ...**
**-At the end of the 20 months the client receives his original investment of $100,000. In all the client will receive $110,000.**
**-As the attached Table on targeted Return shows we have different investments with different returns.**

Of course I'm not sure about the numbers, timing, etc. , here, but I believe that an "official" and easy to understand ʻlanation enriched by the investor's language you use will make him feel more comfortable to mention the ıranteed 10%"

Thanks,

*Javier Torres*
*Director Media Effective*

🎵 **NRIA-Lou Dobbs-Script#1-2.1.21.mp3**
1160K