# **DEFENDANTS' EXHIBIT 64**

#{listitemno}

Filename: EX 54 55 ANSWR Jan 22 2021 NRIA Actual Corporate Guarantee to Lou Dobbs from NRIA for 10_.pdf

**Appendix C: Guarantee of National Realty Investment Advisors, LLC**

## GUARANTEE OF PAYMENT

Investor Name: _____    Investor Principal: $_____
Address:
_____

### Guarantor: National Realty Investment Advisors, LLC

National Realty Investment Advisors, LLC ("Guarantor") hereby guarantees to the above referenced investor the full return of his/her/its investor principal in the amount of $_____ plus an annualized preferred return of 12%, or the balance of any shortfall thereto, in the event that NRIA Partners Portfolio Fund I, LLC (the "Fund"), fails to return such investor's principal and/or at least a 12% annualized preferred return, as intended under the terms of the confidential offering memorandum of the Fund, dated February 5, 2018, which such confidential offering memorandum is incorporated by reference herein.

This Guarantee is absolute and without conditions. This Guarantee can be changed only by written agreement signed by both the above referenced investor and the undersigned party. Guarantor agrees to pay all legal fees and all other costs and expenses the above referenced investor may incur in the enforcement of this Guarantee.

Upon the exercise of this Guarantee and Guarantor payment in full to Investor, the above referenced investor will have no further rights or interest in the Fund nor to any additional returns or distributions by the Fund or achieved by its properties. Any and all securities held by the investor that had been previously issued by the Fund shall then be deemed paid in full and cancelled.

Acknowledged and Agreed:

National Realty Investment Advisors, LLC

By: _____        _____
    Rey Grabato, President                              Date

**STATE OF** New Jersey _____    )
                                            ) ss.:
**COUNTY OF** Hudson _____        )

On this _____ day of _____, 2021, before me personally came_____
_____Rey Grabato_____
_____, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

                              _____ Notary Public