# **DEFENDANTS' EXHIBIT 65**

#{listitemno}

Filename: EX 54 55 ANSWR Jan 22 2021 NRIA Corporate Guarantee to Lou Dobbs from NRIA for 10_.pdf

Javier Torres <jtorres@mediaeffective.com>

## Dobbs show

1 message

**Nicholas Salzano** <nicholas@nria.net>  Fri, Jan 22, 2021 at 3:06 PM
To: "Javier Torres (jtorres@mediaeffective.com)" <jtorres@mediaeffective.com>
Cc: Katey Kana <kkana@nria.net>, Aj Scutaro <aj@nria.net>, Patryk Golaszewski <pgolaszewski@nria.net>

Our corporate guarantee form is attached . We actually guarantee returns at 12% annualized return as stated in the agreement attached -a higher than 10% rate .

Cash flow is paid out monthly at a 10% annualized rate of return and then later trued up to the 12% guarantee Year 5 as we sell out all projects built.

That means we owe a 2% per annum true up amount your 5 to take our 10% paid up to our actual guaranteed 12% contract.
We explain that to customers in great detail when they sign up and review the documents with their advisors.

To therefore state that we offer a 10% guarantee is actually below our actual guarantee - but it is still a true statement .

The easiest way to resolve is attached

it's a script that just says up to 10%


Best regards,

Nicholas Salzano
Senior Independent Executive Advisor & Portfolio Construction Manager
[cid:image011.jpg@01D6F0D0.731220C0]<http://www.nria.net/>
National Realty Investment Advisors, LLC
[cid:image012.png@01D6F0D0.731220C0]
1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
[cid:image013.png@01D6F0D0.731220C0]
Office: (201) 210-2727 Ext. 101
[cid:image013.png@01D6F0D0.731220C0]
Cell: 973-689-5482
[cid:image014.png@01D6F0D0.731220C0]
Nicholas@NRIA.net<mailto:Nicholas@NRIA.net>
[cid:image015.png@01D6F0D0.731220C0]
NRIA.net<https://www.nria.net/>

Important Disclosures for Private Placement shared deeded property:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

7 attachments

 image011.jpg
6K

image012.png
1K

image013.png
1K

image014.png
1K

image015.png
1K

Appendix C - NRIA 12% Minimum Return Guarantee 2021.pdf
1299K

WSK Notes#3  A list approach v 4 edited.docx
17K

# #{listitemno}

Filename: EX 54 55 ANSWR Jan 22 2021 NRIA working on 10_ for Lou Dobbs NOT Javier.pdf



Javier Torres <jtorres@mediaeffective.com>

## Hybrid - NRIA - Salem - Lou Dobbs - Spot #1 - 2.1.21
1 message

**Javier Torres** <jtorres@mediaeffective.com>  Fri, Jan 22, 2021 at 10:59 AM
To: Barbara Keenan <barbara@hybridadv.com>
Cc: Graham Keenan <graham@hybridadv.com>

Reading sounds good to me. Sending to client.
I told them about Lou Dobbs comments on the 10% guaranteed, They said they were going to provide explanation of how it works, so he understands and feel comfortable with it.
Still waiting for that.

Thanks,

*Javier Torres*
*Director Media Effective*

On Fri, Jan 22, 2021 at 10:22 AM Barbara Keenan <barbara@hybridadv.com> wrote:
> hi Javier,
> Attached is the Lou Dobbs Script #1 for client approval.
> The media plan starts 2.1.21.
>
> Please let us know the status of the other script. We sent you comments/questions from Lou Dobbs regarding Script #3. He can not record the scripts #3 as written now.
>
> thanks,

Barbara Keenan

Manager, Client Services

Phone: 914-810-1026

Mobile: 914-299-1354

Email: Barbara@hybridadv.com

357 Main St.

Armonk, NY 10504

www.hybridmediaservices.com