# **DEFENDANTS' EXHIBIT 68**

#{listitemno}

Filename: April 9 2020 to B NRIA making so many changes to script.pdf



Javier Torres <jtorres@mediaeffective.com>

## a rush favor
1. ssage

**Nicholas Salzano** <nicholas@nria.net>  Tue, Apr 7, 2020 at 4:21 PM
To: "Javier Torres (jtorres@mediaeffective.com)" <jtorres@mediaeffective.com>
Cc: Patryk Golaszewski <pgolaszewski@nria.net>

Javier,

this is a slightly different script attached . You will see that I merely removed the percentage coupon payment they get .
Please rush re record this for me ASAP just for my internal file in internal testing


Best regards,

Nicholas Salzano
Senior Independent Executive Advisor & Portfolio Construction Manager
[cid:image001.jpg@01D60CF8.CB670F40]<http://www.nria.net/>
National Realty Investment Advisors, LLC
[cid:image002.png@01D60CF8.CB670F40]
1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
[cid:image003.png@01D60CF8.CB670F40]
Office: (201) 210-2727 Ext. 101
[cid:image003.png@01D60CF8.CB670F40]
Cell: 973-689-5482
[cid:image004.png@01D60CF8.CB670F40]
Nicholas@NRIA.net<mailto:Nicholas@NRIA.net>
  image005.png@01D60CF8.CB670F40]
  .A.net<http://www.nria.net/>


Important Disclosures for Private Placement shared deeded property:  Only Accredited Investors may invest in these types of offerings. Certain statements contained in our emails related to Private Placement exempt securities are forward looking statements, which reflect numerous assumptions and estimates and involve a number of risks and uncertainties. There are possible developments that could cause our actual results to differ materially from those forecasted or implied in the forward looking statements.  Moreover, nothing herein shall constitute an offer to sell or a solicitation of an offer to buy securities, nor shall there be any sale of securities, in any state in which such offer, solicitation or sale would be unlawful prior to registration, qualification or applicable exemption under applicable federal and state securities law.  Only information contained in an appropriate Private Placement offering memorandum, which will be furnished by us upon request to accredited investors only, should be considered in connection with any such securities transaction.

This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

6 attachments



image001.jpg
6K

- image002.png
  1K
- image003.png
  1K
- image004.png
  1K
- image005.png
  1K
- 1010 RADIO 60 V2 stocks down.docx
  15K

# #{listitemno}

Filename: April 10 2020 to B NRIA making too many changes to scripts.pdf



Javier Torres <jtorres@mediaeffective.com>

## Record revision
1 message

**Javier Torres** <jtorres@mediaeffective.com>  Thu, Apr 9, 2020 at 4:51 PM
To: Bob Holiday <Bob@855magicad.com>
Cc: Graham Keenan <graham@hybridadv.com>

I prefer you do them all over.
They did a few changes, but the scripts have changed so many times during the last week that I am not sure which ones to use to compare.

Thanks,

*Javier Torres*
*Director Media Effective*

On Thu, Apr 9, 2020 at 4:45 PM Bob Holiday <Bob@855magicad.com> wrote:

> Do me a favor? Please highlight the changes so I can just edit them in?
>
> (unless there are too many little changes all over?)
>
> This way it saves you money! :)
>
> *PLEASE NOTE! Magic Ad Copy Timer 2.0 is LIVE!*
>
> *Copy Timer has been REVISED...*
>
> *REFRESH YOUR BROWSER on next visit!*
>
> *center "NORMAL Inflection" window is now*
>
> *properly adjusted and is now the TARGET WINDOW*
>
> *for typical copy timing! Also, the main page is SIMPLIFIED!*
>
> *P.S. Please ping me back whenever receiving completed work from me?*
>
> *That way I can be sure you're properly served :) AND if I don't ping YOU back*
>
> *Please assume I haven't received your production request!*
>
> *https://youtu.be/jr0JaXfKj68*
>
> 
>
> Bob Holiday - Ad Magician
>
> Bob@855MagicAd.com
>
> *Studio Hot Line – 775-867-8224*
>
> Cell 323-353-1346

#{listitemno}

Filename: April 13 2020 to B NRIA writing changes to scripts.pdf

Need to send me a BIG file? Use this link…

https://spaces.hightail.com/uplink/MagicAd

How long is your copy? Check length with this text analyser!…

http://855magicad.com/magicad-syllables/timer-index.html

**From:** Javier Torres <jtorres@mediaeffective.com>
**Sent:** Thursday, April 9, 2020 1:38 PM
**To:** Bob <Bob@855magicad.com>; Graham Keenan <graham@hybridadv.com>
**Subject:** Record revision

Hello Bob;

Please re record these two spots ASAP. Client added a couple of words related to new stimulus law change.

[Have essentially added in concept of 401K or IRA borrowing -but we made some room for you.  ]

Thanks Again! Please send bill to Hybrid.

*Javier Torres*

*Director Media Effective*

 Virus-free. www.avg.com

# #{listitemno}

Filename: Dec 6 2016 to G NRIA wants to record.pdf



Javier Torres <jtorres@mediaeffective.com>

## ANOTHER CHANGE.ANOTHER RE-RECORD

1 message

**Javier Torres** <jtorres@mediaeffective.com>  
To: Bob <Bob@855magicad.com>, Graham Keenan <graham@hybridadv.com>

Fri, Apr 10, 2020 at 10:29 AM

Hello Bob;  
My client is running too much in every direction these days! He had to make another fix to both scripts and we have to re-record. Attached are the two FIXED scripts to please re-record. (ASAP please)

Thanks for all the help and patience,

*Javier Torres*  
*Director Media Effective*

**2 attachments**

📄 **reviso Fixed RADIO 60 need cash.docx**  
14K

📄 **reviso Fixed RADIO 60 stocks down.docx**  
15K



Javier Torres <jtorres@mediaeffective.com>

## R̶͟io Spots NEW Change
1 ̲ ͟sage

**Javier Torres** <jtorres@mediaeffective.com>  Mon, Apr 13, 2020 at 9:50 PM
To: Graham Keenan <graham@hybridadv.com>

Graham:
Sorry about all these changes. If you have not send spots to radio stations please wait for a new fix in the copy.
This is what client sent me and I will ask Bob to fix it:
*i'm not sure how the one word borrow "against " did not get changed to borrow "from " but these two scripts do not say from.
It's probably my fault as i went back and forth a few times but we have to fix it.*

I looked at the scripts and the last one I sent to Bob said "from". No big deal but I need to change it.

Thanks,

*Javier Torres
Director Media Effective*