# **DEFENDANTS' EXHIBIT 106**

**Attention Investors:**

Sick of market ups and downs?

Our class A buildings fund is prime income producing property backed by $750 million of high-quality new construction.

Call us at 201-210-2727 for 18-21% targeted returns.



GOLASZEWSKI_000013