# **DEFENDANTS' EXHIBIT 112**



# Our Work

At PG Construction Group, we pride ourselves on offering a comprehensive range of General Construction Services to meet the diverse needs of our residential and commercial clients. Our experienced team of professionals is dedicated to delivering exceptional results while ensuring that every project is completed on time and within budget. Explore our work below:






5/15/24, 3:39 PM    Our Work | PG Construction








5/15/24, 3:39 PM                                                                  Our Work | PG Construction




Get in Touch

Let PG Construction Group bring your vision to life with our comprehensive range of construction services. Contact us today at **201-201-8833** or **service@pgconstructiongroup.net** to discuss your project needs and schedule a free, no-obligation consultation. We look forward to working with you and helping you create the space of your dreams!

# WE'RE COMMITTED TO YOUR HAPPINESS


**FAST QUOTES**


**LICENSED & INSURED**


**100% SATISFACTION**


**WARRANTIED SERVICE**

# READY TO BUILD YOUR DREAM HOME?

**REQUEST A FREE ESTIMATE**

