# **DEFENDANTS' EXHIBIT 125**


 Articles
 People
 Learning
 Jobs
 Get the app

Join now | Sign in



## Patryk Golaszewski
Operations
Secaucus, New Jersey, United States · Contact Info
1K followers · 500+ connections

 High Point Services

 New Jersey Institute of Technology

 See your mutual connections

[ Join to view profile ]   [  Message ]

## Activity

 Follow



I recently passed the Fundamentals of Engineering exam for Mechanical Engineering! View my verified achievement from the National Council of…

Liked by Patryk Golaszewski

 You didn't think we would forget to mention this unforgettable stadium lighting upgrade in our 2023 recap, did you? Today's spotlight is on William...
Liked by Patryk Golaszewski

 Today J. Fletcher Creamer and Son would like to highlight one of our veteran employees. With an impressive 35 years with our family as our Shop...
Liked by Patryk Golaszewski

Join now to see all activity

# Experience

 **President**
High Point Services
Mar 2019 - Dec 2020 · 1 year 10 months
United States

 **Resident Representative**
NJIT Student Senate
Apr 2018 - Nov 2018 · 8 months
Newark, New Jersey

# Education

 **New Jersey Institute of Technology**
Bachelor of Science - BS · Construction Management Technology
2017 - 2021

## Volunteer Experience



**Brother**
Sigma Pi Fraternity, International

Apr 2018 - Present · 6 years 2 months



**Community Volunteer**
Jersey Cares

Apr 2018 - Present · 6 years 2 months

## Languages

**Polish**
Professional working proficiency

**English**
Native or bilingual proficiency

## More activity by Patryk



Happy holidays from J. Fletcher Creamer and Son, Inc.! As we mark our 100th year, we extend heartfelt thanks to our family, clients and valued...

Liked by Patryk Golaszewski



Happy holidays from J. Fletcher Creamer and Son, Inc.! As we celebrate a century of achievements, we extend our warmest wishes for a festive season...

Liked by Patryk Golaszewski



The First Day  On the first day of Christmas, Six Four sent to me A Hilton in a pear tree.  Hilton Hotels was founded in 1919 by Conrad Hilton when...

Liked by Patryk Golaszewski



At J. Fletcher Creamer and Son, we believe that you have to make time to connect with your colleagues outside of the office. Right before the weather...

Liked by Patryk Golaszewski



Liked by Patryk Golaszewski



Checking In to Diversification: An intro to Diversified Hotel Investing. Dive into the future of hospitality investment with our Flagship fund.    ...

Liked by Patryk Golaszewski



Excited to start this new project for one of our major clients. J. Fletcher Creamer & Son, Inc. has been tasked to construct the second half of an...

Liked by Patryk Golaszewski



Congratulations, Surf Dinani, for aiding in the economic development of Paterson, NJ. Great work! Building economic strength and opportunity of...

Liked by Patryk Golaszewski



Justin joined Chris from Donnelly Construction yesterday to hit the greens in support of the New Jersey Coalition of Automotive Retailers at their...

Liked by Patryk Golaszewski



After over a year of asking nicely, Doug finally updated his signature to include our modern logo, and now he won't stop showing it off. Happy...

Liked by Patryk Golaszewski



Behind the scenes at the start of a new lighting upgrade at Advocare West Morris Pediatrics in Succasunna! Incentives provided by Direct Install...

Liked by Patryk Golaszewski



Pixel Reboot will be live in Hoboken helping out!

Liked by Patryk Golaszewski



Now a brand Ambassador for Vitalcare of Princeton Nj.

Liked by Patryk Golaszewski



Shared by Patryk Golaszewski

## View Patryk's full profile

∞ See who you know in common

🗨 Get introduced

👥 Contact Patryk directly

Join to view full profile

### LinkedIn is better in the new Windows app



Use the Windows app for a faster and more seamless experience.

Get the Windows app

## People also viewed



**Michael Balbuena**

Young electrical engineer, with experience through projects and practical work experience.

Hawthorne, NJ

 Connect



**Kristine Furiel**

New York City Metropolitan Area

 Connect



**Zachary Lucca**

Sales & Business Development

Secaucus, NJ

 Connect


**Bethany S.**
Bethany
New York City Metropolitan Area

 Connect


**Stephanie Cortese**
Business Development Representative
Fairfield, NJ

 Connect


**Michael Joffe**
Real Estate Development
Fort Lauderdale, FL

 Connect


**perparim seitaj**
president at PG construction
New York, NY

 Connect


**Matthew Kida**
Owner, Matt Kida Construction & Remodeling LLC
Clifton, NJ

Connect


**Romeo DeLuca**
Sales Consultant at Dior Construction
Bergenfield, NJ

Connect


**Joseph Manasia**
Controller at Power Electric Co., Inc.
Clark, NJ

 Connect

 **Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

## Others named **Patryk Golaszewski**

 **Patryk Gołaszewski**
Customer Service Team Manager
Warsaw

 **Patryk Golaszewski**
--
Irvington, NJ

2 others named Patryk Golaszewski are on LinkedIn

**See others named Patryk Golaszewski**

## Add new skills with these courses

 How Getting Curious Helps You Achieve Everything

 Mailchimp Essential Training (2021)

 Marketing: How to Use High-Impact Storytelling

**See all courses**

Linked in  © 2024

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Cookie Policy | Your California Privacy Choices |
| | Copyright Policy |

| | |
|---|---|
| Brand Policy | Guest Controls |
| Community Guidelines | Language ˅ |