| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>NATIONAL REALITY INVESTMENT ADVISORS, LLC, et al.,<br><br>                Debtors. | |
| AIRN LIQUIDATION TRUST CO., LLC,<br>                Plaintiff,<br><br>vs.<br>MEDIA EFFECTIVE LLC ET AL.,<br>                Defendants. | |

Order Filed on October 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-14539

Adv. No.: 23-01335

Chapter: 11

Judge: John K. Sherwood

## FINAL JUDGMENT FOR SUM CERTAIN PLUS INTEREST

The relief set forth on the following page is hereby ORDERED.

DATED: October 11, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

This matter, having come before the Court by way of Plaintiff's application for a preliminary injunction, and the Court having consolidated the hearing with a trial on the merits pursuant to Fed. R. Bankr. P. 7065, and for the reasons set forth in the Court's decision of October 10, 2024 (the "Decision"); it is

**ORDERED** that final judgment be and hereby is entered against the Defendants, Media Effective, LLC and Javiar Torres, jointly and severally, and in favor of the Plaintiff, AIRN Liquidation Trust Co., LLC, in the amount of $4,605,112.16 plus pre- and post-judgment interest as set forth in the Decision; and it is further:

**ORDERED** that the successful party shall serve this Judgment on all parties to this action.

*Rev.8/1/15*